# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SK HYNIX INC.,<br><br>      Defendant. | Civil Action No.: 2:24-cv-01078-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT

Defendant SK hynix Inc. ("SK hynix" or "Defendant"), without waiving any defenses described or referred to in Rule 12 F.R.C.P., moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of its Motion, Defendant states as follows:

1. On December 30, 2024, Plaintiff filed its Complaint alleging patent infringement against SK hynix.

2. Counsel for Defendant has agreed to waive service under the Hague Convention for Defendant in exchange for a 90-day extension of the time to answer or otherwise plead by April 28, 2025.

3. Defendant's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendant's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendant respectfully requests that the time in which it is required to move, answer, or otherwise respond to Plaintiff's Complaint be extended to and including April 28, 2025.

DATED: January 27, 2025                    Respectfully submitted,

                                           By:  /s/ Kevin Jang
                                                Sean Pak (CA Bar No. 219032)
                                                Kevin (Gyushik) Jang (CA Bar No. 337747)
                                                seanpak@quinnemanuel.com
                                                kevinjang@quinnemanuel.com
                                                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                                50 California Street, 22nd Floor
                                                San Francisco, California 94111-4788
                                                Tel: (415) 875-6600
                                                Fax: (415) 875-6700

                                                D. James Pak (CA Bar No. 194331)
                                                djamespak@quinnemanuel.com
                                                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                                865 S. Figueroa St, 10th Floor
                                                Los Angeles, CA 90017
                                                Tel: (213) 443-3000
                                                Fax: (213) 443-3100

                                                *Counsel for SK hynix Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a document of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 27, 2025.

                                        */s/ Kevin Jang*
                                        Kevin Jang

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

                                        */s/ Kevin Jang*
                                        Kevin Jang