IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ADVANCED MEMORY TECHNOLOGIES LLC | § § § | |
| v. | § § | 2:24-CV-1078-JRG-RSP |
| SK HYNIX INC. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant SK hynix Inc. hereby notifies the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on its behalf. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

        Respectfully submitted,

        */s/ Deron R. Dacus*
        Deron R. Dacus
        Texas Bar No. 00790553
        THE DACUS FIRM, P.C.
        821 ESE Loop 323, Suite 430
        Tyler, Texas 75701
        903-705-1117
        E-mail: ddacus@dacusfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 12th day of February, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus