IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SK HYNIX INC.,<br><br>*Defendant*. | Civil Action No. 2:24-cv-01078-JRG-RSP |

**ORDER**

Before the Court is Plaintiff Advanced Memory Technologies, LLC and Defendant SK hynix's Joint Motion for Extension of Time. **Dkt. No. 19**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| 6 Weeks After Scheduling Conference | May 28, 2025 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| 6 Weeks After Scheduling Conference | May 28, 2025 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| | May 19, 2025 | Answer or Otherwise Respond |
| 3 Weeks After Scheduling Conference | May 7, 2025 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) |
| 2 Weeks After Scheduling Conference | April 30, 2025 | *File Proposed Docket Control Order and Proposed Discovery Order |

| | | |
|---|---|---|
| 1 Week After Scheduling Conference | 1 Week After Scheduling Conference | Join Additional Parties |
| 2 Weeks Before Scheduling Conference | April 2, 2025 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| | April 2, 2025 | File Amended Complaint |

**SIGNED this 5th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE