# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX INC.,<br><br>Defendant. | Civil Action No. 2:24-CV-1078-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ANDREW NASSAR IN SUPPORT OF PLAINTIFF ADVANCED MEMORY TECHNOLOGIES, LLC'S OPPOSITION TO DEFENDANT SK HYNIX INC.'S PARTIAL MOTION TO DISMISS (DKT. NO. 41)

I, Andrew Nassar, hereby state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for Advanced Memory Technologies, LLC ("AMT") in this action.

2. I provide this declaration in support of AMT's Opposition to Defendant SK hynix Inc.'s ("SK hynix") Opposed Partial Motion to Dismiss AMT's Amended Complaint.

3. **Exhibit A** is a true and correct copy of the United States Patent and Trademark Office's February 3, 2022, Non-Final Rejection of Application No. 17/461,597.

4. **Exhibit B** is a true and correct copy of the United States Patent and Trademark Office's June 17, 2016, Non-Final Rejection of Application No. 14/698,542.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2025 in New York, New York.

                                                      */s/ Andrew Nassar*
                                                      Andrew Nassar