# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SK HYNIX INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:24-CV-1078-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

# ORDER

　　Before the Court is Plaintiff Advanced Memory Technologies, LLC's Unopposed Motion for Leave to Amend P.R. 3-1 Infringement Contentions against Defendant SK hynix Inc. Having considered the Motion, noting its unopposed nature, and finding good cause, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's January 2, 2026, amended infringement contentions shall be Plaintiff's operative infringement contentions in this case.