**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX INC.,<br><br>Defendant. | Civil Action No. 2:24-CV-1078-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ANDREW NASSAR IN SUPPORT OF PLAINTIFF AMT'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Andrew Nassar, hereby state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for Advanced Memory Technologies, LLC ("AMT") in this action.

2. I provide this declaration in support of AMT's Opening Claim Construction Brief and attach the following documents.

3. **Exhibit A** is a true and correct copy of U.S. Patent No. 7,777,557.

4. **Exhibit B** is a true and correct copy of U.S. Patent No. 7,920,018.

5. **Exhibit C** is a true and correct copy of U.S. Patent No. 7,969,231.

6. **Exhibit D** is a true and correct copy of U.S. Patent No. 8,400,835.

7. **Exhibit E** is a true and correct copy of U.S. Patent No. 8,593,888.

8. **Exhibit F** is a true and correct copy of U.S. Patent No. 6,121,821, cited as prior art in one of the asserted patents.

9. **Exhibit G** is a true and correct copy of the deposition transcript of Alyssa Apsel in this case.

10. **Exhibit H** is a true and correct copy of the Expert Declaration of Dr. Alyssa Apsel in Support of SK hynix's Claim Construction, dated January 16, 2026.

11. **Exhibit I** is a true and correct copy of the publicly available version of the Declaration of Carl Sechen, Ph.D. in Support of SK hynix's petition for *inter partes* review of U.S. Patent No. 7,777,557.

12. **Exhibit J** is a true and correct copy of excerpts of a document produced by AMT in this matter beginning with bates number AMT _SKH00001380.

13. **Exhibit K** is a true and correct copy of excerpts of a document produced by AMT in this matter beginning with bates number AMT _SKH00001366.

14. **Exhibit L** is a true and correct copy of excerpts of a document produced by AMT in this matter beginning with bates number AMT _SKH00001423.

15. **Exhibit M** is a true and correct copy of the deposition transcript of Marwan Hassoun in this case.

16. **Exhibit N** is a true and correct copy of the Expert Declaration of Marwan Hassoun, Ph.D. in Support of Defendant's Claim Constructions for U.S. Patent No. 8,400,835, dated January 16, 2026.

17. **Exhibit O** is a true and correct copy of excerpts of SK hynix's petition for *inter partes* review of U.S. Patent No. 8,593,888.

18. **Exhibit P** is a true and correct copy of excerpts of the Declaration of Sunil P. Khatri in Support of SK hynix's petition for *inter partes* review of U.S. Patent No. 8,593,888.

19. Highlighting has been applied to certain portions of some of the Exhibits.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2026 in New York, New York.

*/s/ Andrew Nassar*
Andrew Nassar