# EXHIBIT A

US007777557B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.: US 7,777,557 B2**
(45) **Date of Patent: Aug. 17, 2010**

(54) **BOOSTER CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 147 days.

(21) Appl. No.: **12/015,882**

(22) Filed: **Jan. 17, 2008**

(65) **Prior Publication Data**

US 2008/0169864 A1 Jul. 17, 2008

(30) **Foreign Application Priority Data**

Jan. 17, 2007 (JP) ............................ 2007-007694
Nov. 28, 2007 (JP) ............................ 2007-307064

(51) **Int. Cl.**
***G05F 1/10*** (2006.01)

(52) **U.S. Cl.** ...................................................... **327/536**

(58) **Field of Classification Search** ................ 327/535, 327/536, 537
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,100,557 A 8/2000 Hung et al.
6,121,821 A 9/2000 Miki
6,501,325 B1 * 12/2002 Meng ......................... 327/536
6,734,717 B2 5/2004 Min
6,878,981 B2 4/2005 Eshel
6,888,400 B2 5/2005 Lin et al.
6,952,129 B2 10/2005 Lin et al.
7,102,422 B1 9/2006 Sawada et al.
7,123,077 B2 10/2006 Chiu et al.
7,317,347 B2 * 1/2008 Mensi et al. ................ 327/536
7,532,062 B2 * 5/2009 Namekawa et al. ......... 327/536
2007/0096796 A1 5/2007 Firmansyah et al.

* cited by examiner

*Primary Examiner*—Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm*—McDermott Will & Emery LLP

(57) **ABSTRACT**

A boosting circuit comprises a first boosting cell row and a second boosting cell row. The boosting circuit further comprises an analog comparison circuit for comparing the potential of boosting cells on the same stage, and selecting and outputting the lower or higher of the potentials. The potential of an N well is controlled using the output potential of the analog comparison circuit. Thereby, the amplitude of an N well potential can be suppressed, and a single N well region can be shared.

**15 Claims, 21 Drawing Sheets**






FIG. 1


Vpump
201
128
125
126
127
108
109
113
116
CLK1
CLK2
910
906
907
909
D
S
PW
NT
104
107
112
115
118
120
121
103
106
123
111
114
102
105
110

FIG. 2


Vpump
301
128
125
126
127
108
109
113
116
104
107
112
115
103
106
111
114
102
105
110
906
907
909
910
D
S
PW
NT
CLK1
CLK2

FIG. 3

FIG. 4


Vpump
701
702
703
704
705
706
707
708
709
110
111
112
113
114
115
116
125
126
127
128
CLK1
CLK2
906
907
909
910
710
D
S
PW
NT


Vpump
621
CLK2
CLK1
CLK2
CLK1
CLK1
CLK2
CLK1
CLK2
501
LST
NT
PW
858
859
860
861
862
863
909
910
119
118
117
120
121
113
116
112
115
111
114
128
124
123
122
BOOSTING CELL
104
107
103
106
102
105
110

FIG. 5


Vpump
622
CLK2
CLK1
BACKFLOW PREVENTION
BOOSTING CELL
NT
108
109
104
107
103
106
102
105
128
124
123
122
113
116
112
115
111
114
126
127
125
513
512
511
110

FIG. 6

FIG. 7


Vpump
801
CLK1
CLK2
CLK3
CLK4
802
803
804
805
806
807
808
809
110
111
112
113
114
115
116
118
119
120
121
123
124
125
126
127
128
810
811
812
813
907
909
910
D
S
PW
NT

FIG. 8


Vpump
851
CLK1
CLK2
852
853
854
855
856
857
858
859
860
861
862
863
909
910
110
111
112
113
114
115
116
118
119
120
121
123
124
125
126
127
128
PW
NT
S
D


Vpump
881
CLK2
CLK1
858
859
854
857
853
856
852
855
860
861
862
863
909
910
PW
NT
S
D
111
112
113
114
115
116
118
119
120
121
123
124
125
126
127
128
110

FIG. 9


Vpump
601
608
609
614
113
116
CLK1
CLK2
910
612
613
611
NT
S
D
124
604
607
112
115
126
127
513
123
603
606
111
114
512
610
122
602
605
511
110

FIG. 10


Vpump
611
608
614
113
116
609
CLK1
CLK2
910
612
611
S
D
PW
NT
NW
124
604
607
112
115
126
127
513
123
603
606
111
114
512
610
122
602
605
511
110

FIG. 11

FIG. 12



Vpump
BACKFLOW PREVENTION
BACKFLOW PREVENTION
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
CLK1
CLK2
LST
NT
PW
501
119
118
117
128
124
123
122
120
121
909
113
112
111
116
115
114
110
808,858
809,859
104,604, 704,804,854
107,607, 707,807,857
103,603, 703,803,853
106,606, 706,806,856
102,602, 702,802,852
105,605, 705,805,855


Vpump
BACKFLOW PREVENTION
BACKFLOW PREVENTION
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
BOOSTING CELL
NT
CLK1
CLK2
108,608, 708,808,858
109,609, 709,809,859
104,604, 704,804,854
107,607, 707,807,857
103,603, 703,803,853
106,606, 706,806,856
102,602, 702,802,852
105,605, 705,805,855
110
111
112
113
114
115
116
122
123
124
125
126
127
128
511
512
513

FIG. 13

FIG. 14



Vpump
BACKFLOW PREVENTION
NT
108,608, 708,808,858
CLK2
128
BACKFLOW PREVENTION
NT
109,609, 709,809,859
CLK1
113
126
127
116
125
BOOSTING CELL
NT
104,604, 704,804,854
CLK1
124
BOOSTING CELL
NT
107,607, 707,807,857
CLK2
126
127
118
513
112
120
121
115
909
PW
NT
909
BOOSTING CELL
NT
103,603, 703,803,853
CLK2
123
BOOSTING CELL
NT
106,606, 706,806,856
CLK1
117
111
120
121
114
909
PW
NT
909
BOOSTING CELL
NT
102,602, 702,802,852
CLK1
122
BOOSTING CELL
NT
105,605, 705,805,855
CLK2
110

FIG. 15


906
102,103,104
117,118,119
PW
120
122,123,124
121
PW
906
NT
PW
105,106,107
NT

FIG. 16


102
103
906
906
118
PW
PW
120
123
121
906
906
PW
NT
PW
PW
NT
105
NT
106

FIG. 17


102
103
906
906
118
PW
PW
120
123
121
PW
NT
906
906
PW
PW
NT
105
106

FIG. 18


102,103,104
906
117,118,119
PW
120
122,123,124
121
PW
906
PW
105,106,107
NT

FIG. 19


102
103
906
906
118
PW
PW
120
123
121
PW
906
906
PW
PW
NT
105
106

FIG. 20


102,103,104,108
906
PW
120
PW
NT
122,123,
124,128
117,118,
119,501
906
121
PW
PW
NT
105,106,107,109

FIG. 21


102
103
906
906
PW
PW
120
PW
NT
123
118
906
906
121
PW
PW
PW
NT
105
106

FIG. 22


906
102,103,104,108
PW
NT
122,123,
124,128
126
511,512,513,125
127
NW
906
105,106,107,109
PW
NT

FIG. 23


102,103,104,108
906
PW
NT
126
122,123,
124,128
511,512,513,125
127
NW
906
PW
NT
105,106,107,109

FIG. 24


102,103,104,108
906
NW
126
PW
NT
122,123,
124,128
511,512,513,125
906
127
NW
PW
NT
105,106,107,109




FIG. 25
PRIOR ART

FIG. 26
PRIOR ART



# BOOSTER CIRCUIT

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a booster circuit employing a switching element having a triple-well structure.

2. Description of the Related Art

In recent years, flash memories, which are a type of non-volatile semiconductor memory devices, require data read and data write using a single power supply voltage or low power supply voltages, for which, therefore, a booster circuit for supplying a positive or negative boosted voltage is required on a chip when each operation is performed. Also, during CMOS processes, a power supply voltage generated by the booster circuit is used to improve characteristics of an analog circuit.

Conventionally, there is a known booster circuit employing a triple-well structure switching element (U.S. Pat. Nos. 6,100,557, 6,121,821, and 7,102,422).

FIG. **25** shows an exemplary conventional booster circuit. In FIG. **25**, **901** indicates a booster circuit which receives two-phase clock signals CLK**1** and CLK**2** and generates an output terminal voltage (boosted voltage) Vpump by a boosting operation. **902**, **903**, and **904** are boosting cells which constitute an exemplary three-stage configuration, where CLK**1** is input to the odd-numbered-stage cells and CLK**2** is input to the even-numbered-stage cell. **905** indicates a backflow preventing circuit which prevents backflow of the boosted voltage Vpump. **906** indicates a charge transfer transistor which functions as a switching element. **907** indicates a P well (PW) of the charge transfer transistor **906**. **908** indicates a deep N well (NT) including the P well **907**. **909** indicates a parasitic diode between the P well **907** and the N well **908**. **910** indicates boosting capacitors which boost output terminals of the boosting cells **902**, **903**, and **904**. **911**, **912**, **913**, and **914** indicate I/O terminals of the boosting cells. As shown in FIG. **25**, the P well **907** and the N well **908** of each charge transfer transistor **906** of the boosting cells **902** to **904** is connected to the source of the charge transfer transistor **906** so that they have the same potential.

FIG. **26** is a waveform diagram showing the two-phase clock signals CLK**1** and CLK**2** in the booster circuit **901** of FIG. **25**. An operation of the booster circuit **901** of FIG. **25** will be briefly described with reference to FIG. **26**.

Initially, at time T**1**, CLK**1** goes to "H" (power supply voltage Vdd) and CLK**2** goes to "L" (ground voltage Vss), so that the potentials of the I/O terminals **912** and **914** are boosted. At the same time, changes are transferred from the I/O terminal **912** to the I/O terminal **913** and from the I/O terminal **914** to the output terminal of the booster circuit **901**, via the charge transfer transistors **906** of the boosting cell **903** and the backflow preventing circuit **905**, respectively, so that the output terminal voltages of the I/O terminal **913** and the booster circuit **901** are increased. In this case, since the P well **907** of each of the boosting cell **903** and the backflow preventing circuit **905** has the same potential as that of the source terminal of the charge transfer transistor **906**, the substrate biasing effect of the charge transfer transistor **906** is suppressed, thereby making it possible to suppress a decrease in charge transfer efficiency.

At time T**2** when a charge transfer period Ttrans has been passed since time T**1**, CLK**2** goes to "H" and CLK**1** goes to "L", so that the potential of the I/O terminal **913** is boosted. At the same time, charges are transferred from the I/O terminal **913** to the I/O terminal **914** via the charge transfer transistor **906** of the boosting cell **904**. In this case, since the P well **907** of the boosting cell **904** has the same potential as that of the source terminal of the charge transfer transistor **906**, the substrate biasing effect of the charge transfer transistor **906** is suppressed, thereby making it possible to suppress a decrease in charge transfer efficiency.



At time T**3**, an operation similar to that at time T**1** is performed.

Thus, according to the booster circuit **901** of FIG. **25**, the substrate biasing effect is suppressed, thereby making it possible to suppress a decrease in charge transfer efficiency during the boosting operation.

However, in the conventional booster circuit **901**, the source and the N well **908** of the charge transfer transistor **906** are connected to each other, so that a parasitic capacitance formed by the N well **908** is charged and discharged by voltage transition widths of the clock signals CLK**1** and CLK**2** in response to voltage transitions of the clock signals CLK**1** and CLK**2**.

Also, charges supplied by the clock signals CLK**1** and CLK**2** are used to charge and discharge the N well **908**, disadvantageously resulting in a decrease in boost efficiency.

Also, since the source and the N well **908** of the charge transfer transistor **906** are connected to each other, it is necessary to separate the N wells **908** of the charge transfer transistors **906** from each other, disadvantageously resulting in an increase in layout area.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a booster circuit in which the current consumption and the layout area can be suppressed while the substrate biasing effect of a switching element used in each boosting cell can be suppressed.

To achieve the object, a booster circuit according to the present invention is provided in which the potential of an N well of each boosting cell is fixed to the input or output potential of the boosting cell stage to reduce the amount of charges which are charged and discharged between the N well and the substrate, thereby making it possible to improve the boost efficiency.

Specifically, in a first aspect, a boosting circuit comprises boosting cells each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in the first well region or the second well region, in which the at least one switching element switches ON/OFF a connection between a first terminal and a second terminal so as to transfer charges from the first terminal to the second terminal, a first boosting cell row including N stages ($N \geqq 1$) of the boosting cells, a second boosting cell row including M stages ($M \geqq 1$) of the boosting cells, and at least one analog comparison circuit for outputting the higher or lower of an output potential of the boosting cell on the i-th stage ($1 \leqq i \leqq N$) of the first boosting cell row and an output potential of the boosting cell on the i-th stage ($1 \leqq i \leqq M$) of the second boosting cell row. The output potential of the at least one analog comparison circuit is applied to the first well region of the at least one switching element included in the boosting cell on the (i+1)-th stage, the boosting cell on the i-th stage, or at least one of the boosting cells on less than i-th stages of the first and second boosting cell rows.

In a second aspect, a booster circuit comprises boosting cells each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in either or both of the first well region and the second well

region, in which the at least one switching element switches ON/OFF a connection between a first terminal and a second terminal so as to transfer charges from the first terminal to the second terminal, a first boosting cell row including N stages (N≧1) of the boosting cells, a second boosting cell row including M stages (M≧1) of the boosting cells, and at least one analog comparison circuit for outputting the higher or lower of an input potential of the boosting cell on the i-th stage (1≦i≦N) of the first boosting cell row and an input potential of the boosting cell on the i-th stage (1≦i≦M) of the second boosting cell row. The output potential of the at least one analog comparison circuit is applied to the first well region of the at least one switching element included in the boosting cell on the (i+1)-th stage, the boosting cell on the i-th stage, or at least one of the boosting cells on less than i-th stages of the first and second boosting cell rows.

In a third aspect, a booster circuit comprises boosting cells and backflow preventing circuits each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in the first well region or the second well region, wherein the at least one switching element switches ON/OFF a connection between a first terminal and a second terminal so as to transfer charges from the first terminal to the second terminal, a first boosting cell row including N stages (N≧1) of the boosting cells and the backflow preventing circuit, a second boosting cell row including M stages (M≧1) of the boosting cells and the backflow preventing circuit, and at least one analog comparison circuit for outputting the higher or lower of an output potential of the boosting cell on the i-th stage (1≦i≦N) of the first boosting cell row and an output potential of the boosting cell on the i-th stage (1≦i≦M) of the second boosting cell row. The output potential of the at least one analog comparison circuit is applied to the first well region of the at least one switching element included in the backflow preventing circuit, the boosting cell on the (i+1)-th stage, the boosting cell on the i-th stage, or at least one of the boosting cells on less than i-th stages of the first and second boosting cell rows.

In a fourth aspect, a booster circuit comprises boosting cells and backflow preventing circuits each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in either or both of the first well region and the second well region, in which the at least one switching element switches ON/OFF a connection between a first terminal and a second terminal so as to transfer charges from the first terminal to the second terminal, a first boosting cell row including N stages (N≧1) of the boosting cells and the backflow preventing circuit, a second boosting cell row including M stages (M≧1) of the boosting cells and the backflow preventing circuit, and at least one analog comparison circuit for outputting the higher or lower of an intermediate potential of the backflow preventing circuit of the first boosting cell row and an intermediate potential of the backflow preventing circuit of the second boosting cell row. The output potential of the at least one analog comparison circuit is applied to the first well region of the at least one switching element included in the backflow preventing circuit of the first and second boosting cell rows or at least one of the boosting cells of the first and second boosting cell rows.

In a fifth aspect, a booster circuit comprises boosting cells and backflow preventing circuits each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in either or both of the first well region and the second well region, in which the at least one switching element switches ON/OFF a connection between a first terminal and a second terminal so as to transfer charges from the first terminal to the second terminal, a first boosting cell row including N stages (N≧1) of the boosting cells and the backflow preventing circuit, a second boosting cell row including M stages (M≧1) of the boosting cells and the backflow preventing circuit, and at least one analog comparison circuit for comparing input potentials of the boosting cells on the i-th stages (1≦i≦N) of the first and second boosting cell rows or the backflow preventing circuits and outputting the higher or lower of the input potentials. The output potential of the at least one analog comparison circuit is applied to the first well region of the at least one switching element included in the backflow preventing circuit, the boosting cell on the (i+1)-th stage, the boosting cell on the i-th stage, or at least one of the boosting cells on less than i-th stages of the first and second boosting cell rows.



In a sixth aspect, in the booster circuit of any one of the first to fifth aspects, the second well region and the first terminal are connected to each other so that the second well region and the first terminal have the same potential.

In a seventh aspect, in the booster circuit of any one of the first to fifth aspects, the second well region and the first well region are connected to each other so that the second well region and the first well region have the same potential.

In an eighth aspect, in the booster circuit of any one of the first to fifth aspects, the at least one analog comparison circuit has a first-conductivity type first well region on the substrate, a second-conductivity type second well region in the first well region, and at least one switching element in the first well region or the second well region, and the at least one analog comparison circuit is provided one for each boosting cell stage.

In a ninth aspect, in the booster circuit of any one of the first to fifth aspects, the at least one analog comparison circuit has a first-conductivity type first well region on the substrate, a second-conductivity type second well region in the first well region, and at least one switching element in the first well region or the second well region, and the at least one analog comparison circuit is provided one every arbitrary number of boosting cell stages.

In a tenth aspect, in the booster circuit of any one of the first to fifth aspects, a diode element is provided between the first terminal and the first well region of the boosting cell.

In an eleventh aspect, in the booster circuit of any one of the first to fifth aspects, the at least one switching elements having the same potential of the first well region of the first and second boosting cell rows share a common first well region.

In a twelfth aspect, in the booster circuit of any one of the first to fifth aspects, the at least one switching elements having the same potential of the first well region of the first and second boosting cell rows and the at least analog comparison circuit share a common first well region.

In a thirteenth aspect, in the booster circuit of any one of the first to fifth aspects, the at least one switching circuit of the boosting cell on the i-th stage of the first boosting cell row and a first element of the at least analog comparison circuit share a common first well region, and the at least one switching circuit of the boosting cell on the i-th stage of the second boosting cell row and a second element of the at least analog comparison circuit share a common first well region.

According to the first aspect, the amount of charges which are charged and discharged in the first-conductivity type first well region can be caused to be smaller than the voltage swing of a clock signal, so that the apparent parasitic capacitance between the first well region and the substrate can be reduced. Thereby, it is possible to suppress current consumption dur-

ing a boosting operation. Also, since the apparent parasitic capacitance between the first well region and the substrate can be reduced, boost efficiency can be improved. Also, by controlling the potentials of the first well regions of a plurality of boosting cells using a single analog comparison circuit, it is possible to suppress an increase in layout area due to the analog comparison circuit.

According to the second aspect, a well control can be performed using the input potential of a boosting cell on the first stage, so that a load capacitance connected to a boosting capacitor on each stage can be caused to be uniform. Thereby, a more stable boosting operation can be achieved.

According to the third aspect, the potential of the first well region of the backflow preventing circuit can be controlled, thereby making it possible to suppress a decrease in charge transfer efficiency of the backflow preventing circuit.

According to the fourth aspect, a well control can be performed using an intermediate potential of the backflow preventing circuit, so that a load capacitance connected to a boosting capacitor on each stage can be caused to be uniform. Thereby, a more stable boosting operation can be achieved.

According to the fifth aspect, a well control can be performed using the input potential of a boosting cell on the first stage, so that a load capacitance connected to a boosting capacitor on each stage can be caused to be uniform. Thereby, a more stable boosting operation can be achieved.

According to the sixth aspect, the input terminal and the second well region of a charge transfer transistor (switching element) in the boosting cell can be connected to each other, so that the current drive performance of a switching element can be suppressed from being decreased due to the substrate biasing effect.

According to the seventh aspect, the first well region and the second well region are caused to have the same potential, so that a single well region can be shared by an N-channel transistor and a P-channel transistor, resulting in a decrease in layout area.

According to the eighth aspect, an analog comparison circuit is provided for each of all stages, so that the boosting cells can be caused to be of uniform parasitic capacitance, thereby making it possible to improve easiness of design.

According to the ninth aspect, an analog comparison circuit is provided every arbitrary number of stages, so that an increase in circuit area can be suppressed while securing the margins of the breakdown voltages of the second well region and the first well region.

According to the tenth aspect, by supplying the input potential of a boosting cell to the first well region via a diode element, the potential increase of the first well region is caused to follow each boosting cell potential during start up of a booster circuit, thereby making it possible to prevent the occurrence of latch-up.

According to the eleventh and twelfth aspects, a common first well region is used, thereby making it possible to reduce the layout area.

According to the thirteenth aspect, noise interference between the first boosting cell row and the second boosting cell row which is pumped with clocks having different phases can be reduced while reducing the amount of charges which are charged and discharged of the first well region.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a circuit diagram showing an exemplary configuration of a booster circuit according to the present invention.

FIG. **2** is a circuit diagram showing another exemplary configuration of a booster circuit according to the present invention.

FIG. **3** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **4** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **5** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **6** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **7** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **8** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **9** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **10** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **11** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **12** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **13** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **14** is a circuit diagram showing still another exemplary configuration of the booster circuit of the present invention.

FIG. **15** is a plan view showing an exemplary layout configuration of the booster circuit of the present invention.

FIG. **16** is a plan view showing another exemplary layout configuration of the booster circuit of the present invention.

FIG. **17** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **18** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **19** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **20** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **21** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **22** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **23** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **24** is a plan view showing still another exemplary layout configuration of the booster circuit of the present invention.

FIG. **25** is a circuit diagram showing a conventional booster circuit.

FIG. **26** is a waveform diagram showing a two-phase clock signal in the booster circuit of FIG. **25**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Hereinafter, a booster circuit according to the present invention will be described, by way of examples, with reference to the accompanying drawings.

FIG. **1** shows an exemplary configuration of the booster circuit of the present invention. In FIG. **1**, **101** indicates a two-parallel booster circuit which receives two-phase clock signals CLK**1** and CLK**2** and generates an output terminal voltage (boosted voltage) Vpump by a boosting operation. **102**, **103**, **104**, **105**, **106**, and **107** indicate boosting cells which are arranged in a first line and a second line, where CLK**1** is input to the odd-numbered stages on the first line and the even-numbered stages on the second line, and CLK**2** is input to the even-numbered stages on the first line and the odd-numbered stages on the second line. **108** and **109** indicate backflow preventing circuits which prevent backflow of the boosted voltage Vpump. **110**, **111**, **112**, **113**, **114**, **115**, and **116** indicate I/O terminals of the boosting cells **102** to **107**. **117**, **118**, and **119** indicate exemplary low-voltage output analog comparison circuits which output the lower of the voltages of the I/O terminals of the boosting cells on the same stage of the first line and the second line. **120** and **121** indicate Nch (N-channel) transistors included in the low-voltage output analog comparison circuits **117**, **118**, and **119**. **122**, **123**, and **124** indicate output terminals of the low-voltage output analog comparison circuits **117** to **119** connected to N wells of the corresponding boosting cells. **125** indicates a high-voltage output analog comparison circuit which outputs the higher of the voltages of the I/O terminal **113** of the third-stage boosting cell **104** on the first line and the I/O terminal **116** of the third-stage boosting cell **107** on the second line. **126** and **127** indicate Pch (P-channel) transistors included in the high-voltage output analog comparison circuit **125**. **128** indicates an output terminal of the high-voltage output analog comparison circuit connected to N wells of the backflow preventing circuits **108** and **109**. Note that the same elements as those of the above-described conventional example are indicated by the same reference numerals. Also, the number of boosting cells connected in series in the booster circuit **101** shown in FIG. **1** is only for illustrative purposes.

The two-phase clock signals CLK**1** and CLK**2** of the booster circuit **101** of FIG. **1** have waveforms similar to those of FIG. **26**. An operation of the booster circuit **101** of FIG. **1** will be described with reference to FIG. **26**.

At time T**1**, CLK**1** goes from “L” to “H” and CLK**2** goes from “H” to “L”, so that the potentials of the I/O terminals **111**, **113**, and **115** of the boosting cells **102**, **104**, and **106** are boosted, and the boosted charges are transferred via the charge transfer transistors **906** of the boosting cell **103**, the backflow preventing circuit **108**, and the boosting cell **107** to the I/O terminal **112**, the output terminal of the booster circuit **101**, and the I/O terminal **116**, respectively. In this case, in the low-voltage output analog comparison circuit **117**, the Nch transistor **120** is switched OFF and the Nch transistor **121** is switched ON due to a relationship in potential between the boosted I/O terminal **111** and the non-boosted I/O terminal **114**, so that the potential of the I/O terminal **114** is output from the output terminal **122** of the low-voltage output analog comparison circuit **117** and is supplied to the N wells of the boosting cell **102** and the boosting cell **105**. Similarly, the potential of the I/O terminal **112** is output from the output terminal **123** of the low-voltage output analog comparison circuit **118** and is supplied to the N wells of the boosting cell **103** and the boosting cell **106**. The potential of the I/O terminal **116** is output from the output terminal **124** of the low-voltage output analog comparison circuit **119** and is supplied to the N wells of the boosting cells **104** and the boosting cell **107**. Also, in the high-voltage output analog comparison circuit **125**, the Pch transistor **126** is switched ON and the Pch transistor **127** is switched OFF due to a relationship in potential between the boosted I/O terminal **113** and the non-boosted I/O terminal **116**, so that the potential of the I/O terminal **113** is output from the output terminal **128** of the high-voltage output analog comparison circuit **125** and is supplied to the N wells of the backflow preventing circuit **108** and the backflow preventing circuit **109**.

At time T**2**, if CLK**1** goes from “H” to “L” and CLK**2** goes from “L” to “H”, the potentials of the I/O terminals **112**, **114**, and **116** of the boosting cells **103**, **105**, and **107** are boosted, and boosted charges are transferred via the charge transfer transistors **906** of the boosting cells **104** and **106** and the backflow preventing circuit **109** to the output terminals of the I/O terminals **113** and **115** and the booster circuit **101**, respectively. In this case, in the low-voltage output analog comparison circuit **117**, the Nch transistor **120** is switched ON and the Nch transistor **121** is switched OFF due to a relationship in potential between the boosted I/O terminal **114** and the non-boosted I/O terminal **111**, so that the potential of the I/O terminal **111** is output from the output terminal **122** of the low-voltage output analog comparison circuit **117** and is supplied to the N wells of the boosting cell **102** and the boosting cell **105**. Similarly, the potential of the I/O terminal **115** is output from the output terminal **123** of the low-voltage output analog comparison circuit **118** and is supplied to the N wells of the boosting cell **103** and the boosting cell **106**. The potential of the I/O terminal **113** is output from the output terminal **124** of the low-voltage output analog comparison circuit **119** and is supplied to the N wells of the boosting cell **104** and the boosting cell **107**. Also, in the high-voltage output analog comparison circuit **125**, the Pch transistor **126** is switched OFF and the Pch transistor **127** is switched ON due to a relationship in potential between the boosted I/O terminal **116** and the non-boosted I/O terminal **113**, so that the potential of the I/O terminal **116** is output from the output terminal **128** of the high-voltage output analog comparison circuit **125** and is supplied to the N wells of the backflow preventing circuit **108** and the backflow preventing circuit **109**.

Thus, according to the booster circuit **101** of FIG. **1**, the potentials of the N wells of the boosting cells **102** to **107** and the backflow preventing circuits **108** and **109** can be fixed to the input potentials or the output potentials of the respective boosting cell stage, so that the amount of charges which are charged and discharged between the N well and the substrate can be reduced, i.e., current consumption can be reduced. Also, by reducing the amount of charges which are charged and discharged between the N well and the substrate, the amount of charges transferred to the next stage can be increased, so that an improvement in boost efficiency can be expected.

Note that, as shown in FIGS. **2** and **3**, the low-voltage output analog comparison circuits **117** to **119** and the high-voltage output analog comparison circuit **125** can be provided every arbitrary number of stages of boosting cells, taking into consideration the margin of the breakdown voltage between the P well and the N well and the circuit area, so that an effect similar to that of the above-described configuration can be obtained with a reduced number of elements.

FIG. **4** shows another exemplary configuration of the booster circuit of the present invention. In FIG. **4**, **701** indicates a two-parallel booster circuit which receives two-phase clock signals CLK**1** and CLK**2**, and generates a boosted voltage Vpump by a boosting operation. **702**, **703**, **704**, **705**,

**706**, and **707** indicate the boosting cells **102** to **107** of FIG. **1**, respectively, in each of which a transistor **710** diode-connected between the I/O terminal of the boosting cell and the output terminal **128** of the high-voltage output analog comparison circuit **125** is added. **708** and **709** indicate backflow preventing circuits. Note that elements similar to those of FIG. **1** are indicated by the same reference numerals. The number of boosting cells connected in series in the booster circuit **701** is only for illustrative purposes.

The configuration of FIG. **4** is different from that of FIG. **1** in that the low- (or high-) voltage output analog comparison circuits **117** to **119** and **125** are replaced with a single common element, thereby reducing the number of elements. Thereby, during startup of the booster circuit **701**, when the potentials of the I/O terminals **111** to **116** of the boosting cells **702** to **707** increase, the N well potential is supplied as a forward current of the parasitic diode **909** from the P well **907** of each of the boosting cells **702** to **707**. To suppress the forward current of the parasitic diode **909**, the transistor **710** having a diode function is provided, thereby making it possible to provide a stable boosting operation even during startup of the booster circuit **701**.

FIG. **5** shows still another exemplary configuration of the booster circuit of the present invention. In FIG. **5**, **621** indicates a two-parallel booster circuit which receives two-phase clock signals CLK**1** and CLK**2**, and generates a boosted voltage Vpump by a boosting operation. **858** and **859** indicate backflow preventing circuits in which two-phase clock signals CLK**1** and CLK**2** are input and transistors **861** and **862** therein are controlled to cause a charge transfer transistor **860** to be in a conductive or non-conductive state. Thereby, a decrease in transfer efficiency occurring in the backflow preventing circuits **108** and **109** of FIG. **1** is suppressed. Note that elements similar to those of FIG. **1** are indicated by the same reference numerals. The number of boosting cells connected in series in the booster circuit **621** is only for illustrative purposes.

The configuration of FIG. **5** is different from that of FIG. **5** in that the two-phase clock signals CLK**1** and CLK**2** are input to control the gate potential of the charge transfer transistor **860**, and a low-voltage output analog comparison circuit **501** is used for the backflow preventing circuits **858** and **859** for improving charge transfer efficiency and boost efficiency.

According to FIG. **5**, the low-voltage output analog comparison circuits **117**, **118**, **119**, and **501** having a similar structure are provided on the respective stages in the booster circuit **621**, so that a difference between the loads of the boosting capacitors **910** of the boosting cells **104** and **107** on the final stage of FIG. **1** and the loads of the boosting capacitors **910** of the other boosting cells **102**, **103**, **105**, and **106** can be suppressed, thereby making it possible to cause the boosting capacitors **910** on the stages to be of substantially uniform parasitic capacitance. Therefore, the boosting cells on the stages are caused to be of uniform charge transfer amount, resulting in a stable boosting operation.

Note that a booster circuit **622** of FIG. **6** is an example in which high-voltage output analog comparison circuits **511**, **512**, **513**, and **125** are used for the boosting cells **102** to **107** and the backflow preventing circuits **108** and **109** of FIG. **1**, and only the gates of the transistors **126** and **127** of the high-voltage output analog comparison circuit **511** which controls the N wells of the boosting cells **102** and **105** on the first stage are fixed to VSS. Thereby, a stable boosting operation can be achieved as in FIG. **5**.

Thus, the booster circuits employing the two-phase clock signals CLK**1** and CLK**2** have been described as exemplary booster circuit configurations. Alternatively, as shown in FIG.



**7**, a booster circuit **801** may employ four-phase clock signals CLK**1**, CLK**2**, CLK**3**, and CLK**4**. Alternatively, as shown in FIGS. **8**, **9**, **10**, and **11**, booster circuit **851**, **881**, **601**, and **611** may employ two-phase clock signals CLK**1** and CLK**2**, and Nch transistors having triple wells in boosting cells, where the low-voltage output analog comparison circuits **117** to **119**, and **501** or the high-voltage output analog comparison circuits **511** to **513** and **125** are used, thereby making it possible to a similar effect irrespective of the configuration of the boosting cell. Also, as shown in FIG. **11**, the P and N wells of an Nch transistor **612** of each of boosting cells **602** to **607** can be commonly connected, and further, the P and N wells of an Nch transistor **612** and the N well of the Pch transistor **611** can be commonly connected, thereby making it possible to reduce the layout area.

Note that, in FIG. **7**, **802**, **803**, **804**, **805**, **806**, and **807** indicate boosting cells, **808** and **809** indicate backflow preventing circuits, **810** indicates a charge transfer transistor (Nch transistor), **811** and **813** indicates Nch transistors, and **812** indicates a boosting capacitor. In FIG. **8**, **852**, **853**, **854**, **855**, **856**, and **857** indicate boosting cells, **858** and **859** indicate backflow preventing circuits, **860** indicates a charge transfer transistor (Nch transistor), **861** and **863** indicate Nch transistors, and **862** indicates a Pch transistor. In FIGS. **10** and **11**, **602**, **603**, **604**, **605**, **606**, and **607** indicate boosting cells, **608** and **609** indicate backflow preventing circuits, **610** and **612** indicate charge transfer transistors (Nch transistors), **611** and **614** indicate charge transfer transistors (Pch transistors), and **613** indicates a connection node.

FIGS. **12**, **13**, and **14** show exemplary configurations including high-voltage (low-voltage) output analog comparison circuits, where either or both high- and low-voltage output analog comparison circuits can be used for all boosting cells and a backflow preventing circuit. If a boosting operation can be operated irrespective of the number of transistors (charge transfer transistors in the N wells of boosting cells, etc.) or the presence or absence of a Pch transistor and even when the P well is not necessarily connected directly to the source (e.g., the P well of the Nch transistor in a charge transfer transistor or the like is connected to the N well, the potential of the P well is supplied by switching the potentials of the drain and the source, etc.), a similar effect can be achieved.

The configuration of the low-voltage output analog comparison circuits **117** to **119** and **501** and the high-voltage output analog comparison circuits **511**, **512**, **513**, and **125** in the figures is only for illustrative purposes, and any other configurations that provide similar functions may be provided.

FIG. **15** is a plan view showing an exemplary layout configuration of booster circuits according to the present invention, indicating the charge transfer transistors **906** of the boosting cells **102** to **107** and the low-voltage output analog comparison circuits **117** to **119** of FIG. **1**.

In FIG. **15**, the output terminal **122** (or **123**, **124**) of the low-voltage output analog comparison circuit **117** (or **118**, **119**) is connected to a single N well (NT) which is shared by the charge transfer transistors **906** of the boosting cells **102** and **105** (or **103** and **106**, **104** and **107**).

According to FIG. **15**, a single N well can be shared by the triple-well structure switching elements **906** of the two or more boosting cells **102** and **105** controlled by the output voltage of the low-voltage output analog comparison circuit **117**, thereby making it possible to reduce the layout area.

Note that the layout configuration of FIG. **15** is only for illustrative purposes. Alternatively, as shown in FIGS. **16** and **17**, the N well of the switching element **906** which is con-

trolled by the output voltage of the low-voltage output analog comparison circuit **118** can be separated or shared irrespective of the number of stages of boosting cells.

Further, as shown in FIGS. **18** and **19**, a single N well can be shared by the low-voltage output analog comparison circuits **117** to **119***u* and the switching elements **906** of the boosting cells **102** to **107**, respectively.

As shown in FIGS. **20** and **21**, a single N well is shared by the transistors **120** of the single low-voltage output analog comparison circuits **117**, **118**, **119**, and **501**, and the boosting cells **102**, **103**, and **104** and the backflow preventing circuit **108**, and another single N well is shared by the transistors **121** of the low-voltage output analog comparison circuits **117**, **118**, **119**, and **501**, and the boosting cells **105**, **106**, and **107** and the backflow preventing circuit **109**. Thereby, the influence of noise in the boosting capacitor can be reduced while decreasing the amount of charges which are charged and discharged of the N well, thereby making it possible to achieve a stable boosting operation.

A similar layout can be applied to the high-voltage output analog comparison circuits **511**, **512**, **513**, and **125** as shown in FIGS. **22**, **23**, and **24**.

The above-described layout is only for illustrative purposes. A plurality of transistors having the same potential can share a single N or P well irrespective of the boosting cell row.

Further, in each of the above aspects, the output voltage generated by the analog comparison circuit in the boosting cell on the i-th stage can be applied to the N well of any of the boosting cells on the (i+1)-th stage, i-th stage, and stages anterior the i-th stage in the booster circuit in the N-th row other than the booster circuits in the first and second rows. This achieves not only reduction in area of the analog comparison circuit but also layout sharing to thus reduce the layout area.

As described above, in the booster circuit of the present invention, the substrate biasing effect can be suppressed in the triple-well structure element included in each boosting cell, so that the current consumption, the circuit area, and the layout area can be reduced. Therefore, the booster circuit of the present invention is useful as a power supply generating circuit or the like for improving analog circuit characteristics in a non-volatile semiconductor memory device and a CMOS process.

Also, the booster circuit of the present invention is applicable to power supply circuits for a volatile semiconductor memory device (DRAM, etc.), a liquid crystal device, a mobile device, and the like.

What is claimed is:

**1**. A booster circuit comprising:

boosting cells each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in either or both of the first well region and the second well region, wherein the at least one switching clement switches to transfer charges from a first terminal to a second terminal;

a first boosting cell row including N stages (N≧1) of the boosting cells;

a second boosting cell row including M stages (M≧1) of the boosting cells; and

at least one analog comparison circuit for outputting a well bias potential generated by an output potential of the boosting cell on the i-th stage (1≦i≦N) of the first boosting cell row and an output potential of the boosting cell on the i-th stage (1≧i≧M) of the second boosting cell row,

wherein the well bias potential of the at least one analog comparison circuit is applied to the first well region of the switching element included in the at least one boosting cell of the first and second boosting cell rows.

**2**. The booster circuit of claim **1**, wherein;

the first boosting cell row includes N stages (N≧1) of the boosting cells and at least one backflow preventing circuit;

the second boosting cell row includes M stages (M≧1) of the boosting cells and at least one backflow preventing circuit; and

the well bias potential of the at least one analog comparison circuit is applied to the first well region of the switching element included in the at least one backflow preventing circuit of the first and second boosting cell rows.

**3**. The booster circuit of claim **1**, wherein the well bias potential is the higher potential out of the output potential of the boosting cell on the i-th stage (1 ≦i≦N) of the first boosting cell row and the output potential of the boosting cell on the i-th stage (1≦i≦M) of the second boosting cell row.

**4**. The booster circuit of claim **1**, wherein the well bias potential is the lower potential out of the output potential of the boosting cell on the i-th stage; (1 ≦i≦N) of the first-boosting cell row and the output potential of the boosting cell on the i-th stage (1≦i≦M) of the second boosting cell row.

**5**. The booster circuit of claim **1**, wherein the second well region and the first terminal are connected to each other so that the second well region and the first terminal have the same potential.

**6**. The booster circuit of claim **1**, wherein the second well region and the first well region are connected to each Other so that the second well region and the first well region have the same potential.

**7**. The booster circuit of claim **1**, wherein

the at least one analog comparison circuit has a first-conductivity type first well region on the substrate, a second-conductivity type second well region in the first well region, and at least one switching element in the first well region or the second well region, and

the at least one analog comparison circuit is provided one for each boosting cell stage.

**8**. The booster circuit of claim **1**, wherein

the at least one analog comparison circuit has a first-conductivity type first well region on the substrate, a second-conductivity type second well region in the first well region, and at least one switching element in the first well region or the second well region, and at least one analog comparison circuit is provided for the first and second boosting cell rows, and

the at least one analog comparison circuit is provided one every arbitrary number of boosting cell stages.

**9**. The booster circuit of claim **1**, wherein a diode element is provided between the first terminal and the first well region of the boosting cell.

**10**. The booster circuit of claim **1**, wherein the at least one switching elements having the same potential of the first well region of the first and second boosting cell rows share a common first well region.

**11**. The booster circuit of claim **1**, wherein the at least one switching elements having the same potential of the first well region of the first and second boosting cell rows and the at least one analog comparison circuit share a common first well region.

**12**. The booster circuit of claim **1**, wherein

the at least one switching circuit of the boosting cell on the i-th stage of the first boosting cell row and a first element

of the at least one analog comparison circuit share a common first well region, and

the at least one switching circuit of the boosting cell on the i-th stage of the second boosting cell row and a second element of the at least one analog comparison circuit share a common first well region.

**13**. A booster circuit comprising:

boosting cells and backflow preventing circuits each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in either or both of the first well region and the second well region, wherein the at least one switching element switches to transfer charges from a first terminal to a second terminal;

a first boosting cell row including N stages (N≧1) of the boosting cells and the backflow preventing circuit;

a second boosting cell row including M stages (M≧1) of the boosting cells and the backflow preventing circuit; and

at least one analog comparison circuit for outputting the well bias potential generated by an intermediate potential of the backflow preventing circuit of the first boosting cell row and an intermediate potential of the backflow preventing circuit of the second boosting cell row,

wherein the well bias potential of the at least one analog comparison circuit is applied to the first well region of the switching element included in the at Least one backflow preventing circuit, the boosting cell on the (i+1)-th stage, the boosting cell on the i-th stage, or at least one of the boosting cells on less than i-th stages of the first and second boosting cell rows.

**14**. A booster circuit comprising:

boosting cells each having a first-conductivity type first well region on a substrate, a second-conductivity type second well region in the first well region, and at least one switching element in either or both of the first well region and the second well region, wherein the at least one switching element switches ON/OFF a connection between a first terminal and a second terminal so as to transfer charges from the first terminal to the second terminal;

a first boosting cell row including N stages (N≧1) of the boosting cells; and

a second boosting cell row including M stages (M≧1) of the boosting cells;

wherein a potential of the first well region of the at least one switching element included in the boosting cells in the first and second boosting cell rows is controlled according to an output potential of the boosting cells of the first boosting cell row and an output potential of the boosting cells of the second boosting cell row.

**15**. The booster circuit of claim **1**, wherein an output potential of the analog comparison circuit is applied to the first well region of the at least one switching element included in a boosting cell of a boosting cell row different from the first and second boosting cell rows.

* * * * *