# EXHIBIT C

US007969231B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.: US 7,969,231 B2**
(45) **Date of Patent: Jun. 28, 2011**

(54) **INTERNAL VOLTAGE GENERATING CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 22 days.

(21) Appl. No.: **12/497,090**

(22) Filed: **Jul. 2, 2009**

(65) **Prior Publication Data**

US 2010/0007408 A1 Jan. 14, 2010

(30) **Foreign Application Priority Data**

Jul. 9, 2008 (JP) ................................ 2008-179566

(51) **Int. Cl.**
***G05F 1/10*** (2006.01)

(52) **U.S. Cl.** ...................................................... **327/536**

(58) **Field of Classification Search** .................. 327/535, 327/536, 537

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,940,284 | A | 8/1999 | Troutman | |
| 5,999,475 | A | 12/1999 | Futatsuya et al. | |
| 6,249,445 | B1 | 6/2001 | Sugasawa | |
| 6,278,317 | B1 * | 8/2001 | Hsu et al. | 327/536 |
| 6,980,045 | B1 * | 12/2005 | Liu | 327/536 |
| 7,579,902 | B2 * | 8/2009 | Frulio et al. | 327/536 |
| 7,592,856 | B2 * | 9/2009 | Ito et al. | 327/536 |
| 7,605,639 | B2 * | 10/2009 | Gou | 327/536 |
| 7,782,120 | B2 * | 8/2010 | Kim et al. | 327/535 |
| 2004/0095806 | A1 | 5/2004 | Osawa et al. | |
| 2007/0222498 | A1 | 9/2007 | Choy et al. | |

* cited by examiner

*Primary Examiner* — Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

An output terminal of a first boost circuit is connected to a second boost circuit. After the second boost circuit is started up, a boost clock frequency of the second boost circuit is reduced. A time required to start up the second boost circuit is reduced, and in addition, a current supply capability of the first boost circuit is increased after the second boost circuit is started up. When the second boost circuit is driven, output voltages of the first and second boost circuits are stably supplied without instantaneously changing the output voltage of the first boost circuit.

**8 Claims, 8 Drawing Sheets**




100
VPUMP1
IPUMP1
N1
VPUMP2
IPUMP2
N2
901
906
CHARGE PUMP 1
VDD
PCK1/XPCK1
905
CLK GATE CIRCUIT 1
904
CKE1
HIGH VOLTAGE DETECTING CIRCUIT 1
PPE1
CLK/XCLK
103
BUF
SCK/XSCK
FCK
102
FDIV
FDE
101
104
CHARGE PUMP 2
PCK2/XPCK2
908
CLK GATE CIRCUIT 2
CKE2
907
HIGH VOLTAGE DETECTING CIRCUIT 2
PPE2

FIG. 1

FIG. 2




FIG. 7




FIG. 3




FIG. 4



FIG. 5


PPE1
L
H
PPE2
L
H
1/fclk
CLK
CKE1
L
H
PCK1
CKE2
L
H
FDE
L
H
2/fclk
FCK
SCK
PCK2
VPUMP2
VPUMP1/
VPUMP2
VPP2_TARGET
VPUMP1
VPP1_TARGET
Phase1
Phase2
T0 T1
T2
T3
T4 T5 T6
T7 T8 T9
TIME


200
901
906
CHARGE PUMP 1
VDD
PCK1/XPCK1
905
CLK GATE CIRCUIT 1
904
CKE1
HIGH VOLTAGE DETECTING CIRCUIT 1
PPE1
CLK/XCLK
N1
VPUMP1
IPUMP1
SCK/XSCK
103
BUF
FCE
CMP
201
FCK
102
FDIV
FDE
101
CHARGE PUMP 2
104
PCK2/XPCK2
CLK GATE CIRCUIT 2
908
CKE2
HIGH VOLTAGE DETECTING CIRCUIT 2
907
PPE2
N2
VPUMP2
IPUMP2

FIG. 6

FIG. 8


PPE1
L
H
PPE2
L
H
CLK
1/fclk
CKE1
L
H
PCK1
CKE2
L
H
FDE
L
H
FCE
L
H
2/fclk
FCK
SCK
PCK2
VPUMP1/
VPUMP2
VPUMP2
VPUMP1
VPP2_TARGET
VPP1_TARGET
Phase1
Phase2
T0 T1
T2
T3
T4 T5 T6
T7 T8 T9
T6a
TIME




FIG. 9
PRIOR ART

FIG. 10
PRIOR ART




FIG. 11
PRIOR ART



FIG. 12
PRIOR ART



# INTERNAL VOLTAGE GENERATING CIRCUIT

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims priority under 35 U.S.C. §119(a) on Patent Application No. 2008-179566 filed in Japan on Jul. 9, 2008, the entire contents of which are hereby incorporated by reference.

## BACKGROUND

The present disclosure relates to an internal voltage generating circuit employing a boost circuit.

In recent years, flash memories, which are non-volatile semiconductor memory devices, require data read operation and data write operation which are performed using a single power source voltage or a low power source voltage. To achieve this, a boost circuit for supplying a boosted voltage or a negative boosted voltage during each operation is required on a chip. Also, in CMOS processes, a voltage generated by a boost circuit is used as a power source to improve characteristics of an analog circuit.

FIG. **9** shows a configuration of an internal voltage generating circuit **900** which is disclosed in U.S. Pat. No. 5,999,475. The internal voltage generating circuit **900** includes a first boost circuit **901** which performs boost operation in synchronization with a clock signal CLK and a complementary clock signal XCLK to output a first boosted voltage VPUMP**1** through a first output node N**1**, a second boost circuit **902** which similarly performs boost operation in synchronization with the clock signals CLK and XCLK to output a second boosted voltage VPUMP**2** through a second output node N**2**, and a high voltage switch circuit **903** which causes a path between the first output node N1 and the second output node N**2** to be in the conductive or non-conductive state.

The first boost circuit **901** includes a first high voltage detecting circuit **904** which, when a first control signal PPE**1** is activated, detects a voltage level of the first boosted voltage VPUMP**1** and sets a first sense signal CKE**1** to be in the active or inactive state, a first CLK gate circuit **905** which outputs the clock signals CLK and XCLK as first boost clock signals PCK**1** and XPCK**1** in response to the first sense signal CKE**1**, and a first charge pump circuit **906** which performs boost operation in synchronization with the first boost clock signals PCK**1** and XPCK**1** to output the first boosted voltage VPUMP**1** through the first output node N**1**.

The second boost circuit **902** includes a second high voltage detecting circuit **907** which, when a second control signal PPE**2** is activated, detects a voltage level of the second boosted voltage VPUMP**2** and sets a second sense signal CKE**2** to be in the active or inactive state, a second CLK gate circuit **908** which outputs the clock signals CLK and XCLK as second boost clock signals PCK**2** and XPCK**2** in response to the second sense signal CKE**2**, and a second charge pump circuit **909** which performs boost operation in synchronization with the second boost clock signals PCK**2** and XPCK**2** to output the second boosted voltage VPUMP**2** through the second output node N**2**.

The high voltage switch circuit **903** is controlled in accordance with a control signal XPPE**1** complementary to the first control signal PPE**1** and a sense signal XCKE**1** complementary to the first sense signal CKE**1**. When the operation of the internal voltage generating circuit **900** is started, the high voltage switch circuit **903** causes a path between the first output node N**1** and the second output node N**2** to be in the conductive state. After a voltage level of the first output node N**1** becomes at a predetermined voltage level, the high voltage switch circuit **903** causes the path between the first output node N**1** and the second output node N**2** to be in the non-conductive state.

FIG. **10** shows details of the first charge pump circuit **906**. The first charge pump circuit **906** includes boost capacitances Ca**1** to Ca**4** which are boosted in synchronization with the first boost clock signals PCK**1** and XPCK**1**, charge transfer transistors Ta**1** to Ta**4** which transfer boosted charge from the previous stage to the next stage, and a backflow preventing circuit Ta**5** which prevents backflow of charge of the first output node N**1** (four-stages-one-parallel arrangement).

FIG. **11** shows details of the second charge pump circuit **909**. The second charge pump circuit **909** includes boost capacitances Cb**1** to Cb**6** which are boosted in synchronization with the second boost clock signals PCK**2** and XPCK**2**, charge transfer transistors Tb**1** to Tb**6** which transfer boosted charge from the previous stage to the next stage, and a backflow preventing circuit Tb**7** which prevents backflow of charge of the second output node N**2** (six-stages-one-parallel arrangement).

Here, the first and second charge pump circuits **906** and **909** receive a power source voltage VDD through first and second input terminals NIN**1** and NIN**2** and generate the first and second boosted voltages VPUMP**1** and VPUMP**2**, respectively. Output voltages and output currents of the first and second charge pump circuits **906** and **909** are assumed to have the following relationships. Specifically, it is assumed that the boosted voltage VPUMP**1** of the first charge pump circuit **906** is lower than the boosted voltage VPUMP**2** of the second charge pump circuit **909**, and a current supply capability IPUMP**1** of the first charge pump circuit **906** is larger than a current supply capability IPUMP**2** of the second charge pump circuit **909**. Moreover, for example, it is assumed that the boost capacitances Ca**1** to Ca**4** of the first charge pump circuit **906** each have a capacitance value of 5 pF, and the boost capacitances Cb**1** to Cb**6** of the second charge pump circuit **909** each have a capacitance value of 1 pF.

FIG. **12** shows operational waveforms in FIGS. **9** to **11**. The boost operation will be briefly described with reference to FIG. **12**.

(Time T**0**)

An initial state of the circuit is shown. Both the first control signal PPE**1** and the second control signal PPE**2** are at "L."

(Time T**1**)

At time T**1**, the first control signal PPE**1** transitions from "L" to "H." In this case, the first boosted voltage VPUMP**1** at the first output node N**1** has not reached a first target voltage VPP**1**_TARGET, and therefore, the first high voltage detecting circuit **904** outputs "L" as the first sense signal CKE**1**. As a result, the first CLK gate circuit **905** outputs the clock signals CLK and XCLK as the first boost clock signals PCK**1** and XPCK**1**, and the first charge pump circuit **906** starts the boost operation in synchronization with the first boost clock signals PCK**1** and XPCK**1**.

Similarly, the second control signal PPE**2** transitions from "L" to "H." In this case, the second boosted voltage VPUMP**2** at the second output node N**2** also has not reached a second target voltage VPP**2**_TARGET, and therefore, the second high voltage detecting circuit **907** outputs "L" as the second sense signal CKE**2**. As a result, the second CLK gate circuit **908** outputs the clock signals CLK and XCLK as the second boost clock signals PCK**2** and XPCK**2**, and the second charge pump circuit **909** starts the boost operation in synchronization with the second boost clock signals PCK**2** and XPCK**2**.

Thus, since the first sense signal CKE**1** is at "L," the sense signal XCKE**1** complementary to this is at "H," and therefore, the high voltage switch circuit **903** is in the conductive state. As a result, charging of the first output node N**1** and the second output node N**2** is started by the first charge pump circuit **906** and the second charge pump circuit **909**.

(Time T**2**)

At time T**2**, while the high voltage switch circuit **903** remains in the conductive state, the first output node N**1** and the second output node N**2** are charged at the same rate by the first charge pump circuit **906** and the second charge pump circuit **909**.

(Time T**3**)

At time T**3**, when the first boosted voltage VPUMP**1** has reached the first target voltage VPP**1**_TARGET, the first sense signal CKE**1** of the first high voltage detecting circuit **904** transitions from "L" to "H," and the first CLK gate circuit **905** fixes the first boost clock signal PCK**1** to "L" and its complementary signal XPCK**1** to "H." As a result, the boost operation of the first charge pump circuit **906** is stopped, and at the same time, the high voltage switch circuit **903** transitions from the conductive state to the non-conductive state, so that the first output node N**1** and the second output node N**2** are disconnected.

During a "Phase**1**" period from time T**1** to time T**3** that the high voltage switch circuit **903** is in the conductive state, the second output node N**2** of the second charge pump circuit **909** having the low current supply capability IPUMP**2** is rapidly charged to the first target voltage VPP**1**_TARGET by the first charge pump circuit **906** having the high current supply capability IPUMP**1**. At time T**3**, the internal voltage generating circuit **900** transitions from the "Phase **1**" period to a "Phase**2**" period during which the high voltage switch circuit **903** is in the non-conductive state, and the first charge pump circuit **906** and the second charge pump circuit **909** operate independently of each other. Thereafter, Phase **2** continues.

(Time T**4**)

At time T**4**, the second output node N**2** is charged using only the second charge pump circuit **909** which has the boost capacitances Cb**1** to Cb**6** (=1 pF) which are ⅕ of the first boost capacitances Ca**1** to Ca**4** (=5 pF) of the first charge pump circuit **906**. At time T**5**, the second output node N**2** reaches the second target voltage VPP**2**_TARGET. During Phase**2** that the second output node N**2** is charged using only the second charge pump circuit **909** having the low current supply capability IPUMP**2**, a change in voltage per unit time at the second output node N**2** is smaller than that during Phase**1**.

Thereafter, the logic of the first sense signal CKE**1** is inverted, depending on the voltage level of the first output node N**1**, and the logic of the second sense signal CKE**2** is inverted, depending on the voltage level of the second output node N**2**. Thus, the first charge pump circuit **906** and the second charge pump circuit **909** repeatedly perform intermittent operation to hold the respective voltage levels.

As described above, the first output node N**1** of the first charge pump circuit **906** having the high current supply capability IPUMP**1** and the second output node N**2** of the second charge pump circuit **909** having the low current supply capability IPUMP**2** are controlled into the conductive/non-conductive state by the high voltage switch circuit **903**. As a result, a voltage setup time for the second output node N**2** of the second charge pump circuit **909** having the low current supply capability IPUMP**2** can be reduced while preventing an increase in area of the internal voltage generating circuit **900**.



## SUMMARY

In the conventional internal voltage generating circuit **900**, the second boost capacitances Cb**1** to Cb**6** of FIG. **11** may be increased only for the purpose of reducing the setup time of the second charge pump circuit **909** during Phase**2**, which disadvantageously increasing the number of circuits having poor use efficiency. Moreover, when the second boost capacitances Cb**1** to Cb**6** are increased so as to reduce the setup time, a smoothing capacitance is required at the second output node N**2** of the second charge pump circuit **909** so as to prevent a ripple at the second output node N**2**, which disadvantageously increases the circuit area.

An overview of representative embodiments of the present disclosure will be briefly described as follows.

According to an aspect of the present disclosure, an internal voltage generating circuit includes a first boost circuit provided between a first voltage and a first terminal, a second boost circuit provided between the first terminal and a second terminal, a frequency dividing circuit configured to divide a first clock signal to be supplied to the first boost circuit to generate a second clock signal, and a buffer circuit configured to select and supply the first clock signal or the second clock signal to the second boost circuit.

According to another aspect of the present disclosure, an internal voltage generating circuit includes a first charge pump circuit configured to generate a second voltage from a first voltage, a second charge pump circuit configured to generate a third voltage from the second voltage, a frequency dividing circuit configured to divide a first clock signal to generate a second clock signal, and a buffer circuit configured to select the first clock signal or the second clock signal and generate a third clock signal. The third clock signal is supplied to the second charge pump circuit.

According to still another aspect, an internal voltage generating circuit includes a first charge pump circuit configured to generate a second voltage from a first voltage, and a second charge pump circuit configured to generate a third voltage from the second voltage. A frequency of a clock signal to be supplied to the second charge pump circuit is changed in accordance with a control signal.

According to the internal voltage generating circuit of the present disclosure, a boosted voltage of the first charge pump circuit in the first boost circuit is used as an input voltage to the second charge pump circuit having a low current supply capability in the second boost circuit. Each charge pump circuit is controlled by a high voltage detecting circuit. Moreover, by dividing a boost clock signal to be supplied to the second charge pump circuit, the setup time of the second charge pump circuit can be reduced. After the second charge pump circuit is set up, current supply can be concentrated into the output load of the first charge pump circuit, whereby a more stable boosted voltage and a more stable boosted current can be supplied.

Moreover, if a clock comparing circuit is further provided which compares the first clock signal and the second clock signal to control a timing of the output selection of the buffer circuit, the cycle of the boost clock signal is prevented from being temporarily reduced, by switching between the clock signal and the frequency-divided clock signal when both of them is at "H" or "L," whereby an increase in fluctuation of the output voltage can be prevented.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram showing a configuration of an internal voltage generating circuit according to a first embodiment of the present disclosure.

FIG. **2** is a circuit diagram showing a detailed example configuration of a frequency dividing circuit of FIG. **1**.

FIG. **3** is a circuit diagram showing a detailed example configuration of a buffer circuit of FIG. **1**.

FIG. **4** is a circuit diagram showing a detailed example configuration of a second charge pump circuit of FIG. **1**.

FIG. **5** is a timing diagram showing operation of the internal voltage generating circuit of FIG. **1**.

FIG. **6** is a block diagram showing a configuration of an internal voltage generating circuit according to a second embodiment of the present disclosure.

FIG. **7** is a circuit diagram showing a detailed example configuration of a clock comparing circuit of FIG. **6**.

FIG. **8** is a timing diagram showing operation of the internal voltage generating circuit of FIG. **6**.

FIG. **9** is a block diagram showing a configuration of an example conventional internal voltage generating circuit.

FIG. **10** is a circuit diagram showing a detailed example configuration of a first charge pump circuit of FIG. **9**.

FIG. **11** is a circuit diagram showing a detailed example configuration of a second charge pump circuit of FIG. **9**.

FIG. **12** is a timing diagram showing operation of the internal voltage generating circuit of FIG. **9**.

## DETAILED DESCRIPTION

Hereinafter, embodiments of the present disclosure will be described with reference to the accompanying drawings. Like parts are indicated by like reference symbols and will not be repeatedly described.

### First Embodiment

<Configuration>

FIG. **1** shows a configuration of an internal voltage generating circuit **100** according to a first embodiment of the present disclosure. The internal voltage generating circuit **100** includes a first boost circuit **901** which is driven in accordance with a first control signal PPE**1**, and a second boost circuit **101** which is driven in accordance with a second control signal PPE**2**. The internal voltage generating circuit **100** outputs a first boosted voltage VPUMP**1** through a first output node N**1** of the first boost circuit **901**, and outputs a second boosted voltage VPUMP**2** through a second output node N**2** of the second boost circuit **101**. Reference symbol **102** indicates a frequency dividing circuit (FDIV) which receives a clock signal CLK having a frequency and generates a frequency-divided clock signal FCK having a frequency which is 1/N of that of the clock signal CLK (N is a natural number of two or more) in accordance with a control signal FDE. Reference symbol **103** indicates a buffer circuit (BUF) which outputs the clock signal CLK or the frequency-divided clock signal FCK as a clock signal SCK, and at the same time, outputs a clock signal XSCK complementary to the clock signal SCK, in accordance with the control signal FDE. Reference symbol **104** indicates a second charge pump circuit which receives the first boosted voltage VPUMP**1** of the first boost circuit **901** as an input voltage and generates the second boosted voltage VPUMP**2**.

FIG. **2** shows an example configuration of the frequency dividing circuit **102**. Reference symbol **105** indicates a flip-flop circuit which transitions to the reset state and outputs "L" through a terminal Q when the control signal FDE is at "L." On the other hand, a terminal NQ is a signal terminal complementary to the terminal Q. The flip-flop **105** outputs "H" through the terminal NQ when it is in the reset state. When the control signal FDE is at "H," the flip-flop **105** inverts the logic of the terminal Q, which is triggered by a rising edge of the clock signal CLK. As a result, the flip-flop **105** outputs the frequency-divided clock signal FCK whose frequency is a half of that of the clock signal CLK. Specifically, when the frequency of the clock signal CLK is fclk, the frequency of the frequency-divided clock signal FCK is fclk/2.

FIG. **3** shows an example configuration of the buffer circuit **103**. Reference symbols **107** to **111** are logic elements. When FDE is at "L," the logic element **107** (one of two input logic elements) is effective, so that the clock signal CLK is selected and output as the clock signal SCK, and at the same time, the clock signal XSCK complementary to the clock signal SCK is output. When FDE is at "H," the logic element **108** (the other input logic element) is effective, so that the frequency-divided clock signal FCK is selected and output as the clock signal SCK, and at the same time, the clock signal XSCK complementary to the clock signal SCK is output.

FIG. **4** shows an example configuration of the second charge pump circuit **104** (two-stages-one-parallel arrangement). Reference symbols Cc**1** and Cc**2** indicate boost capacitances which are boosted in accordance with second boost clock signals PCK**2** and XPCK**2**, respectively. Reference symbols Tc**1** and Tc**2** indicate charge transfer transistors which have a diode-connection and transfer charge from the previous stage to the next stage. Reference symbol Tc**3** indicates a backflow preventing circuit which prevents backflow of the boosted voltage VPUMP**2**. Here, the second charge pump circuit **104** receives the first boosted voltage VPUMP**1** of a first charge pump circuit **906** as an input voltage and generates the second boosted voltage VPUMP**2** which has a higher voltage level than that of the first boosted voltage VPUMP**1**. Specifically, the boosted voltage VPUMP**2** of the second charge pump circuit **104** is represented by

$$VPUMP2=VPUMP1+V\alpha$$

where $V\alpha$ represents an increase in voltage of the second charge pump circuit **104**.

Note that the present disclosure is not limited to the frequency dividing circuit **102** of FIG. **2**. Any circuit having a similar function may be employed. Moreover, the frequency dividing circuit **102** is not limited to ½ frequency division and may be 1/N frequency division (N: a natural number of two or more). A complementary clock signal may be generated by the frequency dividing circuit **102**.

Moreover, the numbers of elements connected in parallel and elements connected in series in the charge pump circuits **906** and **104** are only for illustrative purposes. The present disclosure is not limited to this. Any configuration having a similar function may be employed. Moreover, although a pair of the first boost circuit **901** and the second boost circuit **101** is provided, the second boost circuit **101** may include a plurality of charge pump circuits, each of which is connected to the first output node N**1**. In this case, the frequency dividing circuit **102** and the buffer circuit **103** may be shared or a plurality of frequency dividing circuits **102** and a plurality of buffer circuits **103** may be provided, resulting in a similar effect.

Next, operation of the internal voltage generating circuit **100** shown in FIGS. **1** to **4** will be described with reference to FIG. **5**. Here, the output voltages and output currents of the first and second charge pump circuits **906** and **104** are assumed to have the following relationships. The first boosted voltage VPUMP**1** of the first charge pump circuit **906** is lower than the second boosted voltage VPUMP**2** of the second charge pump circuit **104**, and the current supply capability

IPUMP1 of the first charge pump circuit **906** is larger than the current supply capability IPUMP2 of the second charge pump circuit **104**.

(Time T0)

The circuit is in the initial state, where the first control signal PPE1 and the second control signal PPE2 are both at "L."

(Time T1)

At time T1, the first control signal PPE1 transitions from "L" to "H." In this case, the first boosted voltage VPUMP1 of the first output node N1 has not reached a first target voltage VPP1_TARGET, and therefore, a first high voltage detecting circuit **904** outputs "L" as a first sense signal CKE1. As a result, a first CLK gate circuit **905** outputs the clock signals CLK and XCLK as first boost clock signals PCK1 and XPCK1, and the first charge pump circuit **906** starts boost operation in synchronization with the first boost clock signals PCK1 and XPCK1.

Similarly, the second control signal PPE2 transitions from "L" to "H." In this case, the second boosted voltage VPUMP2 of the second output node N2 also has not reached a second target voltage VPP2_TARGET, and therefore, a second high voltage detecting circuit **907** outputs "L" as a second sense signal CKE2. Also, since the control signal FDE is at "L," the frequency dividing circuit **102** fixes the frequency-divided clock signal FCK to "L," and the buffer circuit **103** outputs the clock signal CLK as the clock signal SCK to a second CLK gate circuit **908**.

As a result, the second CLK gate circuit **908** outputs the clock signals SCK and XSCK as the second boost clock signals PCK2 and XPCK2, and the second charge pump circuit **104** starts boost operation in synchronization with the second boost clock signals PCK2 and XPCK2.

(Time T2)

At time T2, the first charge pump circuit **906** receives the first boost clock signals PCK1 and XPCK1 and outputs the first boosted voltage VPUMP1 through the first output node N1, and the second charge pump circuit **104** receives the second boost clock signals PCK2 and XPCK2 and outputs the second boosted voltage VPUMP2 (=VPUMP1+Vα) through the second output node N2. A setup time until this time is substantially the same for the second boosted voltage VPUMP2 and the first boosted voltage VPUMP1.

(Time T3)

At time T3, when the first boosted voltage VPUMP1 of the first output node N1 has reached the first target voltage VPP1_TARGET, the first sense signal CKE 1 of the first high voltage detecting circuit **904** transitions from "L" to "H." As a result, the first CLK gate circuit **905** fixes the first boost clock signal PCK1 to "L" and its complementary signal XPCK1 to "H," so that the boost operation of the first charge pump circuit **906** is stopped. On the other hand, since the second boosted voltage VPUMP2 of the second output node N2 has not reached the second target voltage VPP2_TARGET, the boost operation is continued. As a result, the first charge pump circuit **906** no longer contribute to an increase in the second boosted voltage VPUMP2, i.e., the increase is attributed only to the current supply capability of the second charge pump circuit **104**, resulting in a decrease in voltage increasing rate. In other words, as is similar to the conventional example, "Phase1" during which the voltage is increased without the contribution of the charge pump circuit **906** continues until time T3, and "Phase1" is transitioned to "Phase2" during which there is no contribution of the charge pump circuit **906** at time T3, and thereafter, Phase 2 continues.

(Time T4)

At time T4, the second boosted voltage VPUMP2 of the second output node N2 reaches the second target voltage VPP2_TARGET. As a result, the boost operation of the second charge pump circuit **104** is stopped. Note that the second boosted voltage VPUMP2 increases until the first target voltage VPP1_TARGET of the first boosted voltage VPUMP1 at substantially the same rate as that of the first boosted voltage VPUMP1, resulting in a reduction in setup time. Also, obviously, during the time that the second charge pump circuit **104** is stopped, the second charge pump circuit **104** does not consume charge of the first boosted voltage VPUMP1 of the first charge pump circuit **906**, and therefore, charge which would otherwise be supplied to the second charge pump circuit **104** can be supplied to an output load of the first charge pump circuit **906**, whereby the use efficiency of the first boost circuit **901** can be improved.

(Time T5)

At time T5, when the first boosted voltage VPUMP1 becomes lower than the first target voltage VPP1_TARGET, the first sense signal CKE1 transitions from "L" to "H," so that the boost operation of the first charge pump circuit **906** is resumed.

(Time T6)

At time T6, when the control signal FDE has transitioned from "L" to "H," the frequency dividing circuit **102** is driven to output the frequency-divided clock signal FCK whose frequency is ½ of that of the clock signal CLK. At the same time, the buffer circuit **103** switches the clock signal SCK to be supplied to the second CLK gate circuit **908** from the clock signal CLK to the frequency-divided clock signal FCK and starts outputting the clock signal SCK. As a result, the clock signals SCK and XSCK based on the frequency-divided clock signal FCK are supplied as the second boost clock signals PCK2 and XPCK2 of the second charge pump circuit **104**. Therefore, after the second charge pump circuit **104** starts the boost operation, charge at the first output node N1 is no longer rapidly used. As a result, even when the boost capacitances Cc1 and Cc2 of the second charge pump circuit **104** are increased so as to reduce the setup time of the second output node N2, the potential stability of the first output node N1 can be held. Moreover, it is possible to allow the current supply capability IPUMP1 of the first charge pump circuit **906** to stably supply charge.

Thereafter, the first charge pump circuit **906** performs an intermittent operation, depending on the voltage level of the first boosted voltage VPUMP1 of the first output node N1. Similarly, the second charge pump circuit **104** performs intermittent operation, depending on the voltage level of the second boosted voltage VPUMP2 of the second output node N2. During this period of time, the second sense signal CKE2 falls at time T7, the first sense signal CKE1 falls at time T8, and the first sense signal CKE1 rises at time T9.

Note that current consumption can be reduced by synchronizing both or either of the frequency dividing circuit **102** and the buffer circuit **103** with the second sense signal CKE2 of the second high voltage detecting circuit **907**.

<Effect>

As described above, the first boosted voltage VPUMP1 of the first charge pump circuit **906** is used as an input voltage to the second charge pump circuit **104** having a small current supply capability, and the charge pump circuits **906** and **104** are controlled using the separate high voltage detecting circuits **904** and **907**, respectively, and moreover, the boost clock signal to be supplied to the second charge pump circuit **104** is divided, whereby the setup time of the second charge pump circuit **104** can be reduced. In addition, after setting up, cur-

rent supply can be concentrated into the output load of the first charge pump circuit **906**, and even when the second charge pump circuit **104** is operated, the frequency of the boost clock signal is set to be low. Therefore, the fluctuation of the output voltage of the first charge pump circuit **906** can be suppressed, resulting in a more stable boosted voltage and a more stable supply of a boost current.

## Second Embodiment

FIG. **6** shows an internal voltage generating circuit **200** according to a second embodiment which is different from the internal voltage generating circuit **100** of the first embodiment of FIG. **1** in that the buffer circuit **103** is controlled by a clock comparing circuit (CMP) **201** which compares the clock signal CLK and the frequency-divided clock signal FCK and generates a new control signal FCE. Referring to FIG. **7**, in the clock comparing circuit **201**, when the clock signal CLK and the frequency-divided clock signal FCK are both at “H,” the output of the operational circuit **202** is at “H” and is input to a clock terminal of a latch circuit **203**, which in turn outputs the control signal FDE (=“H”) received as a data signal as the new control signal FCE through a terminal Q. As a result, the buffer circuit **103** switches the clock signal SCK between the clock signal CLK and the frequency-divided clock signal FCK.

FIG. **8** is a timing diagram which is obtained by adding time T**6***a* to FIG. **5**. At time T**6**, although the logic of the control signal FDE transitions, since the clock signal CLK and the frequency-divided clock signal FCK are both at “L,” the new control signal FCE remains at “L.” At time T**6***a*, both the clock signal CLK and the frequency-divided clock signal FCK transition to “H,” so that the control signal FDE (=“H”) becomes effective and the logic of the new control signal FCE transitions, and the buffer circuit **103** outputs the clock signals SCK and XSCK to the second CLK gate circuit **908** based on the frequency-divided clock signal FCK.

Note that if all or any of the frequency dividing circuit **102**, the buffer circuit **103** and the clock comparing circuit **201** are operated in synchronization with the second sense signal CKE**2** of the second high voltage detecting circuit **907**, current consumption can be reduced.

Thus, by switching between the clock signal CLK and the frequency-divided clock signal FCK when both of them are at “H” or “L,” it is possible to prevent the cycle of the clock signals SCK and XSCK to the second CLK gate circuit **908** from being temporarily decreased, whereby an increase in fluctuation of the output voltage can be prevented.

Although it has been assumed in the embodiments above that the single-phase clock signals CLK and XCLK are employed, it is clear that if a plurality of first and second charge pump circuits **906** and **104** are arranged in parallel, then when a multi-phase clock signal is supplied to the respective corresponding charge pump circuits, a similar function and effect can be obtained.

The internal voltage generating circuit of the present disclosure is useful as, for example, a power source generating circuit for a non-volatile semiconductor memory device. The internal voltage generating circuit of the present disclosure can also be used in applications, such as power source circuits for a volatile semiconductor memory device (e.g., a DRAM, etc.), a liquid crystal device, a mobile device and the like.

Although the preferable embodiments of the present disclosure have been described above, the present disclosure is not limited to those. Various changes and modifications can be made.



What is claimed is:

**1**. An internal voltage generating circuit comprising:
a first boost circuit provided between a first voltage and a first terminal;
a second boost circuit provided between the first terminal and a second terminal;
a frequency dividing circuit configured to divide a first clock signal to be supplied to the first boost circuit to generate a second clock signal; and
a buffer circuit configured to select and supply the first clock signal or the second clock signal to the second boost circuit.

**2**. The internal voltage generating circuit of claim **1**, further comprising:
a clock comparing circuit configured to compare the first clock signal and the second clock signal to output a control signal to the buffer circuit.

**3**. An internal voltage generating circuit comprising:
a first charge pump circuit configured to generate a second voltage from a first voltage;
a second charge pump circuit configured to generate a third voltage from the second voltage;
a frequency dividing circuit configured to divide a first clock signal to generate a second clock signal; and
a buffer circuit configured to select the first clock signal or the second clock signal and generate a third clock signal,
wherein the third clock signal is supplied to the second charge pump circuit.

**4**. The internal voltage generating circuit of claim **3**, wherein
a clock signal having substantially the same frequency as that of the first clock signal is supplied to the first charge pump circuit.

**5**. The internal voltage generating circuit of claim **3**, further comprising:
a comparison circuit configured to output a first control signal in accordance with on the first clock signal and the second clock signal,
wherein the buffer circuit is controlled in accordance with the first control signal.

**6**. An internal voltage generating circuit comprising:
a first charge pump circuit configured to generate a second voltage from a first voltage; and
a second charge pump circuit configured to generate a third voltage from the second voltage,
wherein a frequency of a clock signal to be su shied to the second charge pump circuit is changed in accordance with a control signal, and
the frequency of the clock signal to be supplied to the second charge pump circuit is changed to a frequency which is obtained by dividing an original frequency.

**7**. An internal voltage generating circuit comprising:
a first charge pump circuit configured to generate a second voltage from a first voltage; and
a second charge pump circuit configured to generate a third voltage from the second voltage,
wherein a length of a period in which a clock signal to be supplied to the second charge pump circuit is in a high state is changed in accordance with a control signal.

**8**. The internal voltage generating circuit of claim **7**, wherein the length of a period in which the clock signal to be supplied to the second charge pump circuit is in a high state is changed to a frequency which is obtained by dividing an original frequency.

* * * * *