# EXHIBIT E

US008593888B2

(12) **United States Patent**
**Mochida et al.**

(10) **Patent No.: US 8,593,888 B2**
(45) **Date of Patent: Nov. 26, 2013**

(54) **SEMICONDUCTOR MEMORY DEVICE**

(75) Inventors: **Reiji Mochida**, Osaka (JP); **Takafumi Maruyama**, Osaka (JP); **Yukimasa Hamamoto**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/591,766**

(22) Filed: **Aug. 22, 2012**

(65) **Prior Publication Data**

US 2012/0314515 A1 Dec. 13, 2012

**Related U.S. Application Data**

(63) Continuation of application No. PCT/JP2010/007402, filed on Dec. 21, 2010.

(30) **Foreign Application Priority Data**

Mar. 10, 2010 (JP) ................................ 2010-052722

(51) **Int. Cl.**
*G11C 5/14* (2006.01)

(52) **U.S. Cl.**
USPC ................................ **365/189.09**; 365/185.18

(58) **Field of Classification Search**
USPC ....................................... 365/189.09, 185.18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,428,170 B2 * 9/2008 Lee ........................ 365/185.19

FOREIGN PATENT DOCUMENTS

JP 2008-217914 A 9/2008

OTHER PUBLICATIONS

International Search Report issued in International Patent Application No. PCT/JP2010/007402 dated Mar. 22, 2011.

* cited by examiner

*Primary Examiner* — Huan Hoang
(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

In a semiconductor memory device, the output of a regulator is coupled to the inputs of first and second switches, the output of the first switch is coupled to a path for supplying the drain voltage of a memory cell in the first mode, and the output of the second switch is coupled to a path for supplying the gate voltage of the memory cell in the second mode. A fourth switch is placed in parallel with the second switch: the output of the fourth switch is coupled to the output of the second switch, to supply the gate voltage of the memory cell in the first mode. Thus, one regulator is used as both the regulator for the drain voltage of the memory cell and the regulator for the gate voltage of the memory cell.

**21 Claims, 5 Drawing Sheets**



FIG.1


100
102
101
ROW DECODER
MEMORY CELL ARRAY
105
103
POWER SUPPLY CIRCUIT
COLUMN DECODER
104
WRITE/READ CIRCUIT

FIG.2


200
105
VPP2
BOOSTER CIRCUIT
208
104
202
VPP1
205
REGULATOR
VREF
201
R1
103
206
Vreg
Vprg
102
203
R2
207
ROW DECODER
204
101

FIG.3


201
VPP1
220
221
VREF
Vreg
R5
R6

FIG.4


200
105
VPP2
BOOSTER CIRCUIT
208
104
VPP1
205
REGULATOR
VREF
201
209
R1
103
206
Vreg
Vprg
102
R2
203
207
ROW DECODER
204
101

FIG.5


200
105
208
BOOSTER CIRCUIT
VPP2
104
VPP1
201
202
REGULATOR
VREF
211
205
210
SA
Vreg
Vprg
R1
103
206
R2
102
203
ROW DECODER
101
207
204
R3
103
206
R4
Vread
212
104
214
213

FIG.6



200
105
VPP2
208
BOOSTER CIRCUIT
104
VPP1
201
202
REGULATOR
VREF
213
205
210
Vread
Vreg
Vprg
R1
103
206
R2
102
203
101
207
ROW DECODER
R3
204
103
206
R4
212
104
SA
214
211

FIG.7


200
105
208
VPP2
BOOSTER CIRCUIT
104
VPP1
202
201
216
205
VREF
REGULATOR
215
Vread SA
Vreg
Vprg
103
R1
206
102
R2
203
207
ROW DECODER
204
101

# SEMICONDUCTOR MEMORY DEVICE

## CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation of PCT International Application PCT/JP2010/007402 filed on Dec. 21, 2010, which claims priority to Japanese Patent Application No. 2010-052722 filed on Mar. 10, 2010. The disclosures of these applications including the specifications, the drawings, and the claims are hereby incorporated by reference in their entirety.

## BACKGROUND

The present disclosure relates to semiconductor memory devices, and more particularly to nonvolatile memory such as electrically erasable programmable read only memory (EEPROM).

In EEPROM, the memory contents in memory cells can be erased and rewritten using electric signals. In specific write operation, hot carrier injection (HCI) is used in some cases. In such cases, the output of a first regulator is coupled to the gate of a memory cell, and also the output of a second regulator is coupled to the gate of a voltage applying transistor, so that the gate voltage of the memory cell is regulated while a voltage is applied from the drain terminal of the voltage applying transistor to the drain terminal of the memory cell. A technique like this is described in Japanese Patent Publication No. 2008-217914 (FIG. 9), for example.

## SUMMARY

In the conventional circuit configuration described above, two regulators are necessary, one for the drain voltage of the memory cell and the other for the gate voltage thereof, because the required output voltage ranges and precisions for these voltages are different, and this poses a problem of increasing the circuit area.

To overcome the above problem, according to the present disclosure, the two regulators are combined, and when the voltage applied from the drain terminal of the voltage applying transistor to the drain terminal of the memory cell is regulated by the regulator, the gate voltage of the memory cell is applied without intervention of a regulator.

Specifically, a first semiconductor memory device of the present disclosure is a semiconductor memory device capable of erasing and writing memory contents in a memory cell using an electric signal, including the memory cell, one regulator, first and second switches, and a voltage applying transistor for applying a voltage to the memory cell, wherein an output of the regulator is coupled to inputs of the first and second switches, an output of the first switch is coupled to a gate of the voltage applying transistor, a voltage is applied from a drain terminal of the voltage applying transistor to a drain terminal of the memory cell, and an output of the second switch is coupled to a gate of the memory cell for application of a voltage.

A second semiconductor memory device of the present disclosure is a semiconductor memory device capable of erasing and writing memory contents in a memory cell using an electric signal, including the memory cell, one regulator, second and third switches, and a voltage applying transistor, wherein an output of the regulator is coupled to an input of the second switch and a gate of the voltage applying transistor, a voltage is applied from a drain terminal of the voltage applying transistor to a drain terminal of the memory cell via the



third switch, and an output of the second switch is coupled to a gate of the memory cell for application of a voltage.

A third semiconductor memory device of the present disclosure is the first semiconductor memory device, wherein an output of a fourth switch is coupled to the output of the second switch, and a voltage different from the output of the regulator is applied to the gate of the memory cell.

A fourth semiconductor memory device of the present disclosure is the second semiconductor memory device, wherein an output of a fourth switch is coupled to the output of the second switch, and a voltage different from the output of the regulator is applied to the gate of the memory cell.

A fifth semiconductor memory device of the present disclosure is the third semiconductor memory device, wherein, in a first operation mode, the first and fourth switches are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell and the voltage different from the output of the regulator to be applied to the gate of the memory cell, and in a second operation mode, the second switch is turned on, allowing the output voltage of the regulator to be applied to the gate of the memory cell.

A sixth semiconductor memory device of the present disclosure is the fourth semiconductor memory device, wherein, in a first operation mode, the third and fourth switches are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell and the voltage different from the output of the regulator to be applied to the gate of the memory cell, and in a second operation mode, the second switch is turned on, allowing the output voltage of the regulator to be applied to the gate of the memory cell.

A seventh semiconductor memory device of the present disclosure is the first or third semiconductor memory device, further including fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit, wherein an input of the fifth switch is coupled between the drain terminal of the voltage applying transistor and the drain terminal of the memory cell, and an input of the sense amplifier is coupled to an output of the fifth switch, a source terminal of the memory cell is grounded via the grounding transistor, an output of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and an output of the voltage generator circuit is coupled to an input of the sixth switch.

An eighth semiconductor memory device of the present disclosure is the second or fourth semiconductor memory device, further including fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit, wherein an input of the fifth switch is coupled between the third switch and the drain terminal of the memory cell, and an input of the sense amplifier is coupled to an output of the fifth switch, a source terminal of the memory cell is grounded via the grounding transistor, an output of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and an output of the voltage generator circuit is coupled to an input of the sixth switch.

A ninth semiconductor memory device of the present disclosure is the first or third semiconductor memory device, further including fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit, wherein an output of the fifth switch is coupled between the drain terminal of the voltage applying transistor and the drain terminal of the memory cell, and an output of the voltage generator circuit is coupled to an input of the fifth switch, a source terminal of the memory cell is grounded via the grounding transistor, an input of the sixth switch is coupled

between the source terminal of the memory cell and the grounding transistor, and an input of the sense amplifier is coupled to an output of the sixth switch.

A tenth semiconductor memory device of the present disclosure is the second or fourth semiconductor memory device, further including fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit, wherein an output of the fifth switch is coupled between the third switch and the drain terminal of the memory cell, and an output of the voltage generator circuit is coupled to an input of the fifth switch, a source terminal of the memory cell is grounded via the grounding transistor, an input of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and an input of the sense amplifier is coupled to an output of the sixth switch.

An eleventh semiconductor memory device of the present disclosure is the first or third semiconductor memory device, further including a fifth switch, a sense amplifier, and a voltage generator circuit, wherein an output of the fifth switch is coupled between the drain terminal of the voltage applying transistor and the drain terminal of the memory cell, and an output of the voltage generator circuit and an input of the sense amplifier are coupled to an input of the fifth switch, and a source terminal of the memory cell is grounded.

A twelfth semiconductor memory device of the present disclosure is the second or fourth semiconductor memory device, further including a fifth switch, a sense amplifier, and a voltage generator circuit, wherein an output of the fifth switch is coupled between the third switch and the drain terminal of the memory cell, and an output of the voltage generator circuit and an input of the sense amplifier are coupled to an input of the fifth switch, and a source terminal of the memory cell is grounded.

A thirteenth semiconductor memory device of the present disclosure is the seventh semiconductor memory device, wherein in a first operation mode, the first and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and a source of the memory cell to be grounded, and in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the input of the sense amplifier to be coupled to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the output voltage of the voltage generator circuit to be applied to the source of the memory cell.

A fourteenth semiconductor memory device of the present disclosure is the eighth semiconductor memory device, wherein in a first operation mode, the third and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and a source of the memory cell to be grounded, and in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the input of the sense amplifier to be coupled to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the output voltage of the voltage generator circuit to be applied to the source of the memory cell.

A fifteenth semiconductor memory device of the present disclosure is the ninth semiconductor memory device, wherein in a first operation mode, the first and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the input of the sense amplifier to be coupled to the source terminal of the memory cell.



A sixteenth semiconductor memory device of the present disclosure is the tenth semiconductor memory device, wherein in a first operation mode, the third and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the input of the sense amplifier to be coupled to the source terminal of the memory cell.

A seventeenth semiconductor memory device of the present disclosure is the eleventh semiconductor memory device, wherein in a first operation mode, the first and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and in a second operation mode, the second and fifth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, as well as the input of the sense amplifier to be coupled to the drain terminal of the memory cell, and the output voltage of the regulator to be applied to the gate of the memory cell.

An eighteenth semiconductor memory device of the present disclosure is the twelfth semiconductor memory device, wherein in a first operation mode, the third and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and in a second operation mode, the second and fifth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, as well as the input of the sense amplifier to be coupled to the drain terminal of the memory cell, and the output voltage of the regulator to be applied to the gate of the memory cell.

Preferably, the first operation mode represents write into the memory cell, and the second operation mode represents read of memory cell information.

Preferably, the voltage different from the output of the regulator is an output voltage of a booster circuit.

Preferably, an output of a booster circuit is coupled to a source terminal of the voltage applying transistor.

As described above, according to the present disclosure, in the first mode (e.g., during write operation), while a voltage that has not been regulated is directly applied to the gate of the memory cell, the output of the regulator is supplied to the gate of the voltage applying transistor, to control the voltage applied to the drain side of the memory cell with the output voltage of the regulator. In the second mode (e.g., during read

operation), the output of the regulator is supplied to the gate of the memory cell, to control the gate voltage of the memory cell.

Therefore, since the gate voltage of the memory cell is a voltage applied without intervention of a regulator in the first mode, the regulator for application of the drain voltage of the memory cell used in the first mode and the regulator for the gate voltage of the memory cell used in the second mode can be combined as one regulator. Thus, a small-area semiconductor memory device can be provided.

As described above, according to the present disclosure, one regulator can serve as the regulator for the drain voltage of the memory cell used in the first mode and the regulator for the gate voltage of the memory cell used in the second mode, so that a small-area semiconductor memory device can be provided.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a semiconductor memory device of the first embodiment of the present disclosure.

FIG. **2** is a circuit diagram showing a relevant part of the semiconductor memory device of the first embodiment.

FIG. **3** is a view showing a specific configuration of a regulator of the semiconductor device of the first embodiment.

FIG. **4** is a view showing a configuration of a relevant part of a semiconductor memory device of the second embodiment of the present disclosure.

FIG. **5** is a view showing a configuration of a relevant part of a semiconductor memory device of the third embodiment of the present disclosure.

FIG. **6** is a view showing a configuration of a relevant part of a semiconductor memory device of the fourth embodiment of the present disclosure.

FIG. **7** is a view showing a configuration of a relevant part of a semiconductor memory device of the fifth embodiment of the present disclosure.

## DETAILED DESCRIPTION

Embodiments of the present disclosure will be described hereinafter.

(First Embodiment)

FIG. **1** is a block diagram of a semiconductor memory device of the first embodiment of the present disclosure. As shown in FIG. **1**, the semiconductor memory device **100**, which is a semiconductor memory device capable of erasing and writing memory contents in memory cells using electric signals, includes a memory cell array **101**, a row decoder **102**, a column decoder **103**, a write/read circuit **104**, and a power supply circuit **105**.

The memory cell array **101** has a plurality of electrically rewritable memory cells placed at intersections of bit lines and word lines. Such memory cells are arranged in a matrix.

The power supply circuit **105** supplies voltages to the row decoder **102**, the column decoder **103**, and the write/read circuit **104**.

The row decoder **102** applies a voltage supplied from the power supply circuit **105** to selected memory cells. The column decoder **103** applies a voltage supplied from the write/read circuit **104** to selected memory cells. The column decoder **103** also outputs information in memory cells to the write/read circuit **104** during read operation. The write/read circuit **104** outputs the voltage supplied from the power supply circuit **105** to the column decoder **103**, and also has a function of determining the state of memory cells based on the memory cell information received from the column decoder **103** during read operation.



FIG. **2** is a circuit diagram showing part of the semiconductor memory device **100** of FIG. **1**. Although a plurality of memory cells **207** are arranged in the memory cell array **101** and a plurality of selective transistors **206** are arranged in the column decoder **103**, only part of them are shown in FIG. **2**. R**1** and R**2** respectively denote a parasitic resistance between the memory cell **207** and the selective transistor **206** and a parasitic resistance between the selective transistor **206** and a voltage applying transistor **205** of the write/read circuit **104**. The drain terminal of the voltage applying transistor **205** is coupled to an output voltage VPP**2** of a booster circuit **208** of the power supply circuit **105**, and the source terminal of the memory cell **207** is coupled to the ground potential via a switch (not shown).

In the power supply circuit **105**, a regulator **201** is coupled to an output voltage VPP**1** of the booster circuit **208**, and the output of the regulator **201** is coupled to the inputs of a first switch **202** and a second switch **203**. The output of the first switch **202** is coupled to the gate of the voltage applying transistor **205** that applies a voltage to the drain side of the memory cell **207**. By regulating this gate voltage, the voltage applied to the drain side of the memory cell **207** can be controlled. Likewise, the output of the second switch **203** is coupled to the gate of the memory cell **207** via the row decoder **102**. By regulating this gate voltage, the voltage applied to the gate of the memory cell **207** can be controlled. Also, a voltage Vprg output from the booster circuit **208** can be applied to the gate of the memory cell **207** via a fourth switch **204** the output of which is coupled to the output of the second switch **203**.

No limitation is posed on the magnitude relations among the output voltages VPP**1**, VPP**2**, and Vprg of the booster circuit **208**, and appropriate voltages are set according to the characteristics of the memory cell **207**. Alternatively, the output voltages VPP**1**, VPP**2**, and Vprg of the booster circuit **208** may be supplied from outside directly. Also, a plurality of booster circuits **208** may be provided.

Next, the operation in this embodiment will be described specifically. In the first mode, the fourth switch **204** is turned on, allowing the voltage Vprg to be applied to the gate of the memory cell **207** via the row decoder **102**. Also, the first switch **202** is turned on and the second switch **203** is turned off, whereby an output voltage Vreg of the regulator **201** is coupled to the gate of the voltage applying transistor **205**, and a voltage obtained by controlling the boosted voltage VPP**2** with the output voltage Vreg of the regulator **201** is applied to the drain side of the memory cell **207** via the parasitic resistances R**1** and R**2** and the selective transistor **206**.

In the second mode, the first switch **202** is turned off, the second switch **203** is turned on, and the fourth switch **204** is turned off, allowing the output voltage Vreg of the regulator **201** to be applied to the gate of the memory cell **207** via the row decoder **102**.

The first mode represents write operation, and the second mode represents read operation.

FIG. **3** shows a specific configuration of the regulator **201**. Referring to FIG. **3**, a reference voltage VREF is applied to one of the input terminals of an operational amplifier **220**, and resistance elements R**5** and R**6** are coupled to the other input terminal. The output of the operational amplifier **220** drives the gate of an output transistor **221**, to allow output of the voltage Vreg.

(Second Embodiment)

Next, the second embodiment of the present disclosure will be described.

FIG. **4** is a circuit diagram showing the second embodiment. The configuration of the second embodiment is different from that of the first embodiment in that the output voltage Vreg of the regulator **201** is directly applied to the voltage applying transistor **205** and that the voltage on the drain side of the memory cell **207** is controlled with a third switch **209**. The other configuration is the same as that of the first embodiment.

The operation in this embodiment will be described specifically. In the first mode, the third switch **209** is turned on, the fourth switch **204** is turned on, and the second switch **203** is turned off, whereby the voltage Vprg is applied to the gate of the memory cell **207** via the row decoder **102**, the output voltage Vreg of the regulator **201** is coupled to only the gate of the voltage applying transistor **205**, and a voltage obtained by controlling the boosted voltage VPP**2** with the output voltage Vreg of the regulator **201** is applied to the drain side of the memory cell **207** via the parasitic resistances R**1** and R**2** and the selective transistor **206**.

In the second mode, the third switch **209** is turned off, the second switch **203** is turned on, and the fourth switch **204** is turned off, allowing the output voltage Vreg of the regulator **201** to be applied to the gate of the memory cell **207** via the row decoder **102**.

The first mode represents write operation, and the second mode represents read operation.

(Third Embodiment)

FIG. **5** is a circuit diagram showing the third embodiment.

Although a plurality of memory cells **207** are arranged in the memory cell array **101** and a plurality of selective transistors **206** are arranged in the column decoder **103**, only part of them are shown in FIG. **5**. R**1**, R**2**, R**3**, and R**4** denote parasitic resistances between the selective transistors **206** related to the memory cell **207**. The drain side of the memory cell **207** is coupled to the write/read circuit **104** via the parasitic resistances R**1** and R**2** and the selective transistor **206**. In the write/read circuit **104**, whether to be applied with a voltage via the voltage applying transistor **205** or to be coupled to a sense amplifier **211** via a fifth switch **210** is selectable. Likewise, the source side of the memory cell **207** is coupled to the write/read circuit **104** via the parasitic resistances R**3** and R**4** and the selective transistor **206**. In the write/read circuit **104**, whether to be coupled to the ground potential via a grounding transistor **214** or to be applied with a voltage Vread generated by a voltage generator circuit **213** via a sixth switch **212** is selectable.

The output of the regulator **201** coupled to the output voltage VPP**1** of the booster circuit **208** is coupled to the inputs of the first and second switches **202** and **203**. The output of the first switch **202** is coupled to the gate of the voltage applying transistor **205** that applies a voltage to the drain side of the memory cell **207**. By regulating this gate voltage, the voltage to be applied to the drain side of the memory cell **207** can be controlled. Likewise, the output of the second switch **203** is coupled to the gate of the memory cell **207** via the row decoder **102**. By regulating this gate voltage, the voltage to be applied to the gate of the memory cell **207** can be controlled. Also, the voltage Vprg output from the booster circuit **208** can be applied to the gate of the memory cell **207** via the fourth switch **204** the output of which is coupled to the output of the second switch **203**.

No limitation is posed on the magnitude relations among the output voltages VPP**1**, VPP**2**, and Vprg of the booster circuit **208**. Appropriate voltage values are set for these voltages according to the characteristics of the memory cell **207**. Alternatively, the out voltages VPP**1**, VPP**2**, and Vprg of the booster circuit **208** may be supplied from outside directly. Also, a plurality of booster circuits **208** may be provided.



Next, the operation in this embodiment will be described specifically. In the first mode, the fourth switch **204** is turned on, the first switch **202** is turned on, the second switch **203** is turned off, the fifth switch **210** is turned off, the sixth switch **212** is turned off, and the grounding transistor **214** is turned on, allowing the voltage Vprg to be applied to the gate of the memory cell **207** via the row decoder **102**. Also, the output voltage Vreg of the regulator **201** is applied to the gate of the voltage applying transistor **205**, and a voltage obtained by controlling the boosted voltage VPP**2** with the output voltage Vreg of the regulator **201** is applied to the drain side of the memory cell **207** via the parasitic resistances R**1** and R**2** and the selective transistor **206**. The source side of the memory cell **207** is coupled to the ground potential.

In the second mode, the first switch **202** is turned off, the second switch **203** is turned on, the fourth switch **204** is turned off, the fifth switch **210** is turned on, the sixth switch **212** is turned on, and the grounding transistor **214** is turned off, allowing the output voltage Vreg of the regulator **201** to be applied to the gate of the memory cell **207** via the row decoder **102**. Also, with the voltage applying transistor **205** being off, the drain side of the memory cell **207** is coupled to the sense amplifier **211** via the parasitic resistances R**1** and R**2** and the selective transistor **206**. Moreover, the voltage Vread generated by the voltage generator circuit **213** is supplied to the source side of the memory cell **207** via the parasitic resistances R**3** and R**4** and the selective transistor **206**.

The first mode represents write operation, and the second mode represents read operation.

(Fourth Embodiment)

FIG. **6** shows the fourth embodiment of the present disclosure.

The configuration of the fourth embodiment is different from that of the third embodiment in that the voltage generator circuit **213** is coupled to the input of the fifth switch **210** and that the sense amplifier **211** is coupled to the input of the sixth switch **212**. The other configuration is the same as that of the third embodiment.

This embodiment is advantageous for a device operated by switching bias conditions for the memory cells **207** from one to another during read operation, such as storing two units of information in one memory cell **207**.

Note that the third and fourth embodiments can also be implemented using the configuration of the second embodiment using the third switch **209**.

(Fifth Embodiment)

FIG. **7** shows the fifth embodiment of the present disclosure.

Referring to FIG. **7**, the output of a fifth switch **215** is coupled to the drain terminal of the voltage applying transistor **205**, and the input of the fifth switch **215** is coupled to a circuit block **216** having a voltage generator circuit and a sense amplifier. The other configuration is the same as that of the first embodiment shown in FIG. **2**.

The operation in this embodiment will be described specifically. In the first mode, the fourth switch **204** is turned on, the first switch **202** is turned on, the second switch **203** is turned off, and the fifth switch **215** is turned off, allowing the voltage Vprg to be applied to the gate of the memory cell **207** via the row decoder **102**. Also, the output voltage Vreg of the regulator **201** is coupled to the gate of the voltage applying transistor **205**, and a voltage obtained by controlling the boosted voltage VPP**2** with the output voltage Vreg of the

regulator **201** is applied to the drain side of the memory cell **207** via the parasitic resistances R**1** and R**2** and the selective transistor **206**.

In the second mode, the first switch **202** is turned off, the second switch **203** is turned on, the fourth switch **204** is turned off, and the fifth switch **215** is turned on, allowing the output voltage Vreg of the regulator **201** to be applied to the gate of the memory cell **207** via the row decoder **102**. Also, the voltage Vread generated by the voltage generator circuit in the circuit block **216** is supplied to the source side of the memory cell **207** via the parasitic resistances R**1** and R**2** and the selective transistor **206**. The sense amplifier in the circuit block **216** determines the state of the memory cell **207** from a difference in the current flowing at this time.

The first mode represents write operation, and the second mode represents read operation.

As described above, according to the present disclosure, one regulator can be used as both the regulator for the drain voltage of the memory cell used in the first mode and the regulator for the gate voltage of the memory cell used in the second mode. Therefore, the present disclosure is useful as a small-area semiconductor memory device, and is applicable to microcomputers having such semiconductor memory devices.

What is claimed is:

**1**. A semiconductor memory device capable of erasing and writing memory contents in a memory cell using an electric signal, comprising:

the memory cell, one regulator, first and second switches, and a voltage applying transistor for applying a voltage to the memory cell,

wherein

an output of the regulator is coupled to inputs of the first and second switches,

an output of the first switch is coupled to a gate of the voltage applying transistor,

a voltage is applied from a drain terminal of the voltage applying transistor to a drain terminal of the memory cell, and

an output of the second switch is coupled to a gate of the memory cell for application of a voltage.

**2**. A semiconductor memory device capable of erasing and writing memory contents in a memory cell using an electric signal, comprising:

the memory cell, one regulator, second and third switches, and a voltage applying transistor,

wherein

an output of the regulator is coupled to an input of the second switch and a gate of the voltage applying transistor,

a voltage is applied from a drain terminal of the voltage applying transistor to a drain terminal of the memory cell via the third switch, and

an output of the second switch is coupled to a gate of the memory cell for application of a voltage.

**3**. The semiconductor memory device of claim **1**, wherein

an output of a fourth switch is coupled to the output of the second switch, and

a voltage different from the output of the regulator is applied to the gate of the memory cell.

**4**. The semiconductor memory device of claim **2**, wherein

an output of a fourth switch is coupled to the output of the second switch, and

a voltage different from the output of the regulator is applied to the gate of the memory cell.



**5**. The semiconductor memory device of claim **3**, wherein

in a first operation mode, the first and fourth switches are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell and the voltage different from the output of the regulator to be applied to the gate of the memory cell, and

in a second operation mode, the second switch is turned on, allowing the output voltage of the regulator to be applied to the gate of the memory cell.

**6**. The semiconductor memory device of claim **4**, wherein

in a first operation mode, the third and fourth switches are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell and the voltage different from the output of the regulator to be applied to the gate of the memory cell, and

in a second operation mode, the second switch is turned on, allowing the output voltage of the regulator to be applied to the gate of the memory cell.

**7**. The semiconductor memory device of claim **1**, further comprising:

fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit,

wherein

an input of the fifth switch is coupled between the drain terminal of the voltage applying transistor and the drain terminal of the memory cell, and an input of the sense amplifier is coupled to an output of the fifth switch,

a source terminal of the memory cell is grounded via the grounding transistor,

an output of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and

an output of the voltage generator circuit is coupled to an input of the sixth switch.

**8**. The semiconductor memory device of claim **2**, further comprising:

fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit,

wherein

an input of the fifth switch is coupled between the third switch and the drain terminal of the memory cell, and an input of the sense amplifier is coupled to an output of the fifth switch,

a source terminal of the memory cell is grounded via the grounding transistor,

an output of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and

an output of the voltage generator circuit is coupled to an input of the sixth switch.

**9**. The semiconductor memory device of claim **1**, further comprising:

fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit,

wherein

an output of the fifth switch is coupled between the drain terminal of the voltage applying transistor and the drain terminal of the memory cell, and an output of the voltage generator circuit is coupled to an input of the fifth switch,

a source terminal of the memory cell is grounded via the grounding transistor,

an input of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and

an input of the sense amplifier is coupled to an output of the sixth switch.

**10**. The semiconductor memory device of claim **2**, further comprising:

fifth and sixth switches, a grounding transistor, a sense amplifier, and a voltage generator circuit,

wherein

an output of the fifth switch is coupled between the third switch and the drain terminal of the memory cell, and an output of the voltage generator circuit is coupled to an input of the fifth switch,

a source terminal of the memory cell is grounded via the grounding transistor,

an input of the sixth switch is coupled between the source terminal of the memory cell and the grounding transistor, and

an input of the sense amplifier is coupled to an output of the sixth switch.

**11**. The semiconductor memory device of claim **1**, further comprising:

a fifth switch, a sense amplifier, and a voltage generator circuit,

wherein

an output of the fifth switch is coupled between the drain terminal of the voltage applying transistor and the drain terminal of the memory cell, and an output of the voltage generator circuit and an input of the sense amplifier are coupled to an input of the fifth switch, and

a source terminal of the memory cell is grounded.

**12**. The semiconductor memory device of claim **2**, further comprising:

a fifth switch, a sense amplifier, and a voltage generator circuit,

wherein

an output of the fifth switch is coupled between the third switch and the drain terminal of the memory cell, and an output of the voltage generator circuit and an input of the sense amplifier are coupled to an input of the fifth switch, and

a source terminal of the memory cell is grounded.

**13**. The semiconductor memory device of claim **7**, wherein

in a first operation mode, the first and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and a source of the memory cell to be grounded, and

in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the input of the sense amplifier to be coupled to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the output voltage of the voltage generator circuit to be applied to the source of the memory cell.

**14**. The semiconductor memory device of claim **8**, wherein

in a first operation mode, the third and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and a source of the memory cell to be grounded, and

in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the input of the sense amplifier to be coupled to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the output voltage of the voltage generator circuit to be applied to the source of the memory cell.

**15**. The semiconductor memory device of claim **9**, wherein

in a first operation mode, the first and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and

in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the input of the sense amplifier to be coupled to the source terminal of the memory cell.

**16**. The semiconductor memory device of claim **10**, wherein

in a first operation mode, the third and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and

in a second operation mode, the second, fifth, and sixth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, the output voltage of the regulator to be applied to the gate of the memory cell, and the input of the sense amplifier to be coupled to the source terminal of the memory cell.

**17**. The semiconductor memory device of claim **11**, wherein

in a first operation mode, the first and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and

in a second operation mode, the second and fifth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, as well as the input of the sense amplifier to be coupled to the drain terminal of the memory cell, and the output voltage of the regulator to be applied to the gate of the memory cell.

**18**. The semiconductor memory device of claim **12**, wherein

in a first operation mode, the third and fourth switches and the grounding transistor are turned on, allowing the output voltage of the regulator to be applied to the drain terminal of the memory cell, the voltage different from the output of the regulator to be applied to the gate of the memory cell, and the source of the memory cell to be grounded, and

in a second operation mode, the second and fifth switches are turned on, allowing the output voltage of the voltage generator circuit to be applied to the drain terminal of the memory cell, as well as the input of the sense amplifier to be coupled to the drain terminal of the memory cell, and the output voltage of the regulator to be applied to the gate of the memory cell.

**19**. The semiconductor memory device of claim **5**, wherein the first operation mode represents write into the memory cell, and the second operation mode represents read of memory cell information.

**20**. The semiconductor memory device of claim **3**, wherein the voltage different from the output of the regulator is an output voltage of a booster circuit.

**21**. The semiconductor memory device of claim **1**, wherein an output of a booster circuit is coupled to a source terminal of the voltage applying transistor.

* * * * *