# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

EXHIBIT G