# EXHIBIT I

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

SK hynix Inc.
Petitioner

v.

Advanced Memory Technologies, LLC
Patent Owner

IPR2025-01452
Patent No. 7,777,557

**DECLARATION OF CARL SECHEN, PH.D. IN SUPPORT OF PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,777,557**




**D. Claim 5: The booster circuit of claim 1, wherein the second well region and the first terminal are connected to each other so that the second well region and the first terminal have the same potential.**

72. In my opinion, Fukushima discloses claim 5. Fukushima discloses, in my opinion, a connection between the P-well (*i.e.*, second well region) and the first terminal of a switching element such that both share the same potential. EX1005, 7:28-32 ("By thus forming ***P well*** 25 [*i.e.*, ***second well region***] for an NMOS transistor in the N well 23, and separating the P well 25 from the P substrate 21, the ***source of an NMOS transistor*** [*i.e.*, ***first terminal***] formed in the P well 25 ***has the same potential as the P well*** 25[.]").

**E. Claim 10: The booster circuit of claim 1, wherein the at least one switching elements having the same potential of the first well region**

**of the first and second boosting cell rows share a common first well region.**

73. In my opinion, Fukushima discloses claim 10. The NMOS transistors NT1*n* and NT2*n* serve as the switching elements of the first and second boosting cell rows, respectively. EX1005, Fig. 1A. As shown below in Figure 3A, the switching elements NT1*n* and NT2*n* share a common N-well (*i.e.*, first well region). EX1005, Fig. 3A.




74. Moreover, identifying the NMOS transistors NT1*n* and NT2*n* as "having the same potential of the first well region" is consistent with how the Patent Owner interpreted claim 10. In particular, I understand that in the infringement contentions in the related district court litigation, the Patent Owner mapped the

claimed "switching elements having the same potential of the first well region" to the switching elements of the first and the second boosting cell rows having a common first well region (N-type).

75. Accordingly, based on at least the Patent Owner's apparent interpretation, it is my opinion that Fukushima discloses at least one switching elements having the same potential of the first well region.

### F. Claim 11: The booster circuit of claim 1, wherein the at least one switching elements having the same potential of the first well region of the first and second boosting cell rows and the at least one analog comparison circuit share a common first well region.

76. In my opinion, Fukushima discloses claim 11. The NMOS transistors NT1*n* and NT2*n* serve as the switching elements of the first and second boosting cell rows, respectively, and, as discussed in 1[d], the PMOS transistors PT1*n* and PT2*n* form an analog comparison circuit for the *n*-th stage. EX1005, Fig. 1A; §IX.B.5, *supra*. As shown below in Figure 3A, the switching element(s) NT1*n* and NT2*n* and the analog comparison circuit(s) PT1*n* and PT2*n* all share a common N-well (*i.e.*, first well region). EX1005, Fig. 3A.




77. Moreover, identifying the switching elements NT1*n* and NT2*n* and analog comparison circuit PT1*n* and PT2*n* as "having the same potential of the first well region" is consistent with how the Patent Owner interpreted claim 11. In particular, I understand that in the infringement contentions in the related district court litigation, the Patent Owner mapped the claimed "switching elements having the same potential of the first well region of the first and second boosting cell rows" to [redacted] EX1008 at 44.

78. Accordingly, based on at least the Patent Owner's apparent interpretation, it is my opinion that Fukushima discloses at least one switching

elements and at least one analog comparison circuit having the same potential of the first well region.

### G. Claim 12

#### 1. 12[pre]:The booster circuit of claim 1, wherein

79. In my opinion, Fukushima discloses 12[pre] as I discussed in connection with claim 1. *See* §IX.B above.

#### 2. 12[a]: the at least one switching circuit of the boosting cell on the i-th stage of the first boosting cell row and a first element of the at least one analog comparison circuit share a common first well region, and

80. As I discussed in claim 11, it is my opinion that Fukushima discloses a switching circuit of an *n*-th booster stage of the first boosting cell row (*i.e.*, NMOS transistor NT1*n*) sharing a common first well region (*i.e.*, N-well) with an analog comparison circuit (*i.e.*, PMOS transistors PT1*n* and PT2*n*). *See* §IX.F above. PMOS transistor PT1*n* is the first element of the analog comparison circuit. EX1005, Fig. 1A.

Respectfully submitted,

Date: 29 August 2025 By: Carl Sechen

Carl Sechen, Ph.D.