# EXHIBIT J

CHAPTER 6

# Boost Converters

## Chapter Outline


**6.1 Charge Pump Boost Converters 74**

**6.2 Inductor-Based Boost Converters 76**

6.2.1 Low-Voltage Inductive Boost Converters 78
6.2.2 Medium-Voltage Inductive Boost Converters 80
6.2.3 Multichannel Boost Converters 84

**6.3 Boost Converter Operating Modes 85**

**6.4 Design of a Continuous Conduction Mode Boost Circuit 86**

6.4.1 Design Specification 86
6.4.2 Typical Circuit 86
6.4.3 Selecting the Switching Frequency ($f_s$) 86
6.4.4 Computing the Maximum Duty Cycle ($D_{max}$) 87
6.4.5 Computing the Maximum Inductor Current ($I_{in\ max}$) 87
6.4.6 Computing the Input Inductor Value ($L1$) 88
6.4.7 Choosing the Switching MOSFET ($Q1$) 89
6.4.8 Choosing the Switching Diode ($D1$) 89
6.4.9 Choosing the Output Capacitor ($C_o$) 89
6.4.10 Choosing the Disconnect MOSFET ($Q2$) 91
6.4.11 Choosing the Input Capacitors ($C1$ and $C2$) 91
6.4.12 Choosing the Timing Resistor ($R_T$) 92
6.4.13 Choosing the Two Current Sense Resistors ($R1$ and $R2$) 93
6.4.14 Selecting the Current Reference Resistors ($R3$ and $R4$) 93
6.4.15 Programming the Slope Compensation ($R_{slope}$ and $R7$) 94
6.4.16 Setting the Inductor Current Limit ($R5$ and $R6$) 95
6.4.17 Capacitors at $V_{DD}$ and REF pins 95
6.4.18 Setting the Overvoltage Trip Point ($R8$ and $R9$) 96
6.4.19 Designing the Compensation Network 96
6.4.20 Output Clamping Circuit 100

**6.5 Design of a Discontinuous Conduction Mode Boost LED Driver 100**

6.5.1 Design Specification 100
6.5.2 Typical Circuit 101
6.5.3 Selecting the Switching Frequency ($f_s$) 102
6.5.4 Computing the Maximum Inductor Current ($I_{in\ max}$) 102
6.5.5 Computing the Input Inductor Value ($L1$) 103
6.5.6 Computing the On- and Off-Times of the Converter 104
6.5.7 Choosing the Switching MOSFET ($Q1$) 105
6.5.8 Choosing the Switching Diode ($D1$) 106
6.5.9 Choosing the Output Capacitor ($C_o$) 106



Copyright © 2017 Elsevier Ltd. All rights reserved.


AMT_SKH00001380

6.5.10 Choose the Disconnect MOSFET (Q2) 108
6.5.11 Choosing the Input Capacitors (C1 and C2) 108
6.5.12 Calculating the Timing Resistor ($R_T$) 109
6.5.13 Calculating the Two Current Sense Resistors (R1 and R2) 109
6.5.14 Selecting the Current Reference Resistors (R3 and R4) 110
6.5.15 Setting the Inductor Current Limit (R5 and R6) 110
6.5.16 Capacitors at $V_{DD}$ and REF Pins 111
6.5.17 Setting the Overvoltage Trip Point (R8 and R9) 111
6.5.18 Designing the Compensation Network 112
**6.6 Common Mistakes 114**
**6.7 Conclusions 115**

Boost converters are ideal for light-emitting diode (LED)–driver applications where the LED string voltage is greater than the input voltage. At the simplest, the applications can be low-voltage, battery-powered torches (flashlights) driving a short string of about LEDs. More complex applications can be backlights for liquid crystal display (LCD) screens, powered from 12–24 V, driving longer LED strings under demanding pulse width modulation (PWM) schemes and used in televisions or computer monitors.

## *6.1 Charge Pump Boost Converters*

Low-power boost converters can use a charge pump instead of an inductor. A charge pump has many capacitors and switches, which are used to raise the output voltage above the supply voltage. This works by charging a capacitor from the supply voltage and then rearranging the switches so that this charge is moved to the next capacitor in line. This process repeats many times until the last capacitor in the chain is charged. A high-output voltage is achieved, which supplies current for the LED load. Fig. 6.1 shows a simple charge pump with 1.5 times boost ratio.

The two capacitors used as the charge pump are connected by single-pole changeover switches. The supply voltage first charges the capacitors in series, so each charges to half the input voltage. Then all four changeover switches operate so that the two capacitors are connected in parallel, one side connected to the input voltage rail and the other side connected to the output. Now the output voltage equals the input voltage plus half the input voltage (supplied from the capacitors). Thus we have a 1.5 times output/input voltage ratio.

The switch configuration can be changed so that the charge pump capacitors charge during alternate clock phases (180-degrees apart). While the first one is charging the second one is connected to the output and is discharging. The discharging capacitor connected so that its voltage adds to the input voltage, giving 2 times output/input voltage ratio. The switch




**Figure 6.1: Charge Pump.**
(A) Capacitors charge in series and (B) discharge in parallel.

configuration is changed rapidly, so that the first capacitor drives the output and the second capacitor is recharged, before the capacitor's stored charge has dropped significantly. This ensures a low-level output voltage ripple.

An example charge pump IC is the AP3606, from BCD Semiconductor. The output boost voltage is small, just 1.5 times the input voltage, but its purpose is to drive four white LEDs, with a forward voltage ($V_f$) of about 3.5 V, from a 2.7- to 4.2-V battery. The charge pump boosts the output voltage to a common anode rail. Each of the four LEDs has a cathode connected to a separate 20-mA current regulator. This type of charge pump is used in portable applications where a LCD display backlight needs to be driven.

Another charge pump IC is the LTC3215. This is intended for driving a single white LED at high current, up to 700 mA, with a 2.9- to 4.4-V input. The boost converter step-up ratio can be configured as 1×, 1.5×, or 2×. The target application is handheld mobile phones and PDAs, to provide a torch (flashlight) function or camera flash. Due