# EXHIBIT K

CHAPTER 20

# Creating High Voltage

Chapter Outline

**The charge pump 299**
**Inductor-based boost circuits 301**
The switch 302
*Boost circuit performance 307*
A simpler MOSFET driver 307
**Negative feedback maintains the proper output voltage 308**
**Bibliography 312**

In previous chapters we've discussed voltages of, for example, 15 V and higher. Yet, the radio-controlled cars that we will modify typically use 6 V or 7.5 V battery packs. Where did the extra volts come from?

Recall that inductors and capacitors have the unique properties of maintaining current (in the case of inductors) or voltage (in the case of capacitors). That is, an inductor, operating at some given current, will resist changing that current and a capacitor, operating at some given voltage, will resist changing that voltage. We can use these components with those particular properties to design circuits capable of creating output voltages higher than the input voltage.

The circuits described in this chapter are referred to as DC-DC converters. They take a DC input and convert that voltage to a supply voltage that is higher or lower than the input voltage (in the case of the robots in this book, we are interested in those DC-DC converters that increase the voltage).

## The charge pump

The charge-pump circuit uses capacitors to achieve higher voltages. The simplest such circuit is a *voltage doubler*. The circuit has two states, which it continually switches between. The first state (the one depicted in Figure 20.1) is the charging state. In this state capacitor *C1* (sometimes referred to as the flying capacitor) charges to $V_{IN}$.

MSP430-based Robot Applications.
DOI: http://dx.doi.org/10.1016/B978-0-12-397012-1.00020-5
© 2013 Elsevier Inc. All rights reserved.




**Figure 20.1**
The voltage doubler.




**Figure 20.2**
Voltage doubler, charge transfer state.

The second state, the charge transfer state, has the two switches in their opposite configuration (left switch up, right switch down). What happens in that case? Figure 20.2 depicts the circuit. Assume that $C_2$ is initially at 0 V. $C_1$, which had $V_{IN}$ volts across it prior to the switch, transfers some of its charge to capacitor $C_2$. As a result, the voltage across $C_2$ rises while the voltage across $C_1$ falls. The output voltage (the $C_2$ voltage) rises to a value between $V_{IN}$ and $2 \cdot V_{IN}$.

The circuit is then commanded to revert to its charging state (Figure 20.1) and the voltage across $C_1$ is replenished to $V_{IN}$ (the voltage across $C_2$ remains at its charged value, assuming no load). When it is then commanded to the charge transfer state, $C_1$ again transfers some of its charge to $C_2$. After this charge transfer, the voltage across $C_2$ is higher than during the previous charge transfer state. As this process continues, the output voltage gradually approaches its final value of $2V_{IN}$. Once the circuit gets past the initial transient voltage buildup, this circuit maintains the $2V_{IN}$ output value.

Of course, we assumed no load on $V_{OUT}$ – not a very practical assumption for a circuit intended to provide a supply voltage to some load. Nevertheless, as long as the load is relatively light, the circuit will maintain very nearly double the input voltage.

Charge-pumped circuits similar to the voltage doubler can be built to provide higher voltages, usually integer-multiples of the input voltage (that is, 2×, 3×, etc.). There are also many integrated circuit solutions available for implementing this circuit.

## *Inductor-based boost circuits*

Inductor-based switching converters are today extremely common. There are many different types of inductor-based DC-DC converters but the one that is the focus of this chapter (and used in the robot project) is the boost regulator. This circuit is shown in Figure 20.3. This circuit, like the charge pump discussed in the last section, takes the input voltage and boosts it to a higher voltage. How does it do that?

Remember that the inductor increases its current according to the equation:

$$\Delta I = \frac{V_L}{L}\Delta T = \frac{V_{IN}}{L}\Delta T. \tag{20.1}$$

So, if the switch in Figure 20.3 is closed at $t = 0$ and if the initial current in the inductor is 0 then, after $\Delta T$ seconds, the current has increased to:

$$I_P = \frac{V_{IN}}{L}\Delta T. \tag{20.2}$$

Now the switch is opened. What happens? $I_L$ initially has no path to ground, so it starts to decrease. A decreasing $I_L$ causes $V_L$ to become negative. But, since $V_L$ is referenced with its positive side to $V_{IN}$, this means that the voltage on the " − " side of $V_L$ — the junction of the inductor, diode, and switch — becomes positive with respect to $V_{IN}$. If the sequence just described seems confusing, take some time to go through the Figure 20.3 diagram, keeping in mind the way the voltage and current are referenced.

Once the switch opens, the diode's anode voltage rapidly rises until it is one diode drop above the capacitor voltage, at which point the diode turns on and the inductor "dumps" its current into the capacitor. This switch-on/switch-off cycle is repeated continuously.




**Figure 20.3**
An inductor-based boost circuit.




**Figure 20.4**
Boost circuit with negative feedback.

Once the energy delivered from the inductor equals the energy consumed by the load plus any additional losses, the output is in equilibrium.

If the input voltage changes somewhat or if the load current demand changes, we'd still need the boost circuit to maintain the proper voltage. To do that, the output voltage must be sensed and the time-on, $T_0$, adjusted to produce a lower or higher output voltage. That calls for a negative feedback loop, like the one shown in Figure 20.4.

Basically, negative feedback, in this case, means reducing $T_0$ if $V_{OUT}$ is too high and increasing $T_0$ if $V_{OUT}$ is too low. There are lots of integrated circuits that will perform this function. However, since we will already have a microcontroller installed we could really just perform this function with the microcontroller. Using a resistor divider, we can simply divide the output voltage down to a voltage in the range of the microcontroller's A/D converter, then make the decision about whether to increase or decrease the width of $T_0$ based on whether the converted analog voltage is less than or greater than some stored target number corresponding to the voltage that we wish to maintain. $T_0$ control is just a single output bit of the microcontroller.

### *The switch*

The switch of Figure 20.4 is most easily performed with a MOSFET. Keep in mind that, even for an application that delivers only a few milliamperes to the load, the peak switch current may reach of the order of 1 ampere. Of course, this will only last a few




**Figure 20.5**
The N-channel MOSFET, a candidate for the switch.




**Figure 20.6**
Adding an NPN transistor driver stage.

microseconds typically, so the device does not get hot, but it's important to choose a MOSFET with relatively low on-resistance, so that the full (or nearly full) $V_{IN}$ is applied across the inductor. Figure 20.5 shows an N-channel enhancement-mode MOSFET that has the makings of such a switch.

When the gate (G) of this transistor is driven high with respect to the source (S), the drain-to-source path closes. When the gate is driven to ground, so that it's at the same voltage as the source, the drain-to-source path opens. Wow! That's exactly what we were looking for. Unfortunately, as with lots of things in electronics design, it's not quite that simple.

For one thing, most MOSFETs with low on-resistance and capable of handling high levels of current will need to have their gate voltage taken to a voltage well above the 3 or so volts of the MSP430 high logic state. Okay, we could fix that by adding an NPN transistor stage (Figure 20.6).

In this case, the logic signal from the MSP430 is the inverse of $T_0$, that is, $T_0-$ , since a low on this signal drives the MOSFET switch to its on state. When this signal is high, about 20 μA will flow into the NPN transistor's base. If the NPN transistor's $\beta$ is 30 or higher, it will be driven into saturation and the NPN transistor's saturation voltage will be low

enough to cause the MOSFET to open. When the NPN is off (by setting the $T_0-$ logic signal to zero) the gate will go to 6 V, definitely driving the MOSFET output low, with very low on-resistance. Problem solved, right?

Well, there is an additional problem. The MOSFET gate has considerable capacitance. It isn't just the MOSFET's gate-to-source capacitance. There is a gate-to-drain capacitance as well and that, in combination with the MOSFET's voltage gain, forms something called a Miller's capacitance. The topic of Miller's capacitance is beyond the scope of this book but suffice it to say that it produces an effective capacitance much larger than just the gate-to-drain capacitance. The upshot is that a MOSFET gate, while presenting an extremely high DC resistance, looks like quite a large capacitance.

In some applications, the turn-on time of the MOSFET isn't much of an issue, but in the case of a boost circuit the MOSFET switch needs to turn on quickly (for example, a few microseconds) and turn off equally quickly. The 10 kΩ resistor in the Figure 20.6 circuit just isn't going to be able to charge the MOSFET capacitance in those kinds of time.

$R_1$ and $R_2$ could be scaled down, for example, to 10 kΩ and 1 kΩ respectively, so that the MOSFET gate capacitance is charged 10 times faster than with the Figure 20.6 circuit. But keep in mind that the MOSFET switch will be off a very large percentage of the time ($>99\%$). And to keep the MOSFET switch off, the NPN transistor will need to be on (saturated). So this drive circuit needlessly wastes battery energy to hold the MOSFET off.

A fairly simple solution to this problem is to use a PNP transistor to drive the MOSFET gate (Figure 20.7). The PNP, when driven with sufficient base current, will rise quickly to its saturation emitter-to-collector voltage (approximately 0.5 V), so that the MOSFET gate is pulled up to about 5.5 V.

Like the NPN version of the gate driver, this one dissipates no energy in one state (in this case, when $T_0-$ is high) and dissipates a relatively large amount of energy in the other state




**Figure 20.7**
The PNP transistor as MOSFET gate driver.




**Figure 20.8**
Combining an NPN and a PNP transistor as MOSFET gate driver.

(the current will be approximately 12 mA when $T_0-$ is low and, therefore, the gate is driven high). However, in this case, the high-power-dissipation state is the high-gate-voltage state, which is the one that's only on for a very low percentage of the time (typically < 1%).

Well, there's a problem with this arrangement as well – when we turn the PNP transistor off, the signal $T_0$ must be at or near +6 V. But $T_0$ is generated by the MSP430 microcontroller and its high state won't be much above 3 V. What to do? Let's combine an NPN and a PNP (Figure 20.8).

This circuit meets all of our requirements – it can be driven on and off from the low-voltage MSP430, it drives the MOSFET gate to greater than 5 V, it charges and discharges the gate capacitance quickly, and it dissipates very little power when the duty cycle is low. Note that, for this circuit, the MOSFET gate is high when $T_0$ is high.

Also, note that the pull-up resistor, $R_1$, doesn't serve much of a role in this configuration – its only function is to turn the PNP transistor off faster than would occur if we left $R_1$ out (Figure 20.9).

Note that capacitors $C_1$ and $C_2$ are each shown as a single capacitor. In actual practice, each of these capacitors is made up of a 100 μF aluminum electrolytic capacitor in parallel with a 10 μF ceramic capacitor. The reason for this has to do with how different capacitors behave over frequency.

Figure 20.10 shows the impedance of an aluminum electrolytic capacitor as a function of frequency. The impedance of an ideal capacitor obeys the equation:

$$Z_C = \frac{1}{2\pi f C} \tag{20.3}$$




**Figure 20.9**
Entire boost circuit.




**Figure 20.10**
Impedance of a 470 µF capacitor as a function of frequency *(courtesy EPCOS)*.

for frequencies from 0 to infinity. If a capacitor follows this equation then the impedance will be inversely proportional to frequency. But, as frequency is increased, real capacitors eventually stop obeying Eq. 20.3. The Figure 20.10 graph shows the impedance of a 470 µF capacitor. The capacitor follows Eq. 20.3 fairly well up to about 10 kHz. Past that frequency, the impedance starts to deviate from the predicted behavior and, by 100 kHz, is completely flattened out (a flat region means that the capacitor basically looks like a small resistance at those frequencies).




**Figure 20.11**
Output voltage as function of input pulse width.

The aluminum electrolytic capacitor is a very inexpensive critter but, unfortunately, where high-frequency response is important (and our boost circuit is such an application) it won't hack it. Ceramic capacitors can generally behave like, well, a real capacitor, to much higher frequencies. But a ceramic 100 μF capacitor capable of handling voltages of the order of 20 V will set you back about $15 to $20! To get something close to the ceramic 100 μF performance at a small fraction of the price, an inexpensive aluminum electrolytic 100 μF capacitor is operated in parallel with an inexpensive ceramic 10 μF capacitor to form a combination that has good high-frequency response without breaking the bank.

*Boost circuit performance*

The Figure 20.9 circuit was operated with various pulse widths, to determine how its output voltage varied with pulse width. The only additions to the circuit were an 18 V Zener diode and a 20 kΩ resistor, both in parallel with C2. The results of the test are shown in Figure 20.11.

The limit of 18 V at pulse widths greater than 240 μsec is the result of the Zener diode, which was added to hard limit the output in the event that the pulse width is inadvertently allowed to be on too long.

## *A simpler MOSFET driver*

The two-transistor driver circuit explained in the previous section has a number of things going for it, including:

- Low cost
- Low power
- Fast operation




**Figure 20.12**
Boost circuit with simplified MOSFET driver.

However, it is not as simple as it might be. If we think about the problem of driving the MOSFET, this is really no different from driving the ultrasonic transmitter. In both cases, what we really need is to *level-shift* the logic voltages, from 0-to-3 V at the input side, to 0-to-something-higher at the output side. A solution that costs a little more, uses a little more power and is a little slower to turn on and off, but which is much simpler, is shown in Figure 20.12. Instead of the combination NPN/PNP transistor driver, this circuit uses half of a TLV272 dual op amp to drive the MOSFET gate. *VD2* is a voltage that is half the microcontroller voltage (approximately 1.5 V). The op amp acts as a comparator, driving the gate to 6 V whenever $T_0$ is greater than *VD2*.

The TLV272 output can change its output at a maximum rate of about 2 V/µsec. This maximum rate of change is known as the op amp's *slew rate*. Such a slew rate means that the op amp will require about 3 µsec to turn the MOSFET on and an equal amount of time to turn the MOSFET off.

Note that this version of the schematic shows the large capacitors as the actual combination of ceramic and aluminum electrolytic capacitors. It also shows the Zener diode that is added to hard limit the output in the event that $T_0$ is on too long.

## Negative feedback maintains the proper output voltage

Figure 20.11 shows how the boost circuit's output voltage changes with the input pulse width. Of course, this was for a constant output load of 20 kΩ and with a constant 6 V input voltage. If we always had exactly this load resistance and this input voltage, we could just look things up on the Figure 20.11 plot, and choose the appropriate pulse width to achieve the desired output voltage (for example, 175 µsec if the output voltage is supposed to be 15 V).

Unfortunately, things aren't quite that easy (if you haven't noticed, this is a common theme when talking about electronics design). The load will vary and the input voltage will be some range of voltages (the circuits shown in this book were developed for operation at 6 V, but the design is intended to accommodate higher voltages, such as 7.5 V). We will need to vary the pulse width as the load changes and as the input voltage changes. There are a lot of integrated circuits available to handle this control issue but, fortunately, we have a microcontroller in the design that is eager to do the job.

As mentioned in a previous chapter, control systems can be very complex. There are a number of very important issues, including stability, speed of response, overshoot, etc. that have to be considered in many applications. Our application is simple enough that we can get away with just monitoring the high voltage, comparing that to a target voltage, then increasing or decreasing the pulse width to increase or decrease the high voltage. The program is shown in Figure 20.13.

Before looking at the control loop part of the program, let's look at how the microcontroller's peripherals are set up:

- The digital output, $T_0$, is generated at the microcontroller P1.5 pin
- The clock is set up to generate a calibrated 8 MHz
- The timer divides the clock by 8, so that the input is 1 MHz
- The A/D
    - Samples channel 4 (on P1.4)
    - Uses the 2.5 V internal reference
    - Uses the internal 5 MHz ADC10CLK clock
    - Samples the input for 64 clock cycles

The control loop starts at the "MainLoop" label of the program. The first thing that is done is to zero out the timer (the "clr &TAR" instruction). We'll need the timer to determine when our 16.67 msec interval is over.

Next, the A/D conversion is performed. The program doesn't advance until the ADC10IFG flag is set in the ADC10CTL0 register. Note from the circuit schematics that we're looking at a divided-down version of the high voltage. So the voltage that is sampled is:

$$HVM = \frac{100k}{1M + 100k} HV \tag{20.4}$$

If we desire HV to be 15 V, then we should be looking for HVM to be 1.364 V. So, we will want to increase the $T_0$ pulse width if HVM is less than 1.364 V, otherwise we should decrease the pulse width.

But what digital number does 1.364 V correspond to? As we saw, the A/D is set up to use a 2.5 V reference. This is the maximum voltage that we can convert, so this voltage

(a)

```
;*****************************************************************************
#include  "msp430G2452.h"
;-----------------------------------------------------------------------------
Current       EQU     0200h
;-----------------------------------------------------------------------------
              ORG     0F800h                  ; Program Reset
;-----------------------------------------------------------------------------
RESET         mov.w   #0280h,SP               ; Initialize stackpointer
              mov.w   #WDTPW+WDTHOLD,&WDTCTL  ; Stop watchdog timer
              bis.b   #020h,&P1DIR            ; P1.5 output direction
              mov.w   #TASSEL_2+MC_2+ID_3,&TACTL
              mov.w   #SREF_1+ADC10SHT_3+ADC10SR+REF2_5V+REFON+ADC10ON,&ADC10CTL0
              mov.w   #INCH_4,&ADC10CTL1      ; A/D input is on P1.4
              mov.b   &CALBC1_8MHZ,&BCSCTL1
              mov.b   &CALDCO_8MHZ,&DCOCTL
              mov     #1,&Current
MainLoop
              clr     &TAR
Read_V
              bic     #ADC10IFG,&ADC10CTL0
              bis     #ENC+ADC10SC,&ADC10CTL0 ; Start the conversion
TestADC
              bit     #ADC10IFG,&ADC10CTL0    ; Check conversion status
              jz      TestADC
              cmp     #022Eh,&ADC10MEM        ; 22E hexadecimal corresponds to 15V
              jge     GreaterThan
              inc     &Current
              jmp     CloseSwitch
GreaterThan
              dec     &Current
CloseSwitch
              call    #Clipping
              mov     &Current,R8
hold_high
              bis.b   #020h,&P1OUT            ; Set P1.5 output
again
              dec     R8                      ; Decrement R8
              jnz     again
              bic.b   #020h,&P1OUT            ; Clear P1.5 bit
              call    #delay                  ; Wait for next 60 Hz start
              jmp     MainLoop                ; Jump to the top

;-----------------------------------------------------------------------------
```

**Figure 20.13**

(a) First part of the high-voltage program. (b) Second part of the high-voltage program.

(b)
```
;------------------------------------------------------------------------------
Clipping
            cmp     #2,&Current
            jge     TestForTooLarge
            mov     #2,&Current
            ret
TestForTooLarge
            cmp     #2000,&Current
            jge     ClipHigh
            ret
ClipHigh
            mov     #2000,&Current
            ret

;------------------------------------------------------------------------------
delay
            cmp.w   #16600,&TAR
            jl      delay
            ret
;------------------------------------------------------------------------------
;           Interrupt Vectors Used MSP430x2013
;------------------------------------------------------------------------------
            ORG     0FFFEh                  ; MSP430 RESET Vector
            DW      RESET                   ;
            END
```

**Figure 20.13**
(*Continued*)

corresponds to the maximum A/D number of 1023. Therefore, 1.364 V corresponds to the digital number:

$$\text{Threshold} = \frac{1.364}{2.5}1023 = 558_{10} = 22E_{16} \qquad (20.5)$$

That just about takes care of things except that we need to place limits on the pulse width. The reason is that the loop can become unstable during power-up or large changes in the load. How can that happen? Let's say that our control system has some overshoot (it does). When power is turned on, the control loop causes the pulse width to keep increasing. But once it gets past the threshold that we set, it starts decreasing the pulse width. The program, without additional logic, isn't smart enough to stop decreasing the pulse width after it gets to zero. So the program can actually compute a negative value for the pulse width! That's pretty crazy and, as you can imagine, the control loop starts behaving in a very weird manner at that point.

To solve this, we simply limit the pulse-width value to a low value. If the loop counter (this variable is called "Current" in the program) is small (in the program it is checked for




**Figure 20.14**
Output voltage and $T_0$ waveform at two different time scales.

the value 2) then it is just kept at that low value. And, while we're at it, we also limit the upside value for the pulse width. This is what the "Clipping" subroutine does.

As you can see from Figure 20.14, the program does a very nice job of keeping the high voltage at 15 V.

Note the slight jump in the high voltage just after each $T_0$ pulse. This is typical for a switching type of power supply.

## Bibliography

[1] A. Pressman, Switching Power Supply Design, McGraw-Hill, 1991.
[2] J.A. Starzyk, Ying-Wei Jan, A. Fengjing Qiu., DC-DC charge pump design based on voltage doublers, IEEE Trans. Circuits. Syst. 48(3) (2001) 350–359.

AMT_SKH00001379