# EXHIBIT L

SECTION 7-3

# *Op Amp Power Supply Systems*

*Walt Jung, Walt Kester*

Op amp circuits have traditionally been powered from well-regulated, low noise linear power supplies. This type of power system is typically characterized by medium-to-low power conversion efficiency. Such linear regulators usually excel in terms of self-generated and radiated noise components. If the designer's life were truly simple, it might continue with such familiar designs offering good performance and minimal side effects.

But, the designer's life is hardly so simple. Modern systems may allow using linear regulators, but multiple output levels and/or polarities are often required. There may also be some additional requirements set for efficiency, which may dictate the use of dc-dc conversion techniques, and, unfortunately, their higher associated noise output.

This section addresses power supply design issues for op amp systems, taking into account the regulator types most likely to be used. The primary dc power sources are assumed to be either rectified and smoothed ac sources (i.e., mains derived), a battery stack, or a switching regulator output. The latter example could be fed from either a battery or a mains-derived dc source.

As noted in Figure 7-46, linear mode regulation is generally recommended as an optimum starting point in all instances (first bullet). Nevertheless, in some cases, a degree of hybridization between fully linear and switching mode regulation may be required (second bullet). This could be either for efficiency or other diverse reasons.

- High performance analog power systems use linear regulators, with primary power derived from:
  - AC line power
  - Battery power systems
  - DC- DC power conversion systems
- Switching regulators should be avoided if at all possible, but if not...
  - Apply noise control techniques
  - Use quality layout and grounding
  - Be aware of EMI

**Figure 7-46: Regulation priorities for op amp power supply systems**

Whenever switching-type regulators are involved in powering precision analog circuits, noise control is very likely to be a design issue. Therefore some focus of this section is on minimizing noise when using switching regulators.



AMT_SKH00001423

The ADP3331 is generally similar to other anyCAP LDO parts, with two notable exceptions. It has a lower quiescent current (~34 μA when lightly loaded) and most importantly, the output voltage is user-adjustable. As noted in the circuit, R1 and R2 are external precision resistors used to define the regulator operating voltage.

The output of this regulator is $V_{OUT}$, which is related to feedback pin FB voltage $V_{FB}$ as:

$$V_{OUT} = V_{FB}\left(1+\frac{R1}{R2}\right) \quad \text{Eq. 7-3}$$

where $V_{FB}$ is 1.204 V. Resistors R1 and R2 program $V_{OUT}$, and their parallel equivalent should be kept close to 230 kΩ for best stability.

To select R1 and R2, first calculate their ideal values, according to the following two expressions:

$$R1 = 230\left(\frac{V_{OUT}}{V_{FB}}\right)k\Omega \quad \text{Eq. 7-4}$$

$$R2 = \frac{230}{\left(1+\frac{V_{FB}}{V_{OUT}}\right)}k\Omega \quad \text{Eq. 7-5}$$

In the example circuit, $V_{OUT}$ is 2.8 V, which yields R1 = 534.9 kΩ, and R2 = 403.5 kΩ. As noted in the figure, closest standard 1% values are used, which provides an output of 2.8093 V (perfect resistors assumed). In practice, the resistor tolerances should be added to the ±1.4% tolerance of the ADP3331 for an estimation of overall error.

To complement the above-discussed anyCAP series of standalone LDO regulators, there is the LDO *regulator controller*. The regulator controller IC picks up where the standalone regulator stops for either load current or power dissipation, using an external PMOS FET pass device. As such, the current capability of the LDO can be extended to several amps. An LDO regulator controller application is shown later in this discussion. The application examples above illustrate a subset of the entire anyCAP family of LDOs. Further information on this series of standalone and regulator controller LDO devices can be found in the references at the end of the section.

## Charge-Pump Voltage Converters

Another method for developing supply voltage for op amp systems employs what is known as a *charge-pump* circuit (also called switched capacitor voltage conversion). Charge-pump voltage converters accomplish energy transfer and voltage conversion using charges stored on capacitors, thus the name, charge-pump.

Using switching techniques, charge pumps convert supply voltage of one polarity to a higher or lower voltage, or to an alternate polarity (at either higher or lower voltage). This is accomplished with only an array of low resistance switches, a clock for timing, and a few external storage capacitors to hold the charges being transferred in the voltage conversion process. No inductive components are used, thus EMI generation is kept to a minimum. Although relatively high currents are switched internally, the high current switching is localized, and therefore the generated noise is not as great as in inductive type switchers. With due consideration towards component selection, charge-pump converters can be implemented with reasonable noise performance.

The two common charge-pump voltage converters are the *voltage inverter* and the *voltage doubler* circuits. In a voltage inverter, a charge pump capacitor is charged to the input voltage during the first half of the switching cycle. During the second half of the switching cycle the input voltage stored on the charge pump

capacitor is inverted and applied to an output capacitor and the load. Thus the output voltage is essentially the negative of the input voltage, and the average input current is approximately equal to the output current. The switching frequency impacts the size of the external capacitors required, and higher switching frequencies allow the use of smaller capacitors. The duty cycle—defined as the ratio of charge pump charging time to the entire switching cycle time—is usually 50%, which yields optimal transfer efficiency.

A voltage doubler works similarly to the inverter. In this case the pump capacitor accomplishes a voltage doubling function. In the first phase it is charged from the input, but in the second phase of the cycle it appears in series with the output capacitor. Over time, this has the effect of doubling the magnitude of the input voltage across the output capacitor and load. Both the inverter and voltage doubler circuits provide no voltage regulation in basic form. However, techniques exist to add regulation (discussed below).

There are advantages and disadvantages to using charge-pump techniques, compared to inductor-based switching regulators. An obvious key advantage is the elimination of the inductor and the related magnetic design issues. In addition, charge-pump converters typically have relatively low noise and minimal radiated EMI. Application circuits are simple, and usually only two or three external capacitors are required. Because there are no inductors, the final PCB height can generally be made smaller than a comparable inductance-based switching regulator. Charge-pump inverters are also low in cost, compact, and capable of efficiencies greater than 90%. Obviously, current output is limited by the capacitor size and the switch capacity. Typical IC charge-pump inverters have 150 mA maximum outputs.

On their downside, charge-pump converters don't maintain high efficiency for a wide voltage range of input to output, unlike inductive switching regulators. Nevertheless, they are still often suitable for lower current loads where any efficiency disadvantages are a small portion of a larger system power budget. A summary of general charge-pump operating characteristics is shown in Figure 7-53.

An example of charge-pump applicability is the voltage inverter function. Inverters are often useful where a relatively low current negative voltage (i.e., –3 V) is required, in addition to a primary positive voltage (such as 5 V). This may occur in a single supply system, where only a few high performance parts require the negative voltage. Similarly, voltage doublers are useful in low current applications, where a voltage greater than a primary supply voltage is required.

- No Inductors
- Minimal Radiated EMI
- Simple Implementation: Two External Capacitors (Plus an Input Capacitor)
- Efficiency > 90% Achievable
- Low Cost, Compact, Low Profile (Height)
- Optimized for Doubling or Inverting Supply Voltage:
  – ADM660 or ADM8660
- Voltage Regulated Output Devices Available:
  – ADP3603/ADP3604/ADP3605/ADP3607

**Figure 7-53: Some general charge-pump characteristics**