**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX INC.,<br><br>Defendant. | Civil Action No. 2:24-CV-1078-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ANDREW NASSAR IN SUPPORT OF PLAINTIFF AMT'S RESPONSE IN OPPOSITION TO SK HYNIX'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF '557 AND '018 PATENTS**

I, Andrew Nassar, hereby state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for Advanced Memory Technologies, LLC ("AMT") in this action.

2. I provide this declaration in support of AMT's Response in Opposition to Defendant SK hynix Inc.'s Motion for Summary Judgment of Invalidity of the '557 and '018 Patents.

3. Counsel for AMT deposed Dr. Alyssa Apsel on February 11, 2026, in relation to the declaration she submitted on behalf of SK hynix for purposes of claim construction discovery.

4. Counsel for AMT and counsel for SK hynix have been in contact regarding deposition scheduling, but have not yet set dates for any future depositions.

5. AMT requires additional discovery to analyze the schematic and design metadata in order to determine the last-modified and creation dates of the relevant schematics and layouts. AMT also has not deposed any fact witnesses in this case to assess their credibility and

descriptions of the provenance of the documents on which SK hynix relies. AMT expects the remainder of fact discovery to be a reasonable amount of time to investigate these issues.

6. Attached to this Declaration are the following documents.

7. **Exhibit A** is a true and correct copy of the cover pages of the '557 and '018 Patents.

8. **Exhibit B** is a true and correct copy of excerpts of SK hynix's Invalidity Contentions, obtained from Ex. 3 to SK hynix's Motion.

9. **Exhibit C** is a true and correct copy of a series of screenshots produced by SK hynix to AMT.

10. **Exhibit D** is a true and correct copy of excerpts of SKH_00069744 (SK hynix presentation).

11. **Exhibit E** is a true and correct copy of SKH_00069706 (SK hynix presentation)

12. **Exhibit F** is a true and correct copy of excerpts of SKH_00054613 (SK hynix presentation).

13. **Exhibit G** is a true and correct copy screenshots showing metadata accompanying documents produced by SK hynix to AMT.

14. **Exhibit H** is a true and correct copy of excerpts of SKH_00012400 (SK hynix datasheet).

15. **Exhibit I** is a true and correct copy of excerpts of SKH_00012748 (SK hynix datasheet).

16. **Exhibit J** is a true and correct copy of excerpts of SKH_00012636 (SK hynix datasheet).

17. **Exhibit K** is a true and correct copy of excerpts of SKH_00012586 (SK hynix datasheet).

18. **Exhibit L** is a true and correct copy of excerpts of SKH_00049826 (SK hynix presentation).

19. **Exhibit M** is a true and correct copy of excerpts of SKH_00053953 (SK hynix presentation).

20. **Exhibit N** is a true and correct copy of excerpts of SKH_00054246 (SK hynix presentation).

21. **Exhibit O** is a true and correct copy of excerpts of SKH_00053172 (SK hynix presentation).

22. **Exhibit P** is a true and correct copy of excerpts of SK hynix's Responses & Objections to AMT's First Set of Interrogatories, dated June 6, 2025.

23. **Exhibit Q** is a true and correct copy of the protective order governing this case, entered at ECF No. 34.

24. **Exhibit R** is a true and correct copy of Exhibit 13 to SK hynix's Motion that AMT has annotated with highlighting.

25. Documents bearing bates numbers beginning with SKH were produced by SK hynix.

26. Highlighting has been applied to certain portions of some of the Exhibits.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2026, in New York, New York.

*/s/ Andrew Nassar*
Andrew Nassar