[redacted]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX INC.,<br><br>Defendant. | Civil Action No. 2:24-CV-1078-JRG-RSP |

**DECLARATION OF DR. MARTIN G. WALKER IN SUPPORT OF PLAINTIFF ADVANCED MEMORY TECHNOLOGIES, LLC'S OPPOSITION TO DEFENDANT SK HYNIX INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Martin G. Walker, hereby state as follows:

1. I am over the age of eighteen and am under no legal disability that would prevent me from testifying to the facts contained within this declaration in a court of law if required.
2. I have been asked to submit this declaration on behalf of Plaintiff Advanced Memory Technologies, LLC ("AMT") in connection with AMT's Opposition to Defendant SK hynix Inc.'s ("SK hynix") Motion for Summary Judgment of Invalidity of U.S. Patent Nos. (the "'557 patent") and 7,920,018 (the "'018 patent").
3. I have been retained by Plaintiff AMT as an expert in this matter. Attached hereto is a copy of my curriculum vitae detailing my qualifications, background, and education, and expertise.
4. On several occasions, I have inspected Restricted Confidential Source Code, including schematics and layout images, at the offices of SK hynix's counsel in Redwood Shores, California, most recently during the week of February 23.

5. Pursuant to the parties' protocol, certain portions of schematics, layouts, and technical information that I have identified have been printed by SK hynix at AMT's request.

6. I understand that the screenshots in Exhibit C[1] were produced by SK hynix to AMT; the exhibit appears to contain true and correct copies of the screenshots my team and I saved locally to the technical review computer at SK hynix's counsel's offices.

7. Exhibit C, at page 1, is a screenshot of a file provided by SK hynix to enable the Cadence Virtuoso program to process and load schematics from the "[redacted]" design library. The file contains instructions that I understand are necessary for the program to properly present the library data.

8. Exhibit C, at page 2, is a screenshot of a script I wrote that searched the schematic design libraries using a "grep" command for the string "[redacted]." The screenshot displays thirteen results in the libraries that contain that string. Based on the file extensions displayed in the screenshot, the files appear to comprise part of the schematics for the [redacted] cell. The thirteen files have last-modified dates of March 21, 2005, or July 9, 2005.

9. Exhibit C, at page 3, is a screenshot of a script I wrote that searched the schematic design libraries using a "grep" command for the string "Mar 7 2006." The screenshot displays four results in the libraries that contain that string; all of the files containing the string have last modified dates of March 7, 2006.

[1] I refer to the Exhibit C attached to the Declaration of Andrew Nassar, which I understand is being filed with AMT's Opposition.

10. Exhibit C, at page 4, is a screenshot of a script I wrote that searched the layout design libraries using a "grep" command for the string "May 2 2006." The screenshot indicates that 4,739 layout files were last modified on May 2, 2006.

11. Schematics and layouts are two parts of semiconductor designs. The schematics represent the electrical circuit designs; the layout represents the physical design. In other words, electrical designs dictate what is built, and physical designs dictate how it is built.

12. In my experience, electrical design schematics are generally completed before layout files are completed. Once schematics and layouts are prepared, an extensive verification process confirms that the files are consistent with each other before the designs can proceed to fabrication.

13. Once a schematic and layout are complete, there are still numerous steps in the development process that must occur before a final product embodying those designs can be fabricated, packaged, sold, and delivered to customers. In my experience, it can take months to years following design and layout completion for a final product to be ready for delivery, assuming no issues or other disruptions present additional complications.

14. The [redacted] cell schematic is one part of a multi-layer design and shows features within a memory cell. Special equipment and expertise are necessary in order to observe these features.

15. SK hynix's "F90" library contains schematics and layout images purporting to correspond to a product with 4-gigabit density consisting of multi-level cells ("MLC"), as opposed to single-level cells ("SLC"). MLCs are memory cells capable of storing more than one bit of information.

16. There are numerous factors that can, and often do, cause schematics and layouts to differ across product densities and between SLC and MLC devices. For example, higher density devices may require modifications to schematics to ensure that they work; the same goes for MLC/SLC.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2026 in Woodside, CA.

Martin G. Walker

# Martin G. Walker, PhD

## Consultant Curriculum Vitae

Brass Rat Group, Inc.
1820 Portola Rd
Woodside, CA 94062

www.brassratgroup.com
mwalker@brassratgroup.com
650-331-0200

## Education

| | | |
|---|---|---|
| Massachusetts Institute of Technology | BS, Electrical Engineering | 1973 |
| Stanford University | MS, Electrical Engineering | 1976 |
| Stanford University | Ph.D., Electrical Engineering | 1979 |

## Professional Summary

Dr. Walker has testified in jury trials and arbitrations involving hardware and software technology issues. He has provided in federal and state courts and at the ITC on matters relating to infringement and validity of various patents as well as misappropriation of trade secrets. Specific technologies addressed by hist testimony include design and operation of ICs (cellular modems, machine learning processors, microcontrollers, and FPGAs) as well as software systems including 3GPP LTE firmware, cloud computing, and flash memory.

Dr. Walker is a recognized expert with over 40-years of experience in the design of integrated circuits, including analog, digital, and RF/microwave circuits. During his career in industry, Dr. Walker was a founder of three ventures in the specialized field of Electronic Design Automation where he designed and deployed software products that were essential to the design of complex semiconductor ICs. Dr. Walker has first-hand experience in the design of advanced ICs.

During his consulting career, Dr. Walker has focused on the analysis of hardware systems and software source code. He has analyzed complex systems with respect to patent infringement, misappropriation of trade secrets, and copyright infringement. He has analyzed, written expert reports and testified regarding hardware source code including schematics, netlists, Verilog, VHDL and SPICE and software source code. Source code analysis has involved assembly language, C, C++, java, perl, python as well as other modern computer languages.

Dr. Walker has also performed numerous analyses of system-on-a-chip devices that has involved the combined analysis of hardware and software source code including Android devices, cellular modems including 3GPP LTE operations, special purpose microcontrollers, machine learning systems, and cloud computing.

## Litigation Projects

| | | |
|---|---|---|
| 1. | Matter | In RE: Sandisk SSDS Litigation |
| | Description | Class sction |
| | Law Firm | Segal, McCambridge |
| | Client | WDC/Sandisk |
| | Status | On going |
| | Dates | 2025 |
| 2. | Matter | Dumbo v POC Moving |
| | Description | Copyright Infringement; Trade Secret Misappropriation |
| | Law Firm | Morrison Cohen |
| | Client | POC Moving |
| | Status | On going |
| | Dates | 2025 |
| 3. | Matter | Polaris Innovations Ltd v Nanya Technology Corp. |
| | Description | Patent Infringement |
| | Law Firm | Sidley Austin |
| | Client | Nanya |
| | Status | Completed |
| | Dates | 2024 |
| 4. | Matter | ThroughPuter, Inc v. Amazon Web Services |
| | Description | Patent Infringement |
| | Law Firm | Fenwick & West |
| | Client | Amazon |
| | Testimony | Deposition |
| | Status | Ongoing |
| | Dates | 2024- |
| 5. | Matter | Pantech v LG Electronics |
| | Description | Patent Infringement |
| | Law Firm | Mayer Brown |
| | Client | Pantech |
| | Status | Completed |
| | Dates | 2023-2024 |
| 6. | Matter | Pantech v OnePlus |
| | Description | Patent Infringement |
| | Law Firm | Mayer Brown |
| | Client | Pantech |
| | Testimony | Deposition, trial |
| | Status | Completed |
| | Dates | 2023-2024 |

| | | |
|---|---|---|
| 7. | Matter | Samsung v Mianyang BOE et al |
| | Description | Patent Infringement |
| | Law Firm | Kilpatrick Townsend |
| | Client | MobileSentrix |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2023 |
| 8. | Matter | Apple v Sonrai |
| | Description | Patent validity |
| | Law Firm | DLA Piper |
| | Client | Apple |
| | Status | Closed |
| | Dates | 2023 |
| 9. | Matter | Certain Radio Frequency Transmission Devices and Components Thereof |
| | Description | Patent infringement |
| | Law Firm | Morgan Lewis |
| | Client | Zebra |
| | Testimony | Deposition/ITC hearing |
| | Status | Closed |
| | Dates | 2021-22 |
| 10. | Matter | Intellectual Tech LLC v Zebra Technologies, Corp |
| | Description | Patent infringement |
| | Law Firm | Morgan Lewis |
| | Client | Zebra |
| | Testimony | Deposition/ITC hearing |
| | Status | Closed |
| | Dates | 2021-22 |
| 11. | Matter | NXP v MediaTek |
| | Description | Patent infringement |
| | Law Firm | Jones Day |
| | Client | NXP |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2022 |
| 12. | Matter | Google v Sonrai |
| | Description | Patent validity |
| | Law Firm | Paul Hastings |
| | Client | Google |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2021-22 |

| | | |
|---|---|---|
| 13. | Matter | HEALTHeSTATE, LLC v. United States & ASM Research, LLC |
| | Description | Contract dispute/False Claims Act |
| | Law Firm | Covington |
| | Client | ASM (Accenture) |
| | Status | Closed |
| | Dates | 2021-22 |
| 14. | Matter | Certain Portable Battery Jumpstarters and Components Thereof (including Canadian counter part litigation) |
| | Description | Patent infringement |
| | Law Firm | Perkins-Coie |
| | Client | Carku |
| | Testimony | Deposition; ITC hearing |
| | Status | Closed |
| | Dates | 2021-22 |
| 15. | Matter | Intertrust v Intertrust Defendants (AMC Theatres, Cinemark, and Regal) |
| | Description | Patent Infringement |
| | Law Firm | Norton Rose Fulbright |
| | Client | Defendants |
| | Status | Closed |
| | Dates | 2020-21 |
| 16. | Matter | Singular Computing LLC v. Google |
| | Description | Patent infringement |
| | Law Firm | Keker |
| | Client | Google |
| | Testimony | Deposition, trial |
| | Status | Closed |
| | Dates | 2020-2024 |
| 17. | Matter | MPAY, INC. v. ECCA et al |
| | Description | Copyright infringement of source code |
| | Law Firm | Morse |
| | Client | MPAY |
| | Testimony | Deposition, trial |
| | Status | Closed |
| | Dates | 2020-2023 |
| 18. | Matter | Gree, Inc v Supercell OY |
| | Description | Patent infringement |
| | Law Firm | Fenwick |
| | Client | Supercell |
| | Status | Closed |
| | Dates | 2020 |

| | | |
|---|---|---|
| 19. | Matter | Lexmark International v Universal Imaging Industries, LLC |
| | Description | Patent Infringement |
| | Law Firm | Banner & Witccoff |
| | Client | Lexmark |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2019-2024 |
| 20. | Matter | Elastic v. floragunn |
| | Description | Copyright infringement of source code |
| | Law Firm | O'Melveny & Meyers |
| | Client | Elastic |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2019-22 |
| 21. | Matter | Liion v.Vertiv |
| | Description | Misappropriation of trade secrets |
| | Law Firm | Benesch, Friedlander |
| | Client | Vertiv |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2019-20 |
| 22. | Matter | Monarch v. Cisco |
| | Description | Patent infringement |
| | Law Firm | Heim, Payne & Chorush |
| | Client | Monarch |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2020-21 |
| 23. | Matter | Traxcel v Sprint |
| | Description | Patent infringement |
| | Law Firm | McGuire Woods |
| | Client | Sprint |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2018-2019 |
| 24. | Matter | VLSI v Intel |
| | Description | Patent Infringement |
| | Law Firm | Wilmer Hale |
| | Client | Intel |
| | Status | Closed |
| | Dates | 2018-2023 |

| | | |
|---|---|---|
| 25. | Matter | Motorola Solutions v Hytera |
| | Description | Misappropriation of trade secrets/source code copying |
| | Law Firm | Kirkland & Ellis |
| | Client | Motorola Solutions |
| | Status | Closed |
| | Dates | 2018-19 |
| 26. | Matter | Midwest Athletics v. Ricoh |
| | Description | Patent Infringement |
| | Law Firm | Jones Day |
| | Client | Ricoh |
| | Status | 2018-19 |
| | Dates | Closed |
| 27. | Matter | T-Q Delta v 2-Wire |
| | Description | Patent infringement |
| | Law Firm | Goodwin Procter |
| | Client | 2-Wire |
| | Testimony | Depositions, jury trials |
| | Status | Closed |
| | Dates | 2018-2020 |
| 28. | Matter | E-Systems v Mentor |
| | Description | Patent infringement |
| | Law Firm | Burns Charest LLP |
| | Client | E-Systems |
| | Status | Closed |
| | Dates | 2018 |
| 29. | Matter | IV vs T-Mobile, Sprint |
| | Description | Patent infringement |
| | Law Firm | Kwun Bhansali Lazarus |
| | Client | T-Mobile, Sprint |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2018-19 |
| 30. | Matter | Xilinx |
| | Description | Patent validity |
| | Law Firm | Haynes Boone |
| | Client | Xilinx |
| | Status | Closed |
| | Dates | 2018 |

| | | |
|---|---|---|
| 31. | Matter | Unity Opto |
| | Description | Patent validity |
| | Law Firm | Alston Bird |
| | Client | Unity Opto |
| | Status | Completed |
| | Dates | 2018 |
| 32. | Matter | Red Rock Analytics v Samsung Electronics |
| | Description | Patent validity |
| | Law Firm | Heim Payne & Chorush |
| | Client | Red Rock Analytics |
| | Status | Closed |
| | Dates | 2018-19 |
| 33. | Matter | GeoSolutions v GyPSii |
| | Description | Source code copying/contract dispute |
| | Law Firm | Squire Patton Boggs |
| | Client | GeoSolutions |
| | Testimony | Arbitration hearing in Beijing/Arbitration hearing in Amsterdam |
| | Status | Closed |
| | Dates | 2018-19 |
| 34. | Matter | Uchytil v Avanade et al |
| | Description | False claims act |
| | Law Firm | Kirkland |
| | Client | Avanade |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2017-18 |
| 35. | Matter | Compulife Software vs One Resource Group |
| | Description | Misappropriation of trade secrets/copyright infringement/source code copying |
| | Law Firm | Berger-Singerman |
| | Client | One Resource Group |
| | Status | Closed |
| | Dates | 2017 |
| 36. | Matter | Attia v Google |
| | Description | Misappropriation of trade secrets |
| | Law Firm | Wilson Sonsini |
| | Client | Google |
| | Status | Closed |
| | Dates | 2017-19 |

| | | |
|---|---|---|
| 37. | Matter | Qualcomm v Apple |
| | Description | Patent infringement |
| | Law Firm | Wilmer Hale |
| | Client | Apple/Intel |
| | Status | Closed |
| | Dates | 2017-18 |
| 38. | Matter | Apple |
| | Description | Patent validity |
| | Law Firm | Haynes Boone |
| | Client | Apple |
| | Status | Closed |
| | Dates | 2017 |
| 39. | Matter | British Telecom v Valve, Inc |
| | Description | Patent infringement |
| | Law Firm | Pillsbury/Barceló Harrison |
| | Client | Valve |
| | Status | Closed |
| | Dates | 2017 |
| 40. | Matter | R2 v Intel |
| | Description | Patent infringement |
| | Law Firm | Wilmer Hale |
| | Client | Intel |
| | Status | Closed |
| | Dates | 2017 |
| 41. | Matter | NXP v NFC Technology |
| | Description | Patent validity |
| | Law Firm | Finnegan |
| | Client | NFC Technology |
| | Status | Closed |
| | Dates | 2017 |
| 42. | Matter | Raytheon v Cray |
| | Description | Patent infringement |
| | Law Firm | Steptoe & Johnson |
| | Client | Raytheon |
| | Testimony | Depositions |
| | Status | Closed |
| | Dates | 2016-19 |
| 43. | Matter | CCE v AT&T |
| | Description | Patent infringement |
| | Law Firm | Paul Hastings |
| | Client | AT&T |
| | Status | Closed |
| | Dates | 2016-17 |

| | | |
|---|---|---|
| 44. | Matter | Intellectual Ventures v Ricoh Americas Corp |
| | Description | Patent infringement |
| | Law Firm | Orrick |
| | Client | Ricoh |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2016 |
| 45. | Matter | AVM v Intel |
| | Description | Patent Infringement |
| | Law Firm | Wilmer Hale |
| | Client | Intel |
| | Status | Closed |
| | Dates | 2015-18 |
| 46. | Matter | NFC Technology v Samsung Electronics Co. |
| | Description | Patent infringement |
| | Law Firm | Finnegan |
| | Client | NFC Technology |
| | Status | 2015-16 |
| | Dates | Closed |
| 47. | Matter | Xilinx v McCubbrey |
| | Description | Patent validity |
| | Law Firm | Haynes Boone |
| | Client | Xilinx |
| | Status | 2015 |
| | Dates | Closed |
| 48. | Matter | Verizon et al v Orlando Communications |
| | Description | Patent validity |
| | Law Firm | Keker Van Nest |
| | Client | T-Mobile |
| | Status | Closed |
| | Dates | 2015-16 |
| 49. | Matter | ATopTech v Synopsys |
| | Description | Patent validity |
| | Law Firm | Jones Day |
| | Client | Synopsys |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2014-15 |

| | | |
|---|---|---|
| 50. | Matter | Lenovo et al v Personal Audio |
| | Description | Patent Infringement |
| | Law Firm | White Case |
| | Client | Google |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2015 |
| 51. | Matter | Oracle America, Inc. v Terix et al |
| | Description | Copyright infringement |
| | Law Firm | GCA Law |
| | Client | Terix/Maintech |
| | Status | Closed |
| | Dates | 2015 |
| 52. | Matter | XimpleWare, Inc. v Versata et al |
| | Description | Source code copying |
| | Law Firm | Valorem Law |
| | Client | Versata |
| | Status | Closed |
| | Dates | 2014-15 |
| 53. | Matter | Newell et al. v Yapstone et al. |
| | Description | Contract dispute |
| | Law Firm | Valorem Law |
| | Client | Newell |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2014-2015 |
| 54. | Matter | Realtek v LSI Logic |
| | Description | Patent infringement |
| | Law Firm | Reed Smith |
| | Client | Realtek |
| | Testimony | Deposition/ITC hearing |
| | Status | Closed |
| | Dates | 2012-2014 |
| 55. | Matter | InterDigital v Samsung |
| | Description | Patent infringement |
| | Law Firm | Wilson Sonsini/Latham |
| | Client | InterDigital |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2013 |

| | | |
|---|---|---|
| 56. | Matter | InterDigital v Nokia |
| | Description | Patent infringement |
| | Law Firm | Wilson Sonsini/Latham |
| | Client | InterDigital |
| | Testimony | Deposition/ITC hearing |
| | Status | Closed |
| | Dates | 2013 |
| 57. | Matter | UnWired Planet v Apple |
| | Description | Patent infringement |
| | Law Firm | Gibson Dunn |
| | Client | Apple |
| | Testimony | Markman tutorial |
| | Status | Closed |
| | Dates | 2013-14 |
| 58. | Matter | HSM v. Fujitsu, et al. |
| | Description | Patent infringement |
| | Law Firm | Weil Gotshall |
| | Client | Micron |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2013-16 |
| 59. | Matter | Monster LLC |
| | Description | Patent validity |
| | Law Firm | Dechert |
| | Client | Monster LLC |
| | Status | Closed |
| | Dates | 2014 |
| 60. | Matter | SnapOn v Bosch |
| | Description | Patent infringement |
| | Law Firm | Grippo & Elden |
| | Client | SnapOn |
| | Status | Closed |
| | Dates | 2012-14 |
| 61. | Matter | Norman IP v Lexmark et al |
| | Description | Patent infringement |
| | Law Firm | Sherman & Sterling |
| | Client | MBZ |
| | Status | Closed |
| | Dates | 2013-14 |

| | | |
|---|---|---|
| 62. | Matter | Mortgage Grader v Costco |
| | Description | Patent infringement |
| | Law Firm | TechKnowledge Law Group |
| | Client | Mortgage Grader |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2104 |
| 63. | Matter | British Telecom v Google |
| | Description | Patent Infringement |
| | Law Firm | White Case |
| | Client | Google |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2102-14 |
| 64. | Matter | Skyhook v Google |
| | Description | Patent Infringement |
| | Law Firm | Steptoe and Johnson/Keker-Van Nest |
| | Client | Google |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2011-15 |
| 65. | Matter | AMCC v Sandforce, LSI Logic, et al |
| | Description | Patent infringement |
| | Law Firm | Gibson Dunn |
| | Client | AMCC |
| | Testimony | Deeposition |
| | Status | Closed |
| | Dates | 2013 |
| 66. | Matter | Dynetix v Synopsys |
| | Description | Patent infringement |
| | Law Firm | Orrick |
| | Client | Synopsys |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2012 |
| 67. | Matter | Interdigital v Huawei, ZTE, et al |
| | Description | Patent infringement |
| | Law Firm | Wilson Sonsini |
| | Client | Interdigital |
| | Testimony | Deposition; ITC hearing |
| | Status | Closed |
| | Dates | 2012-13 |

| | | |
|---|---|---|
| 68. | Matter | SST Corp. v. eSilicon Corp |
| | Description | Misappropriation of trade secrets/contract dispute |
| | Law Firm | Fenwick |
| | Client | eSilicon |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2012 |
| 69. | Matter | I-V vs Hynix |
| | Description | Patent Infringement |
| | Law Firm | Weil Gotshal |
| | Client | Intellectual Ventures |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2011-12 |
| 70. | Matter | Samsung v Apple |
| | Description | Patent infringement |
| | Law Firm | Wilmer Hale |
| | Client | Apple |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2012 |
| 71. | Matter | Brown v TPL |
| | Description | Misappropriation of trade secrets |
| | Law Firm | GCA Law |
| | Client | Brown |
| | Testimony | Deposition and trial |
| | Status | Closed |
| | Dates | 2011-12 |
| 72. | Matter | Richtek v. uPI |
| | Description | Miasappropriation of trade secrets |
| | Law Firm | Alston Bird |
| | Client | Richtek |
| | Testimony | Deposition and ITC hearing |
| | Status | Closed |
| | Dates | 2011 |
| 73. | Matter | Freescale v. ChipMos |
| | Description | Patent/contract |
| | Law Firm | Jones Day |
| | Client | Freescale |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2011 |

| | | |
|---|---|---|
| 74. | Matter | Rambus v Freescale, et al |
| | Description | Patent infringement |
| | Law Firm | K&L Gates |
| | Client | ST Microelectronics |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2011 |
| 75. | Matter | Nuance v Vlingo |
| | Description | Patent infringement |
| | Law Firm | Irell Manella |
| | Client | Nuance |
| | Testimony | Deposition and trial |
| | Status | Closed |
| | Dates | 2011 |
| 76. | Matter | Panasonic v Freescale |
| | Description | Patent infringement |
| | Law Firm | White Case |
| | Client | Panasonic |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2010 |
| 77. | Matter | Volterra v Primarion |
| | Description | Patent Infringement |
| | Law Firm | Farella Braun |
| | Client | Volterra |
| | Testimony | Deposition and Trial |
| | Status | Closed |
| | Dates | 2010 |
| 78. | Matter | Scratch DJ LLC v Activision Publishing |
| | Description | Misappropriation of trade secrets; source code copying |
| | Law Firm | Duffy Sweeney |
| | Client | Scratch DJ |
| | Status | Closed |
| | Dates | 2010 |
| 79. | Matter | 2kDirect v. Azoogle Ads |
| | Description | Contract dispute |
| | Law Firm | Cotchett, Pitre & McCarthy |
| | Client | 2kDirect |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2010 |

| | | |
|---|---|---|
| 80. | Matter | Red Bend Software v Google |
| | Description | Patent Infringement |
| | Law Firm | Bingham McCutchen |
| | Client | Google |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2009 |
| 81. | Matter | On Semi v Hynix, Elpida, and Nanya |
| | Description | Patent Infringement |
| | Law Firm | Perkins Coie |
| | Client | On Semic |
| | Status | Closed |
| | Dates | 2009-10 |
| 82. | Matter | LSI Logic/Agere vs Xilinx, Inc |
| | Description | Patent Infringement |
| | Law Firm | Jones Day |
| | Client | Xilinx |
| | Status | Closed |
| | Dates | 2009-10 |
| 83. | Matter | Data Treasury v Wells Fargo, et al |
| | Description | Patent Infringement |
| | Law Firm | Andrews Kurth |
| | Client | Bancorp South (defendant) |
| | Status | Closed |
| | Dates | 2009 |
| 84. | Matter | Toshiba Medical v. Stubitsch |
| | Description | Misappropriation of trade secrets |
| | Law Firm | Ford Marrin Esposito |
| | Client | Ford Marrin Esposito |
| | Status | Closed |
| | Dates | 2009 |
| 85. | Matter | Spansion v Samsung |
| | Description | Patent Infringement |
| | Law Firm | King & Spalding |
| | Client | Spansion |
| | Status | Closed |
| | Dates | 2009 |
| 86. | Matter | Ricoh v Synopsys |
| | Description | Patent Infringement |
| | Law Firm | Wilson Sonsini |
| | Client | Synopsys |
| | Status | Closed |
| | Dates | 2008-09 |

| | | |
|---|---|---|
| 87. | Matter | On Semiconductor v Samsung |
| | Description | Patent infringement |
| | Law Firm | Jones Day |
| | Client | On Semiconductor |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2007-2008 |
| 88. | Matter | Web.com v Go Daddy |
| | Description | Patent infringement |
| | Law Firm | Wilson Sonsini |
| | Client | Go Daddy |
| | Testimony | Markman tutorial |
| | Status | Closed |
| | Dates | 2008 |
| 89. | Matter | Sandisk v various Flash memory manufacturers |
| | Description | Patent infringement |
| | Law Firm | Wilson Sonsini |
| | Client | Sandisk |
| | Status | Closed |
| | Dates | 2008 |
| 90. | Matter | Variphy, Inc. et al, v Clarus Systems, Inc. |
| | Description | Misappropriation of trade secrets; source code copying |
| | Law Firm | Bergeson, LLP |
| | Client | Clarus |
| | Status | Closed |
| | Dates | 2--7 |
| 91. | Matter | HP v Acer |
| | Description | Patent infringement |
| | Law Firm | Dechert |
| | Client | Acer |
| | Status | Closed |
| | Dates | 2007 |
| 92. | Matter | BHE Group v MTS Products |
| | Description | Contract dispute |
| | Law Firm | Miller Barondess |
| | Client | BHE Group |
| | Testimony | Deposition and trial |
| | Status | Closed |
| | Dates | 2007 |

| | | |
|---|---|---|
| 93. | Matter | Shareholders v Magma |
| | Description | Provided technical consulting service to plaintiff's counsel to explain the scope and nature of the Defendants acts. |
| | Law Firm | Millberg Weiss |
| | Client | Shareholders |
| | Status | Closed |
| | Dates | 2007 |
| 94. | Matter | Panpacifics v Tradebeam |
| | Description | Independent expert to assist the arbitration panel with technology issues |
| | Law Firm | -- |
| | Client | -- |
| | Status | Closed |
| | Dates | 2007 |
| 95. | Matter | Shore Venture Group v Authentidate |
| | Description | Source code analysis |
| | Law Firm | Buchanan Ingersol |
| | Client | Shore Venture Group |
| | Status | Closed |
| | Dates | 2007 |
| 96. | Matter | Silvaco vs BindKey, et al |
| | Description | Misappropriation of trade secrets; source code copying |
| | Law Firm | Dechert |
| | Client | Silvaco |
| | Status | Closed |
| | Dates | 2006 |
| 97. | Matter | Matsushita v. MediaTek |
| | Description | Patent infringement |
| | Law Firm | McDermott Will & Emery |
| | Client | Matsushita |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2006-2007 |
| 98. | Matter | ST vs SanDisk |
| | Description | Patent infringement |
| | Law Firm | Jones Day |
| | Client | SanDisk |
| | Status | Closed |
| | Dates | 2006 |

| | | |
|---|---|---|
| 99. | Matter | Benedict v Mediatrac |
| | Description | Expert testimony regarding standard level of care relating to IT practices. |
| | Law Firm | Greenan, Peffer |
| | Client | Mediatrac |
| | Testimony | Deposition and trial |
| | Status | Closed |
| | Dates | 2006 |
| 100. | Matter | Microsoft vs BWT Industry Technology |
| | Description | Provided expert opinion regarding alleged pirating of Microsoft products. |
| | Law Firm | Gordon Rees |
| | Client | BWT Industry Technology |
| | Status | Closed |
| | Dates | 2006 |
| 101. | Matter | iSmart International v I-Docsecure |
| | Description | Contract dispute regarding software source code |
| | Law Firm | Paul Hastings |
| | Client | I-Docsecure |
| | Status | Closed |
| | Dates | 2006 |
| 102. | Matter | Apple Resellers et al v. Apple Computer |
| | Description | Served as Technology Neutral |
| | Law Firm | -- |
| | Client | -- |
| | Status | Closed |
| | Dates | 2006 |
| 103. | Matter | Matsushita v. MediaTek |
| | Description | Patent infringement |
| | Law Firm | Dewey Ballantine |
| | Client | Matsushita |
| | Testimony | Markman Tutorial and Deposition |
| | Status | Closed |
| | Dates | 2006 |
| 104. | Matter | LiveOps v. Teleo |
| | Description | Misappropriation of trade secrets; source code copyright infringement |
| | Law Firm | Gordon Rees |
| | Client | LiveOps |
| | Status | Closed |
| | Dates | 2006 |

| | | |
|---|---|---|
| 105. | Matter | FIS v. CalAmp |
| | Description | Misappropriation of trade secrets |
| | Law Firm | Gordon Rees |
| | Client | CalAmp |
| | Status | Closed |
| | Dates | 2006 |
| 106. | Matter | Experian v. I-Centrix |
| | Description | Source code copying; copyright infringement; and misappropriation of trade secrets |
| | Law Firm | Jones Day |
| | Client | Experian |
| | Status | Closed |
| | Dates | 2005-06 |
| 107. | Matter | Experian v. I-Centrix |
| | Description | Source code copying; copyright infringement; and misappropriation of trade secrets |
| | Law Firm | Jones Day |
| | Client | Experian |
| | Status | Closed |
| | Dates | 2005-06 |
| 108. | Matter | Keywords vs ISE |
| | Description | Source code copying and copyright infringement |
| | Law Firm | ISE |
| | Client | Dechert |
| | Status | Closed |
| | Dates | 2005 |
| 109. | Matter | Synopsys vs Magma |
| | Description | Misappropriation of trade secrets and patent infringement |
| | Law Firm | Dechert/Wilson Sonsini |
| | Client | Synopsys |
| | Status | Closed |
| | Dates | 2005 |
| 110. | Matter | Berry vs Fleming, et al. |
| | Description | Source code copyright/misappropriation of trade secrets |
| | Law Firm | Kirkland |
| | Client | Flemming and other Defendants |
| | Status | Closed |
| | Dates | 2005 |

| | | |
|---|---|---|
| 111. | Matter | Siliconix vs AATI |
| | Description | Patent infringement |
| | Law Firm | Dechert LLP |
| | Client | AATI |
| | Status | Settled |
| | Dates | 2004-05 |
| 112. | Matter | Tera Systems vs InTime Software |
| | Description | Patent infringement |
| | Law Firm | McDermott |
| | Client | InTime Software |
| | Status | Closed |
| | Dates | 2004 |
| 113. | Matter | HCL vs eKomas |
| | Description | Literal source code copying |
| | Law Firm | Dechert |
| | Client | HCL |
| | Status | Closed |
| | Dates | 2003-2004 |
| 114. | Matter | Aprés v Ho |
| | Description | Misappropriation of trade secrets |
| | Law Firm | Law offices of Al Reynaldo |
| | Client | Aprés |
| | Testimony | Trial |
| | Status | Closed |
| | Dates | 2003 |
| 115. | Matter | Synopsys vs Nassda |
| | Description | Patent infringement; misappropriation of software trade secrets |
| | Law Firm | Dechert LLP |
| | Client | Synopsys |
| | Testimony | Deposition |
| | Status | Closed |
| | Dates | 2001-04 |
| 116. | Matter | IRS v Taxpayer |
| | Description | Analysis for tax purposes of software valuation and associated royalty streams. |
| | Law Firm | FTI Teklicon |
| | Client | IRS |
| | Status | Closed |
| | Dates | 2001-2002 |

| | | |
|---|---|---|
| 117. | Matter | Silvaco v CSI |
| | Description | Misappropriation of software trade secrets |
| | Law Firm | Dechert, LLP |
| | Client | Silvaco |
| | Testimony | Depositions, Arbitration, Trial |
| | Status | Closed |
| | Dates | 2001-03 |
| 118. | Matter | Sequence Design vs various defendants |
| | Description | Patent infringement – pre-litigation investigation |
| | Law Firm | Thelen Reid |
| | Client | Sequence Design |
| | Status | Closed |
| | Dates | 2000-02 |

# Martin G. Walker, PhD
## Consultant Curriculum Vitae

## Employment History

| | | |
|---|---|---|
| From: | 2001 | **Brass Rat Group, Inc.** |
| To: | Current | Woodside, CA |
| | Position: | *CEO*<br>Brass Rat Group is a successful Silicon Valley based consulting organization specializing in litigation consulting and business consulting related to hardware and software design. |
| From: | 2000 | **Knowledge Networks** |
| To: | 2001 | Menlo Park, CA |
| | Position: | *Chief Technology Officer*<br>Knowledge Networks is a pre-IPO market research company that is leveraging internet technology to revolutionize the market research industry. KN recruited a panel of over 50,000 consumers to be interviewed on a variety of topics weekly. Dr. Walker managed KN's engineering group, which designed and created automated systems to create surveys, conduct interviews, process data, and manage the panel. He also managed the IT group which was responsible for high-availability web-based systems for fielding the interviews as well as the internal systems required to analyze the data and produce real-time reports. |
| From: | 1995 | **Sequence Design (Formerly Frequency Technology)** |
| To: | 2000 | |
| | Position: | *Founder, Founding CEO, Director & CTO*<br>Sequence Design, formerly Frequency Technology, is the leader in the EDA segment called Design Closure. Sequence's products and services, consisting of pre- and post-layout optimization based on accurate layout extraction, enable designers to bring higher performance, lower-power integrated circuits quickly to tape out. Dr. Walker:<br>• Developed business plan and raised over $9MM in financing;<br>• Hired staff and led development, including defining technical product definition; Personally developed many of the basic algorithms, which resulted in five issued patents;<br>• Led initial marketing efforts;<br>• Wrote numerous technical articles advancing the company's technical position;<br>• Served as chief technical spokesman for the company. |

From: 1990 **Symmetry Design Systems**
To: 1995 Los Altos, CA
Position: *Founder, Director & Executive Vice President*

Symmetry, a self-funding enterprise, was a service and product business specializing in the analog simulation EDA market. Products included simulation-model libraries, modeling tools, and special-purpose analog simulators. Dr Walker was responsible for a joint venture in Beijing China, where new products were developed. Symmetry was acquired by Analogy, Inc.

- Initiated Japanese and European marketing activities.
- Developed conceptual framework and user-interface model for the Sun OpenLook-based product.
- Served as technical spokesman in customer and industry forums.
- Conducted sales training in the US, Asia, and Europe.

From: 1983 **Analog Design Tools**
To: 1990 Sunnyvale, CA
Position: *Founder, Director, Founding CEO & Chief Scientist*

ADT's first product, the Analog WorkBench, pioneered the market for Analog CAE workstations, including such fundamental concepts as multiple window CAE systems, and simulated test instruments as a paradigm for CAE user interface. ADT, which had grown to $16MM in annual sales and 150 employees, was acquired by Cadence.

- Formulated original business plan and presented concept to venture investors. Raised initial venture financing. Led fund-raising activities through the series C round.
- Served as President during formative stage. Director and Chief Scientist (CTO) from the founding through acquisition. Set the product direction. Drove the technology development.
- Formulated ADT's initial marketing strategy. The international distribution strategy focused primarily on Japan.
- Developed the Japanese market for ADT's products. Responsible for establishing and maintaining our distributor relationship, negotiating contracts, supporting customers, and building sales that amounted to 20% of the installed base.

From: 1980 **COMSAT**
To: 1983 Palo Alto, CA
Position: *Director, Microwave Systems*

Managed a Navy sponsored program to develop high productivity techniques for manufacturing of microwave components. Developed amicrowave circuit-synthesis product.

From: 1973 **Watkins-Johnson**
To: 1980 Palo Alto, CA
Position: *Member of the Technical Staff*
Developed GaAsMESFET-based microwave amplifiers, components,and tuners. Designed and produced the world's first GaAsMESFET amplifiers to be delivered in production quantities.

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 6,643,831 | 2003 | Method and system for extraction of parasitic interconnect impedance including inductance |
| 6,381,730 | 2002 | Method and system for extraction of parasitic interconnect impedance including inductance |
| 5,901,063 | 1999 | System and method for extracting parasitic impedance from an integrated circuit layout |

## Education

| Year | College/University | Degree |
|---|---|---|
| 1987 | AEA/Stanford Executive Institute | Completed w/distinction |
| 1979 | Stanford University, Stanford, CA | Ph.D., Electrical Engineering |
| 1976 | Stanford University, Stanford, CA | MS, Electrical Engineering |
| 1973 | Massachusetts Institute of Technology, Boston, MA | BS, Electrical Engineering |

## Publications

Over fifty articles in the fields circuit design and design automation, including technical papers in peer-reviewed journals, an invited article in the IEEE Spectrum, and various conference proceedings. I have organized seminars, which were designed to enhance the technical credibility of my companies, and written numerous opinion pieces published in journals such as EETimes that served to establish and promote our corporate position. Some more recent publications are listed below.

Martin G. Walker, Modeling the Wiring of Deep Submicron ICs, IEEE Spectrum Vol 37,No. 3, March 01, 2000 at pp. 65-71.

Martin G. Walker, Keh-Jeng (KJ) Chang, Christopher J. Bianchi, SIPP's Why Do We Needa New Standard for Interconnect Process Parameters? VLSI: Systems on a Chip, Kluwer Academic Publishers, December, 1999.

Martin Walker, Timing Errors Haunt Interconnects, Electronic Engineering Times No. 1021, August 17, 1998.

Martin Walker, Interconnect Analysis Must Move to 3-D, Electronic Engineering Times No. 980, November 10, 1997.

Martin G. Walker, The Guardband Crisis, Electronic Engineering Times No. 929 November 25, 1996 at p. 43.

In addition to the foregoing, I also submitted opinion pieces to Integrated Systems Design (May 1997), Electronic Business (April 1998), and EE Times (June, July, and September 1998).

## Professional Associations and Achievements

- 1999 Fortune Magazine "Cool Company" for Frequency Technology.
- 1984 Electronic Products New Product of the Year award for the Analog Workbench
- 1976 IEEE Microwave Applications award recognizing contributions to the design ofGaAsFET amplifiers