# EXHIBIT A

REDACTED

US007777557B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.: US 7,777,557 B2**
(45) **Date of Patent: Aug. 17, 2010**

(54) **BOOSTER CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 147 days.

(21) Appl. No.: **12/015,882**

(22) Filed: **Jan. 17, 2008**

(65) **Prior Publication Data**

US 2008/0169864 A1 Jul. 17, 2008

(30) **Foreign Application Priority Data**

Jan. 17, 2007 (JP) ............................ 2007-007694
Nov. 28, 2007 (JP) ............................ 2007-307064

(51) **Int. Cl.**
***G05F 1/10*** (2006.01)

(52) **U.S. Cl.** ..................................................... **327/536**

(58) **Field of Classification Search** ................ 327/535, 327/536, 537
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,100,557 A 8/2000 Hung et al.
6,121,821 A 9/2000 Miki
6,501,325 B1 * 12/2002 Meng ........................ 327/536
6,734,717 B2 5/2004 Min
6,878,981 B2 4/2005 Eshel
6,888,400 B2 5/2005 Lin et al.
6,952,129 B2 10/2005 Lin et al.
7,102,422 B1 9/2006 Sawada et al.
7,123,077 B2 10/2006 Chiu et al.
7,317,347 B2 * 1/2008 Mensi et al. ................ 327/536
7,532,062 B2 * 5/2009 Namekawa et al. ......... 327/536
2007/0096796 A1 5/2007 Firmansyah et al.

* cited by examiner

*Primary Examiner*—Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm*—McDermott Will & Emery LLP

(57) **ABSTRACT**

A boosting circuit comprises a first boosting cell row and a second boosting cell row. The boosting circuit further comprises an analog comparison circuit for comparing the potential of boosting cells on the same stage, and selecting and outputting the lower or higher of the potentials. The potential of an N well is controlled using the output potential of the analog comparison circuit. Thereby, the amplitude of an N well potential can be suppressed, and a single N well region can be shared.

**15 Claims, 21 Drawing Sheets**



US007920018B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.: US 7,920,018 B2**
(45) **Date of Patent: Apr. 5, 2011**

(54) **BOOSTER CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/836,122**

(22) Filed: **Jul. 14, 2010**

(65) **Prior Publication Data**

US 2010/0277228 A1 Nov. 4, 2010

**Related U.S. Application Data**

(62) Division of application No. 12/015,882, filed on Jan. 17, 2008, now Pat. No. 7,777,557.

(30) **Foreign Application Priority Data**

Jan. 17, 2007 (JP) ................................ 2007-007694
Nov. 28, 2007 (JP) ................................ 2007-307064

(51) **Int. Cl.**
***G05F 1/10*** (2006.01)

(52) **U.S. Cl.** ........................................................ **327/536**

(58) **Field of Classification Search** .................. 327/535, 327/536, 537

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,100,557 | A | 8/2000 | Hung et al. |
| 6,121,821 | A | 9/2000 | Miki |
| 6,501,325 | B1 | 12/2002 | Meng |
| 6,734,717 | B2 | 5/2004 | Min |
| 6,878,981 | B2 | 4/2005 | Eshel |
| 6,888,400 | B2 | 5/2005 | Lin et al. |
| 6,952,129 | B2 | 10/2005 | Lin et al. |
| 7,102,422 | B1 | 9/2006 | Sawada et al. |
| 7,123,077 | B2 | 10/2006 | Chiu et al. |
| 7,317,347 | B2 | 1/2008 | Mesi et al. |
| 7,532,062 | B2 | 5/2009 | Namekawa et al. |
| 2007/0096796 | A1 | 5/2007 | Firmansyah et al. |

*Primary Examiner* — Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

A boosting circuit comprises a first boosting cell row and a second boosting cell row. The boosting circuit further comprises an analog comparison circuit for comparing the potential of boosting cells on the same stage, and selecting and outputting the lower or higher of the potentials. The potential of an N well is controlled using the output potential of the analog comparison circuit. Thereby, the amplitude of an N well potential can be suppressed, and a single N well region can be shared.

**12 Claims, 21 Drawing Sheets**

