# EXHIBIT C

# FILED UNDER SEAL