# EXHIBIT E

# FILED UNDER SEAL