# EXHIBIT G

[redacted]

Exit viewer | Documents | SKH_00116233 | 5 /6

Documents

No Native | Image

70%

US007920018B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.:** **US 7,920,018 B2**
(45) **Date of Patent:** **Apr. 5, 2011**

(54) **BOOSTER CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/836,122**

(22) Filed: **Jul. 14, 2010**

(65) **Prior Publication Data**

US 2010/0277228 A1 Nov. 4, 2010

**Related U.S. Application Data**

(62) Division of application No. 12/015,882, filed on Jan. 17, 2008, now Pat. No. 7,777,557.

(30) **Foreign Application Priority Data**

Jan. 17, 2007 (JP) .................... 2007-007694
Nov. 28, 2007 (JP) .................... 2007-307064

(51) **Int. Cl.**
*G05F 1/10* (2006.01)

(52) **U.S. Cl.** .................... **327/536**

(58) **Field of Classification Search** .................... 327/535, 327/536, 537

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,100,557 | A | 8/2000 | Hung et al. |
| 6,121,821 | A | 9/2000 | Miki |
| 6,501,325 | B1 | 12/2002 | Meng |
| 6,734,717 | B2 | 5/2004 | Min |
| 6,878,981 | B2 | 4/2005 | Eshel |
| 6,888,400 | B2 | 5/2005 | Lin et al. |
| 6,952,129 | B2 | 10/2005 | Lin et al. |
| 7,102,422 | B1 | 9/2006 | Sawada et al. |
| 7,123,077 | B2 | 10/2006 | Chiu et al. |
| 7,317,347 | B2 | 1/2008 | Mesi et al. |
| 7,532,062 | B2 | 5/2009 | Namekawa et al. |
| 2007/0096796 | A1 | 5/2007 | Firmansyah et al. |

*Primary Examiner* — Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

A boosting circuit comprises a first boosting cell row and a second boosting cell row. The boosting circuit further comprises an analog comparison circuit for comparing the potential of boosting cells on the same stage, and selecting and outputting the lower or higher of the potentials. The potential of an N well is controlled using the output potential of the analog comparison circuit. Thereby, the amplitude of an N well potential can be suppressed, and a single N well region can be shared.

**12 Claims, 21 Drawing Sheets**




Primary | 1 /29 | Translate

**Coding Layout**

Edit | Metadata

General Document Information | Prod Info

| | | | |
|---|---|---|---|
| **Prod Date** | 3/2/2026 | | |
| **Prod Volume** | | | |
| **Prod BegDoc** | SKH_00116233 | **Prod EndDoc** | SI |
| **Prod BegAttach** | SKH_00116233 | **Prod EndAttach** | SI |
| **Prod Redacted** | | | |
| **Prod Confidentiality** | | | |
| | | **Page Count** | 2( |
| **Custodian** | Hyunchul CHO | | |
| **Doc Subject** | 1498407136942957390-07920018 | | |
| **Doc Date Created** | 6/25/2017 | | |
| **Doc Date Modified** | | | |
| **File Size** | 1745223.00 | | |
| **Doc Extension** | pdf | | |
| **File Type** | Portable Document Format | | |

Email Metadata

Document Metadata

Family | Document History

Exit viewer | Documents | SKH_00116196 | 3 /6

Documents

No Native | Image | Extracted Text | No Production

70%

US007969231B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.: US 7,969,231 B2**
(45) **Date of Patent: Jun. 28, 2011**

(54) **INTERNAL VOLTAGE GENERATING CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 22 days.

(21) Appl. No.: **12/497,090**

(22) Filed: **Jul. 2, 2009**

(65) **Prior Publication Data**

US 2010/0007408 A1 Jan. 14, 2010

(30) **Foreign Application Priority Data**

Jul. 9, 2008 (JP) .......................... 2008-179566

(51) **Int. Cl.**
*G05F 1/10* (2006.01)

(52) **U.S. Cl.** .......................... **327/536**

(58) **Field of Classification Search** .............. 327/535, 327/536, 537

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,940,284 A | 8/1999 | Troutman | | |
| 5,999,475 A | 12/1999 | Futatsuya et al. | | |
| 6,249,445 B1 | 6/2001 | Sugasawa | | |
| 6,278,317 B1 * | 8/2001 | Hsu et al. | 327/536 |
| 6,980,045 B1 * | 12/2005 | Liu | 327/536 |
| 7,579,902 B2 * | 8/2009 | Frulio et al. | 327/536 |
| 7,592,856 B2 * | 9/2009 | Ito et al. | 327/536 |
| 7,605,639 B2 * | 10/2009 | Gou | 327/536 |
| 7,782,120 B2 * | 8/2010 | Kim et al. | 327/535 |
| 2004/0095806 A1 | 5/2004 | Ozawa et al. | |
| 2007/0222498 A1 | 9/2007 | Choy et al. | |

* cited by examiner

*Primary Examiner* — Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm* — McDermott Will & Emery LLP

(57) **ABSTRACT**

An output terminal of a first boost circuit is connected to a second boost circuit. After the second boost circuit is started up, a boost clock frequency of the second boost circuit is reduced. A time required to start up the second boost circuit is reduced, and in addition, a current supply capability of the first boost circuit is increased after the second boost circuit is started up. When the second boost circuit is driven, output voltages of the first and second boost circuits are stably supplied without instantaneously changing the output voltage of the first boost circuit.

**8 Claims, 8 Drawing Sheets**




Primary | 1 /14 | Translate

Coding Layout

Edit | Metadata

General Document Information | Prod Info

| | | | |
|---|---|---|---|
| Prod Date | 3/2/2026 | | |
| Prod Volume | | | |
| Prod BegDoc | SKH_00116196 | Prod EndDoc | SI |
| Prod BegAttach | SKH_00116196 | Prod EndAttach | SI |
| Prod Redacted | | | |
| Prod Confidentiality | | | |
| | | Page Count | 1 |
| Custodian | Hyunchul CHO | | |
| Doc Subject | 14984068335576965-07969231 | | |
| Doc Date Created | 6/25/2017 | | |
| Doc Date Modified | | | |
| File Size | 1062804.00 | | |
| Doc Extension | pdf | | |
| File Type | Portable Document Format | | |

> Email Metadata

> Document Metadata

Family | Document History

Exit viewer | Documents | SKH_00116151 | 1 /6

Documents

No Native | Image | Extracted Text | No Production

70%

US007777557B2

(12) **United States Patent**
**Yamahira**

(10) **Patent No.: US 7,777,557 B2**
(45) **Date of Patent: Aug. 17, 2010**

(54) **BOOSTER CIRCUIT**

(75) Inventor: **Seiji Yamahira**, Kyoto (JP)

(73) Assignee: **Panasonic Corporation**, Osaka (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 147 days.

(21) Appl. No.: **12/015,882**

(22) Filed: **Jan. 17, 2008**

(65) **Prior Publication Data**

US 2008/0169864 A1 Jul. 17, 2008

(30) **Foreign Application Priority Data**

Jan. 17, 2007 (JP) .................. 2007-007694
Nov. 28, 2007 (JP) .................. 2007-307064

(51) **Int. Cl.**
*G05F 1/10* (2006.01)

(52) **U.S. Cl.** .................. **327/536**

(58) **Field of Classification Search** .................. 327/535, 327/536, 537
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,100,557 A 8/2000 Hung et al.
6,121,821 A 9/2000 Miki
6,501,325 B1 * 12/2002 Meng .................. 327/536
6,734,717 B2 5/2004 Min
6,878,981 B2 4/2005 Eshel
6,888,400 B2 5/2005 Lin et al.
6,952,129 B2 10/2005 Lin et al.
7,102,422 B1 9/2006 Sawada et al.
7,123,077 B2 10/2006 Chiu et al.
7,317,347 B2 * 1/2008 Mensi et al. .................. 327/536
7,532,062 B2 * 5/2009 Namekawa et al. .................. 327/536
2007/0096796 A1 5/2007 Firmansyah et al.

* cited by examiner

*Primary Examiner*—Jeffrey S Zweizig
(74) *Attorney, Agent, or Firm*—McDermott Will & Emery LLP

(57) **ABSTRACT**

A boosting circuit comprises a first boosting cell row and a second boosting cell row. The boosting circuit further comprises an analog comparison circuit for comparing the potential of boosting cells on the same stage, and selecting and outputting the lower or higher of the potentials. The potential of an N well is controlled using the output potential of the analog comparison circuit. Thereby, the amplitude of an N well potential can be suppressed, and a single N well region can be shared.

**15 Claims, 21 Drawing Sheets**




Primary | 1 /29 | Translate

## Coding Layout

Edit | Metadata

General Document Information | Prod Info

| | |
|---|---|
| Prod Date | 3/2/2026 |
| Prod Volume | |
| Prod BegDoc | SKH_00116151 |
| Prod EndDoc | SI |
| Prod BegAttach | SKH_00116151 |
| Prod EndAttach | SI |
| Prod Redacted | |
| Prod Confidentiality | |
| Page Count | 2! |
| Custodian | Hyunchul CHO |
| Doc Subject | 1499664018843137788-07777557 |
| Doc Date Created | 7/10/2017 |
| Doc Date Modified | |
| File Size | 1742286.00 |
| Doc Extension | pdf |
| File Type | Portable Document Format |

> Email Metadata

> Document Metadata

Family | Document History