# EXHIBIT H

[redacted]

# 1Gb NAND FLASH

## HY27UF081G2A
## HY27UF161G2A

This document is a general product description and is subject to change without notice. Hynix does not assume any responsibility for use of circuits described. No patent licenses are implied.



[redacted]

## MARKING INFORMATION - FBGA

| Packag | Marking Example |
|---|---|
| FBGA | hynix K O R<br>H Y 2 7 U F 0 8 1 G 2 A<br>x x x x Y W W x x |

| | |
|---|---|
| - **hynix** | : Hynix Symbol |
| - **KOR** | : Origin Country |
| - **HY27UF081G2A xxxx** | : Part Number |
| **HY:** Hynix | |
| **27:** NAND Flash | |
| **U:** Power Supply | : U(2.7V~3.6V) |
| **F:** Classification | : Single Level Cell+Single Die+Large Block |
| **08:** Bit Organization | : 08(x8) |
| **1G:** Density | : 1Gbit |
| **2:** Mode | : 1nCE & 1R/nB; Sequential Row Read Disable |
| **A:** Version | : 2nd Generation |
| **x:** Package Type | : F(63FBGA) |
| **x:** Package Material | : Blank(Normal), P(Lead Free) |
| **x:** Operating Temperature | : C(0℃~70℃), I(-40℃~85℃) |
| **x:** Bad Block | : B(Included Bad Block), S(1~5 Bad Block), P(All Good Block) |

- **Y:** Year (ex: 5=year 2005, 06= year 2006)
- **ww:** Work Week (ex: 12= work week 12)
- **xx:** Process Code

**Note**

| | |
|---|---|
| - **Capital Letter** | : Fixed Item |
| - **Small Letter** | : Non-fixed Item |



[redacted] SKH_00012445