# EXHIBIT I

[redacted]

## MARKING INFORMATION - TSOP1 / USOP1

| Package | Marking Example |
|---|---|
| TSOP1 / USOP1 | hynix K O R<br>H Y 2 7 x S x x 2 8 x A<br>x x x x Y W W x x |

- **hynix** : Hynix Symbol
- **KOR** : Origin Country

- **HY27xSxx28xA xxxx** : Part Number
  - **HY:** Hynix
  - **27:** NAND Flash
  - **x:** Power Supply : U(2.7V~3.6V)
  - **S:** Classification : Single Level Cell+Double Die+Small Block
  - **xx:** Bit Organization : 08(x8), 16(x16)
  - **28:** Density : 128 Mbit
  - **x:** Mode : 1(1nCE & 1R/nB; Sequential Row Read Enable)
    2(1nCE & 1R/nB; Sequential Row Read Disable)
  - **A:** Version : 2nd Generation

  - **x:** Package Type : T(48-TSOP1), S(48-USOP1)
  - **x:** Package Material : Blank(Normal), P(Lead Free)
  - **x:** Operating Temperature : C(0℃~70℃), E(-25℃~85℃)
    M(-30℃~85℃), I(-40℃~85℃)
  - **x:** Bad Block : B(Included Bad Block), S(1~5 Bad Block), P(All Good Block)
- **Y:** Year (ex: 5=year 2005, 06= year 2006)
- **ww:** Work Week (ex: 12= work week 12)
- **xx:** Process Code

**Note**

- **Capital Letter** : Fixed Item
- **Small Letter** : Non-fixed Item



[redacted] SKH_00012791