# EXHIBIT J

[redacted]

## MARKING INFORMATION - TSOP1

| Packag | Marking Example |
|---|---|
| TSOP1 | hynix K O R<br>H Y 2 7 x H x x A G x M<br>x x x x Y W W x x |

| | |
|---|---|
| **- hynix** | : Hynix Symbol |
| **- KOR** | : Origin Country |
| **- HY27xHxxAG2M xxxx** | : Part Number |
| **HY:** HYNIX | |
| **27:** NAND Flash | |
| **x:** Power Supply | : U(2.7V~3.6V) |
| **H:** Classification | : Single Level Cell+Quadruple Die+Large Block |
| **xx:** Bit Organization | : 08(x8) |
| **AG:** Density | : 16Gbit |
| **x:** Mode | : 5(2nCE & 2R/nB; Sequential Row Read Disable) |
| | : D(Dual interface; Sequential Row Read Disable) |
| **M:** Version | : 1st Generation |
| **x:** Package Type | : T(48-TSOP1), M(52-TLGA) |
| **x:** Package Material | : Blank(Normal), P(Lead Free) |
| **x:** Operating Temperature | : C(0℃~70℃), E(-25℃~85℃)<br>M(-30℃~85℃), I(-40℃~85℃) |
| **x:** Bad Block | : B(Included Bad Block), S(1~5 Bad Block),<br>P(All Good Block) |
| **- Y:** Year (ex: 5=year 2005, 06= year 2006) | |
| **- ww:** Work Week (ex: 12= work week 12) | |
| **- xx:** Process Code | |
| **Note** | |
| **- Capital Letter** | : Fixed Item |
| **- Small Letter** | : Non-fixed Item |



[redacted] SKH_00012684