# EXHIBIT N

# FILED UNDER SEAL