# EXHIBIT O

# FILED UNDER SEAL