# EXHIBIT P

# FILED UNDER SEAL