# EXHIBIT R

# FILED UNDER SEAL