**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX, INC.,<br><br>Defendant. | Civil Action No.: 2:24-cv-01078-JRG-RSP |

**ORDER**

Before the Court is Defendant SK hynix Inc.'s Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 7,777,557 and 7,920,018. Having considered the Motion and Plaintiff's Opposition, the Court finds that the Motion should be and hereby is **DENIED**.