**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:24-cv-01078-JRG-RSP |
| v. | § | |
| SK HYNIX INC., | § § | |
| *Defendant*. | § | |

## <u>ORDER</u>

Defendant previously filed a Motion to Dismiss (Dkt. No. 41) and a Motion to Transfer. (Dkt. No. 42.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 114), recommending granting in part Defendant's Motion to Dismiss, and denial of Defendant's Motion to Transfer. Defendant has now filed Objections. (Dkt. No. 121.) Plaintiff did not file a response.

After conducting a *de novo* review of the briefing on the Motion to Dismiss and Transfer, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and **ORDERS** that Defendant's Motion to Dismiss should be **GRANTED** as to pre-suit willfulness and indirect infringement of the '888 and '835 patents; the Motion is otherwise **DENIED**. The Court **ORDERS** that Defendant's Motion to Transfer should be **DENIED**.

So ORDERED and SIGNED this 30th day of March, 2026.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE