**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>  vs.<br><br>SK HYNIX INC.,<br><br>   Defendant. | Case No. 2:24-cv-01078-JRG-RSP |

**JOINT MOTION TO AMEND SECOND AMENDED DOCKET CONTROL ORDER**
**AND EXTEND CERTAIN DEADLINES**

Plaintiff Advanced Memory Technologies, LLC ("Plaintiff" or "AMT") and Defendant SK hynix Inc. ("SK hynix" or "Defendant"), collectively (the "Parties"), jointly and respectfully file this Joint Motion to amend the Second Amended Docket Control Order (Dkt. 27) as follows:

The Parties request a modest extension to amend the deadlines to allow for completion of fact discovery, including depositions, and to modify other subsequent deadlines as follows:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| October 5, 2026 | October 5, 2026 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| 7 days before Jury Selection | 7 days before Jury Selection | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses. |
| 10 days before Jury Selection | 10 days before Jury Selection | *Plaintiff to disclose final election of Asserted Claims. |
| September 8, 2026 | September 8, 2026 | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to |

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| | | the Deputy Clerk in Charge by this date. |
| August 31, 2026 | August 31, 2026 | *Pretrial Conference – 1:30 p.m. in **Marshall, Texas** before Magistrate Judge Roy Payne |
| August 24, 2026 | August 24, 2026 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| August 24, 2026 | August 24, 2026 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| August 17, 2026 | August 17, 2026 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e- mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
| August 10, 2026 | August 17, 2026 | Serve Objections to Rebuttal Pretrial Disclosures |
| August 10, 2026 | August 10, 2026 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| August 3, 2026 | August 10, 2026 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| July 20, 2026 | July 28, 2026 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| July 13, 2026 | July 23, 2026 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed  prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| June 29, 2026 | July 9, 2026 | *File Motions to Strike  Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 29, 2026 | July 9, 2026 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| June 22, 2026 | July 2, 2026 | Deadline to Complete Expert Discovery |
| June 8, 2026 | June 19, 2026 | Serve Disclosures for Rebuttal Expert Witnesses |
| May 18, 2026 | May 29, 2026 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| May 18, 2026 | May 22, 2026 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

Good cause exists for the proposed amendment. The extensions are intended for the Parties to adequately complete fact discovery and to allow time for subsequent deadlines such as expert reports, dispositive motions, and other pre-trial events. The Parties represent that the extensions requested herein are not sought for the purposes of delay. *See VARTA Microbattery GmbH v. Audio P'ship LLC*, No. 221CV00400JRGRSP, 2023 WL 5434853, at *1 (E.D. Tex. Aug. 23, 2023) (Judge Payne noting that the Court amended the docket control order to extend the fact discovery deadline); *Maxell, Ltd. v. Apple Inc.*, No. 5:19CV36-RWS, 2020 WL 10456912, at *1 n.2 (E.D. Tex. Aug. 25, 2020) (noting the entering of an amended docket order to accommodate extensions of deadlines to complete all fact depositions and initial expert reports). The proposed amendment herein does not affect any other major deadlines, such as the currently scheduled trial date.

For the foregoing reasons, the Parties jointly move the Court to grant this Joint Motion and enter the attached proposed Third Amended Docket Control Order.

Dated:  April 20, 2026

<div style="margin-left:40%">

*/s/ Kevin (Gyushik) Jang*
Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (CA Bar No. 260475)
drewholmes@quinnemanuel.com
Kevin (Gyushik) Jang (CA Bar No. 337747)
kevinjang@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Tel: (415) 875-6600
Fax: (415) 875-6700

D. James Pak (CA Bar No. 194331)
djamespak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St, 10th Floor

</div>

Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Richard Erwine (NY Bar No. 2753929)
richarderwine@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue, 7th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117
E-mail: ddacus@dacusfirm.com

*Counsel for Defendant SK hynix Inc*


*/s/ Justin A. Nelson*
Justin A. Nelson
Texas State Bar No. 24034766
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

Ian Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212

5

Bianca Rey
Washington State Bar No. 62422
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
igore@susmangodfrey.com
kdiehl@susmangodfrey.com
brey@susmangodfrey.com

Ravi Bhalla
New York State Bar No. 5748223
Andrew Nassar
New York State Bar No. 6162226
Stuart E. Pollack
New York State Bar No. 2952984
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
rbhalla@susmangodfrey.com
anassar@susmangodfrey.com
spollack@susmangodfrey.com

*Of Counsel:*

Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Counsel for Plaintiff Advanced Memory Technologies, LLC ("AMT")*

.

6

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, the above was filed with the Court's ECF system which will send notification of such filing to all registered participants.

*/s/ Kevin (Gyushik) Jang*
Kevin (Gyushik) Jang

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with all counsel of record pursuant to Local Rule CV-7(h)-(i), and this is a joint submission.

*/s/ Kevin (Gyushik) Jang*
Kevin (Gyushik) Jang