## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ADVANCED MEMORY
TECHNOLOGIES, LLC,

    *Plaintiff,*

v.

SK HYNIX INC.,

    *Defendant.*

§
§
§
§
§
§
§
§

Case No. 2:24-cv-01078-JRG-RSP

## ORDER

Before the Court is Defendant's Unopposed Motion for Leave to Amend Invalidity Contentions (Second Supplement) pursuant to Local Patent Rules 3-3 and 3-6(b). **Dkt. No. 133**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that Defendant's April 1, 2026, amended invalidity contentions shall be Defendant's operative invalidity contentions in this case.

**SIGNED this 30th day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE