Phillips ADR

2101 East Coast Highway,Suite 250
Corona Del Mar, California 92625

TELEPHONE (949) 760-5288
WEBSITE: www.phillipsadr.com

September 4, 2026

*Advanced Memory Technologies LLC, vs. SK hynix Inc.*
Case No: 2:24-cv-01078-JRG-RSP (E.D. Tex.)

**MEDIATOR'S REPORT**

The undersigned, Former U.S. District Judge Layn R. Phillips, was appointed to serve as mediator in the above-captioned action by the Court's order dated June 12, 2026. The parties subsequently jointly retained me as their mediator. I conducted a mediation session on September 2, 2026, at my offices in Corona del Mar, CA. The mediation was conducted in compliance with this Court's local rules regarding mediation.

The mediation did not result in a settlement. Progress towards resolution was made and discussions are continuing.

Respectfully Submitted,

Layn R. Phillips
Former U.S. District Judge