**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ADVANCED MEMORY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX INC.,<br><br>Defendant. | Civil No. 2:24-cv-01078-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF STIPULATION**

Plaintiff Advanced Memory Technologies, LLC ("AMT") and Defendant SK hynix Inc. ("SK hynix") hereby notify the Court as follows:

- The parties have resolved their dispute regarding AMT's proposed motion in limine No. 1 and SK hynix's proposed motion in limine No. 3. Pursuant to their resolution, the parties stipulate as follows:
    - The parties shall be precluded from introducing evidence, testimony, or argument suggesting that a verdict in one party's favor would impact the cost of goods or services or would have other commercial impacts, including the prices, supply, or other commercial impacts regarding the memory or artificial intelligence ("AI") chip markets.
    - The parties shall be precluded from introducing evidence, testimony, or argument suggesting that a prior art does not meet the on-sale requirements of Pre-AIA 35 U.S.C. § 102(b) because it is secret prior art or otherwise not accessible to the public.

- The parties continue to meet and confer regarding AMT MIL No. 2 (indemnification) and will provide an update to the Court by the end of the week.
- The parties have agreed to the following:
  - By September 28, 2026, SK hynix may submit up to two rebuttal expert reports (assuming each one is from a different expert) limited in scope to Dr. Walker's June 24 and July 7 supplemental expert reports.
  - By October 14, 2026, AMT may depose each expert for up to two hours each; the depositions will be limited to the scope of the rebuttal reports.

Dated: September 14, 2026

*/s/ Justin Nelson*
Justin A. Nelson
Texas State Bar No. 24034766
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

Ian Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212
Bianca Rey
Washington State Bar No. 62422

*/s/ Kevin (Gyushik) Jang*
Sean Pak (CA Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (CA Bar No. 260475)
drewholmes@quinnemanuel.com
Kevin (Gyushik) Jang (CA Bar No. 337747)
kevinjang@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Tel: (415) 875-6600
Fax: (415) 875-6700

D. James Pak (CA Bar No. 194331)
djamespak@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Richard Erwine (NY Bar No. 2753929)
richarderwine@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue, 7th Floor

**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
igore@susmangodfrey.com
kdiehl@susmangodfrey.com
brey@susmangodfrey.com

Ravi Bhalla
New York State Bar No. 5748223
Andrew Nassar
New York State Bar No. 6162226
Stuart E. Pollack
New York State Bar No. 2952984
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
rbhalla@susmangodfrey.com
anassar@susmangodfrey.com
spollack@susmangodfrey.com

*Of Counsel:*

Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com
andrea@millerfairhenry.com

*Counsel for Plaintiff Advanced Memory Technologies, LLC*

New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

Brian L. Saunders (DC Bar No. 1615227)
briansaunders@quinnemanuel.com
Ashle Page (DC Bar No. 90009008)
ashlepage@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th St NW, Suite 600
Washington, DC 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117
E-mail: ddacus@dacusfirm.com

*Counsel for Defendant SK hynix Inc*

.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this sealed document via email concurrently with the filing via CM/ECF.

*/s/ Justin Nelson*
Justin A. Nelson